UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

EVAN ZAUDER,

                 Defendant.

- - - - - - - - - - - - - - - - - - - x

**ORIGINAL**

INDICTMENT

12 Cr.

12 CRIM 659

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 27 2012

COUNT ONE

(Transportation, Receipt and Distribution of Child Pornography)

The Grand Jury charges:

Between on or about December 24, 2010 and on or about May 18, 2011, in the Southern District of New York and elsewhere, EVAN ZAUDER, the defendant, knowingly did mail and transport and ship using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, child pornography, and did receive and distribute materials that contained child pornography that had been mailed and, using a means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, ZAUDER transported, received, and distributed files containing child pornography from a computer in New York, New York, over the Internet via Skype file transfer.

(Title 18, United States Code, Sections 2252A(a)(1) and (a)(2)(B).)

JUDGE KAPLAN

COUNT TWO

(Possession of Child Pornography)

The Grand Jury further charges:

On or about May 1, 2012, in the Southern District of New York and elsewhere, EVAN ZAUDER, the defendant, knowingly did possess and access with intent to view, a book, magazine, periodical, film, videotape, computer disk, and other material that contained an image of child pornography that had been mailed, and shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, ZAUDER possessed, on a computer in New York, New York, files containing child pornography.

(Title 18, United States Code, Section 2252A(a)(5)(B).)

_____
FOREPERSON  8/27/2012

_____
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

EVAN ZAUDER,

Defendant.

---

INDICTMENT

12 Cr.

(18 U.S.C. §§ 2252A(a)(1), (a)(2)(B), 2252A(a)(5)(B).)

PREET BHARARA
United States Attorney.

A TRUE BILL

_____
Foreperson.

---

8/27/12 - Filed Indictment. Case assigned to Judge Kaplan
Judge Peck
U.S.M.J.