**MEMO ENDORSED**

# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/12
```

BENJAMIN BRAFMAN

ANDREA ZELLAN
OSNAT LUPESKO-PERSKY
JOSHUA D. KIRSHNER

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

November 27, 2012

**VIA FACSIMILE (With Approval)**
(212) 805-7910
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED
NOV 27 2012
JUDGE KAPLAN'S CHAMBERS

Re:   **United States v. Evan Zauder**
        12 Cr. 659 (LAK)

Dear Judge Kaplan:

With the consent of the Government, we, on behalf of defendant Evan Zauder, respectfully request a modification of the pre-trial schedule in the above-captioned matter.

Currently, the defendant is required to submit his motions on November 30, 2012, the Government's response is to be submitted December 21, 2012, the defendant's reply is to be submitted January 7, 2013, and a conference (or argument if necessary) is scheduled to be held on January 18, 2013. Trial is scheduled to commence on February 4, 2013.

This schedule was predicated on completion of discovery by October 31, 2012. Unfortunately, due to Hurricane Sandy, the United States Attorney's Office and the FBI's local office were closed for several days. These closures prevented discovery from being completed on October 31. It should be noted that, as of the date of this letter, we have received the majority of discovery materials and plea negotiations are still ongoing.

Accordingly, we respectfully propose the following modification of the pretrial schedule to account for the additional time it has taken to complete discovery: The defendant will submit his motions on December 14, 2012, the Government will respond on January 4, 2013, and the defendant will reply on January 11, 2013. The parties, at this time, do not seek to change the conference (argument) or trial dates.

**BRAFMAN & ASSOCIATES, P.C.**

      Should the Court have any questions, we stand ready to assist. Thank you for your courtesy in this and all other matters.

Very truly yours,

*Joshua D. Kirshner*

cc:    AUSA Andrea Surratt (via e-mail)
       AUSA Paul Monteleoni (via e-mail)

SO ORDERED *Granted*

_____
LEWIS A. KAPLAN, USDJ

11/27/12