UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
                                      :
   UNITED STATES OF AMERICA           :   SUPERSEDING
                                      :   INFORMATION
          - v. -                      :
                                      :   S1 12 Cr. 659 (LAK)
   EVAN ZAUDER,                       :
                                      :
                  Defendant.          :
                                      :
- - - - - - - - - - - - - - - - - - - x

COUNT ONE

(Enticement of a Minor to Engage in Illegal Sexual Activity)

The United States Attorney charges:

1.   Between on or about April 14, 2011 and on or about November 20, 2011, EVAN ZAUDER, the defendant, knowingly did use a facility and means of interstate and foreign commerce to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in a sexual activity for which a person can be charged with a criminal offense, and attempted to do so, to wit, ZAUDER used a computer and the Internet to entice, induce, coerce, and persuade a minor who was 14 to 15 years old during the relevant time period to engage in sexual activity, and to attempt to entice, induce, coerce, and persuade the minor to do so again, which sexual activity

1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JAN 22 2013

constituted Sexual Assault, in violation of New Jersey Statutes Annotated, Section 2C:14-2(c)(4).

(Title 18, United States Code, Section 2422(b).)

## COUNT TWO

(Transportation, Receipt and Distribution of Child Pornography)

The United States Attorney further charges:

2. Between on or about December 24, 2010 and on or about May 18, 2011, in the Southern District of New York and elsewhere, EVAN ZAUDER, the defendant, knowingly did mail and transport and ship using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, child pornography, and did receive and distribute materials that contained child pornography that had been mailed and, using a means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, ZAUDER transported, received, and distributed files containing child pornography from a Macintosh desktop computer in Manhattan, New York, over the Internet via Skype file transfer.

(Title 18, United States Code, Sections 2252A(a)(1) and (a)(2)(B).)

COUNT THREE

(Possession of Child Pornography)

The United States Attorney further charges:

3. On or about May 1, 2012, in the Southern District of New York and elsewhere, EVAN ZAUDER, the defendant, knowingly did possess and access with intent to view, a book, magazine, periodical, film, videotape, computer disk, and other material that contained an image of child pornography that had been mailed, and shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, ZAUDER possessed, on a Macintosh desktop computer, a MacBook Air laptop computer, a MacBook laptop computer, and a Memorex DVD, in Manhattan, New York, files containing child pornography.

(Title 18, United States Code, Section 2252A(a)(5)(B).)

*[signature]*
PREET BHARARA
United States Attorney

3

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

EVAN ZAUDER,

Defendant.

### SUPERSEDING INFORMATION

S1 12 Cr. 659 (LAK)

(18 U.S.C. §§ 2252A(a)(1), (a)(2)(B),
2252A(a)(5)(B), 2422(b).)

PREET BHARARA
United States Attorney.

1/22/13 on Defendant Evan Zauder present with attorneys Benjamin Brafman w/ Joshua D. Kishner. AUSA Harry Chernoff for Paul Monteleoni present. FBI agent Cindy Wolff present. Court Reporter Kris Sellin present. A Superseding information, Waiver of indictment, and plea agreement were filed in open court. Defendant Zauder was arraigned Allocuted on to his waiver of indictment then arraigned as to the Superseder and entered a plea of guilty as to Counts (s1)1, (s1)2 and (s1)3. Sentencing is set for May 22, 2013 at 4:00pm. PSI was ordered. Defendant Remained detained. The sentencing hearing duration was 45 minutes.

Kaplan, J.