UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

- against -

EVAN ZAUDER

Defendant

------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/13
```

12 CR ~~569~~ 659-01 (LAK)

ORDER

It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by Kenneth J. Lau, LCSW-R, in the amount of $2,000, for professional services rendered in connection with the above captioned case.

SO ORDERED,

Dated: New York, New York
       May 9, 2013

_____
Honorable Lewis A. Kaplan
Senior U.S. District Judge