UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

United States of America,

      vs.

EVAN ZAUDER,
                       Defendant.

------------------------------x

12 Cr. 659(LAK)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL - 8 2013
```

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

      The sentencing of defendant Zauder is rescheduled for October 2, 2013 at 4:00pm.

DATED: July 8, 2013

_____
Lewis A. Kaplan
United States District Judge