UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA     :
    :
    :
  -against-     :
    :         12 CR  659 (LAK)
    :
EVAN ZAUDER,     :
    :
    :
    Defendant. :
------------------------------------------------------x

# APPENDIX A
## EXHIBITS 1 – 53

**Benjamin Brafman, Esq.**
**Joshua Kirshner, Esq.**
Brafman & Associates, P.C.
*Attorneys for Evan Zauder*
767 Third Avenue, 26th Floor
New York, New York 10017
Tel (212) 750-7800
Fax (212) 750-3906
E-mail:  bbrafman@braflaw.com
        jkirshner@braflaw.com

Evan Zauder Sentencing Letter Index 1-53 (Appendix A)
12-CR-659

| | |
|---|---|
| 1. | Abrams, Aliza |
| 2. | Balofsky, Meir and Ahuva |
| 3. | Bellows, Moshe |
| 4. | Brander, Rabbi Kenneth |
| 5. | Braver, Helene |
| 6. | Chiger, Beth |
| 7. | Dolinsky, Bella |
| 8. | Eckstein, David |
| 9. | Elman, Michael J. |
| 10. | Emerson, Michael |
| 11. | Exton, Renee |
| 12. | Faleck, Herbert & Shari |
| 13. | Fisher, Andrew S. |
| 14. | Flatt, Shireen |
| 15. | Fleischmann, Malka |
| 16. | Goodman, Harry and Esther |
| 17. | Goodman, Jordan |
| 18. | Green, Keren |
| 19. | Grysman, Rabbi Charles |
| 20. | Hertzberg, Adam |
| 21. | Israeli, Gilda and Jacob |
| 22. | Israeli, Josh |
| 23. | Israeli, Daniel and Judith |
| 24. | Kates, Don |
| 25. | Katz, Rabbi Daniel |
| 26. | Lazar, Emanuel |
| 27. | Levine, Gary |
| 28. | Lindenfeld, Max |
| 29. | Mandelbaum, Rachelle |
| 30. | Noy, Edward and Terri |
| 31. | Nussbaum, Lauren |
| 32. | Paneth, Deslie and Menachem |
| 33. | Pelcovitz, David |
| 34. | Pruzansky, Rabbi Steven |
| 35. | Rainsbury,Michael |
| 36. | Schwartz, Ezra Y. |
| 37. | Shefa, Yonatan |
| 38. | Smulevitz, Jill S. |

Evan Zauder Sentencing Letter Index 1-53 (Appendix A)
12-CR-659

| | |
|---|---|
| 39. | Smulevitz, Marc |
| 40. | Spindel, Susan and Herb |
| 41. | Stoll, Richard |
| 42. | Taragin, Dean Rabbi Reuven |
| 43. | Taub, Rabbi Baruch |
| 44. | Teller, Hanoch |
| 45. | Teplitsky, Steven |
| 46. | Tepperman, Shauna |
| 47. | Vogel, Avi and Aviva |
| 48. | Vogel, Rabbi Sam and Mrs. Lorraine |
| 49. | Westrich, Uri |
| 50. | Wohl, Debra |
| 51. | Zauder, Helene and Fred |
| 52. | Zauder, Judy and Keith |
| 53. | Zauder, Evan |

# EXHIBIT 1

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007 – 1312

February 28, 2013

Dear Judge Kaplan,

My name is Aliza Abrams. I am the Assistant Director of Service Learning at Yeshiva University. I am a licensed social worker who has been working at the University for close to eight years. My work involves overseeing the development and facilitation of service missions to communities around the world. It is through a program I created and ran in 2006 that I came to know Evan Zauder.

Evan participated on a program called Jewish Life Coast to Coast which brings Yeshiva University students to different Jewish communities each year during winter break, to learn about Jewish communal leadership, education and volunteerism. Evan was one of the strongest participants on the program. His funny nature, full of life attitude and passion enabled him to connect well with the other students on the program. Throughout the program Evan demonstrated creativity, leadership, and patience. The trip required late hours and a lot of team work, he was extremely dedicated to the program. He was truly an addition to the team as he brought with him experience, humor, a passion for Yeshiva University and a love of Torah study and teaching.

Evan was such a successful member of the team that he was invited back to the program for a second and third time. Each year he developed more and more as a skilled educator. He became a leader amongst his peers and a friend of mine, as I am only a few years older then Evan. I enjoyed getting to know Evan over the years, as he was always a great listener, who was insightful and sensitive. He had a real knack for connecting with others.

I am well aware of the heinous activities that Evan was involved in. When the news broke I was shocked and truly saddened. Of every student I have ever worked with I thought that Evan had the greatest potential to become a successful

educator one day.  It is my hope and request of you that you will show mercy on Evan's behalf so that once he is done serving out his sentence he can return to being a strong member of our community and can continue sharing his talents and intellect with others.  Evan has a lot of work to do, but I believe with the right people helping him he can overcome these challenges and return to become the Evan we all knew, respected and admired.

Sincerely,

Aliza Abrams
Yeshiva University

# EXHIBIT 2



Honorable Lewis A. Kaplan
United States District Cout
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**RE: UNITED STATES v. EVAN ZAUDER**
**12 CR 659 (LAK)**

Dear Judge Kaplan,

Our names are Meir and Ahuva Balofsky, and we are originally from Toronto, Canada, where Evan grew up. As a child, Evan was a neighbour and close friend of Ahuva's brother, and later moved to Meir's neighbourhood, where Meir served as advisor in the youth group which Evan attended. We are both educators and were actively involved in the Jewish community in Toronto until we moved to Israel in 2004.

We have known Evan Zauder for many years, since he was a young boy. Although we lost touch with him after moving to Israel, we had been very close with him while he was in high school. He studied at the school where Ahuva taught for three years and volunteered throughout that time on several student committees for which she served as staff advisor. He was a true leader, committed to serving the greater community (the committees in question were dedicated to charity and religious programming). He also volunteered on a number of occasions at the synagogue where Meir served as youth director, running booths at family events. He wanted to give back to the community in any way he could.

We were shocked and saddened to hear of his recent poor decisions. It is our understanding that he has expressed regret for his actions, and we have every reason to believe that he is sincere. The Evan Zauder that we knew always has been.

Although he has made a grievous mistake, we believe that Evan still has much to contribute to his community. He is a young man with a great deal of potential and a willingness to work to overcome the error of his ways. We hope that you take this potential into consideration during sentencing and impose the most lenient penalty possible under the law.

Respectfully,

Meir and Ahuva Balofsky

# EXHIBIT 3



February 12, 2013

Honorable Lewis A. Kaplan
United States District Court of New York
500 Pearl Street
New York, NY 10007-1312

Dear Judge Kaplan:

My name is Moshe Bellows. Born and raised in Chicago Illinois, I currently reside in New York City. I am 43 years of age; life has blessed my wife of 7 years and me with three children. The first two of which were through the gift of IVF. Due to our experience and significant difficulty having children, we have a clear perspective in the sanctity, safety and security of children.

Further, my wife, Dahlia, has a master's in Social Work for University of Pennsylvania and is a nine-year veteran of ACS, The Administration of Children's Services. She has dedicated her life to defending children from abuse, exploitation, and improving the quality of their lives and futures.

Educationally, I attended Yeshiva University for undergraduate studies, received my JD from Fordham School of Law and am admitted to the NY, NJ and Il bars, and completed my Masters in Social Work at Wurzweiler. As an LMSW, I am a mandated reporter, which is something I take very seriously and have never hesitated to report a concern to the authorities. Additionally, I am a licensed financial professional having passed the Series 63 and 7.

I was honored to have summered in NY Supreme Court for Judge Bud Goodman. It was during this experience in criminal court that I was exposed to numerous heinous crimes, may involving children victims, which has had a profound and lifelong impact on me.

As a member in good standing of the Bar since 1993, I have a deep respect and am fastidious about respecting the letter and intent of the law. Accordingly, I realize and understand that no matters of law have any place in this letter to you.  Rather, it is my personal relationship with Evan Zauder, which I present to you with deep respect and gratitude.

Professionally, I currently am a senior vice president at Meridian Equity Partners, a financial firm. I invest in companies and help them grow. As such, I very much utilize my management consulting background, interpersonal skills and judgment to assess managers, owners and senior staff.

I am also very community minded, and when I perceived that the Jewish community was not addressing the social issues with enough seriousness, straightforwardness and transparency, I offered to Yeshiva University that I would leave my for profit ventures and work at Yeshiva as the Director of Social and Organizational Leadership Training. This position required me to give up my practice, however it allowed me to train and develop a team of professionals (including healthcare) that would travel to Jewish communities nationwide to speak, train and deal with a myriad of social issues the communities were grappling with. Needless to say, we had to cut through the politics, personalities and deal with some very challenging issues and cultural barriers. Further, we consulted to Jewish schools around the country, training staff, teachers, lay leaders and students across many issues including abuse, addiction, self esteem, etc. Although I committed to only one year at the outset, the response and impact was so positive that I spent three years at the position.

I actively serve on the board of several non-profits. I serve as chairman of the board of the Manhattan Jewish Experience. MJE is a Jewish outreach organization assisting people in their Jewish journey. As many people who

are searching for their place can be vulnerable and susceptible to all kinds of things, I, as Chair, have instituted numerous safeguards to ensure their mental and physical safety.

I also have served on the board of Project Extreme (PE) for over 10 years. PE is a nonprofit providing services to Jewish youth at risk. These youngsters aged 13-18 have multiple challenges including addiction, experimentation, self-esteem, sexual promiscuity, abuse, anger issues, authority issues, eating disorders, cutting etc. I have helped PE grow from a summer outdoor adventure camp program, to a year-round program with the first ever residential, therapeutic high school for Jewish girls. In addition to my board service and support, I train both the boys and girls counselors and staff for all summer programs. The rigorous training includes significant training in dealing with youth at risk, and gets pretty detailed, granular and graphic. The lives and future of impressionable and fragile youths hangs in the balance. It is no less then a life and death situation.

With the above background and sensitivity to the issues, I urge you to impose the lowest appropriate sentence.

In pleading for the lowest sentence permitted under the law, I do so do to my long and deep mentor and personal relationship with Evan Zauder. I have known Evan Zauder for over 8 years.

I first met Evan when he applied for a highly competitive fellowship called QUEST, Quality Education Skills Training. This competitive fellowship took the best of the best and trained them to go into schools and work with teachers and students around the areas challenging youth today, including drugs, alcohol, self esteem, body image, healthy choices, etc.

The fellowship was a year-long commitment of many late nights and trips around the country, while juggling Yeshiva University's dual curriculum.

Evan was an eager learner. Before going anywhere near a classroom or students, the Quest fellows attended, prepared, and executed programming. Fellows needed to be self-starters motivated and talented. Evan was all of that and more. Evan has a keen insight into people, understands how to use his natural and learned talents to further the positive growth in others.  Evan was always prepared, read all readings and came to fellowship ready to role-play, assist in any way needed and always appropriate- a consummate team player.

The fellowship is a two gender experience and I had occasion to observe Evan over the course of several years interact with his peers of both sexes, adolescents and school aged children, and he always was honorable, respectful, caring and gentlemanly.

Evan is a great listener. He would eagerly listen to others and only when appropriate would chime in with his opinion or commentary to further, deeper and enhance the conversation or facilitate the session. Although bright and insightful, Evan as an educator would allow and guide his peers or his participants through a session rather then overtake it or bully it.

I have personally witnessed Evan lead group of adolescents. I have listened and watched his interactions in these groups. Evan was the consummate professional. He took all his talents and learnings to heart. He allowed the students to share their opinions and feelings. He encouraged sharing and true introspection.

Further, overlapping with the fellowship, Evan was an advisor to youth in National Conference of Synagogue Youth (NCSY) as well as a camp counselor at Camp Stone. Camp Stone is legendary for its training of staff and their commitment to youth. Further, Evan was a teacher at Noam, a grammar school for Jewish youth.

Evan was studying to be a Rabbi, was a teacher of young students, and had a penchant for such work. It is clear that these life pursuits are cut off from Evan at this point.

In my extensive work and experience with young adults, as they weave through life they are beset with challenges. The preponderance of these young people make good choices and move beyond the minefield of issues they face. Some do step on landmines, either self-created or which are strewn in their path. Some explode and detonate, and some do not. Some explosions are small and others are large and profoundly damaging. I have seen good, well-intended, strong valued young people make poor decisions thereby impacting their lives. The new challenge is how do they deal with their poor choices. Do they take ownership of their decisions? Do they seek professional help where appropriate and work on eliminating the cause of poor decision making and elevate themselves to good choice making? My experience is that given the opportunity to improve and learn how to make positive choices most young people elect that path of life. My experience with Project Extreme, young adults who exhibit at-risk behavior, with substance abuse, sexual promiscuity of all kinds, self inflicted cutting, when exposed to competent active counseling, skills building, coupled with a supportive environment and plan, the success history is compelling. They can become highly productive, conscientious citizens of society.

In pleading in this case, I believe Evan wishes to take ownership and responsibility, accept punishment and begin to move forward with all deliberate speed on his rehabilitation and in the hopes of once again contributing meaningfully and greatly to society.

I plead with every fiber of reason and heart that this young man, be granted the lowest sentence permitted under the law.

I thank you for your time and consideration.

Sincerely,

Moshe Bellows
Senior Vice President
Meridian Equity Partners, Inc.

5 Hanover Square, 21st Floor
New York, NY 10004
Tel: 212-500-6650
Fax: 212-742-2737
Cell: 917-806-6667
www.meptraders.com

# EXHIBIT 4

Rabbi Kenneth Brander



March 1, 2013

Honorable Lewis A. Kaplan

United States District Court

South District of New York

500 Pearl St.

New York, NY 10007-1312

RE: UNITED STAES VS. EVAN ZAUDER

12_CR 659 (LAK)

Dear Your Honor,

I hope this letter finds you in good health.

I am writing on behalf of Evan Zauder. I have known Evan for five years. He was a student of mine in classes that I taught in the Rabbi Isaac Elchanan Theological Seminary of Yeshiva University and participated in various service missions that I was responsible for throughout the United States.

I found Evan, both in the classroom and on the various missions he participated in to help the poor and the disadvantaged to be a caring person. His questions in class were very much focused on the balance that clergy must struggle with between caring for their congregation and concern for general needs of the local community and society. His activities during vacation time from school, to help the less fortunate, speak to this same gestalt.

When sentencing Evan I ask that the judge take these personal reflections into consideration.

Sincerely yours,

Rabbi Kenneth Brander

EXHIBIT 5





February 25, 2013

Honorable Louis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

RE: United States  v.  Evan Zauder 12CR659 (LAK)

Dear Judge Kaplan,

My name is Helene Braver and I am Evan Zauder's great-aunt.  I have known Evan since the day that he was born.  Evan's parents are exemplary and have established a beautiful and meaningful Jewish home for their three children.  The Zauder family has earned respect in every community in which they have resided.  They are giving and loving people and their time and energies toward improving the lives of others.

I grew up on the Lower East Side of New York City.  My Orthodox Jewish immigrant parents stressed education and considered it a most important value to acquire and incorporate into our lives.  I and my two siblings met and exceeded our parents expectations, becoming honor students in both secular and religious studies.

I graduated with a B.A. in Education from Brooklyn College, as well as a Bachelors of Religious Education from Stern College for Women, a division of Yeshiva University.  I taught fourth grade in Public School as well as second and third grade in Hebrew School for twenty-two years.  Over the years, I have held leadership positions in five major volunteer organizations; Haddassah Women, Amit, Emunah Women, the Young Israel of Oceanside, New York and the Young Israel of Deerfield Beach, Florida.  I have demonstrated professional commitment and have successfully executed major assignments and special events.

Additionally, I, together with my late husband Rabbi Joseph L. Braver, led groups of nearly 100 American teens on pilgrimages to Israel under the auspices of the United Synagogue of America for seven years. I am the mother of one daughter who is a Speech Pathologist, whose husband is a major Gastroenterologist, and I am blessed with four grandchildren, all scholars in their own right.

My late husband Joseph was also an Educator. He held two Masters Degrees, as well as an Honorary Doctorate in Pedagogy from the Jewish Theological Seminary of America. He was a school Principal for many years, as well as the National Assistant Director of Education for the United Synagogue of America. Over the course of his career, my husband was involved with every facet of education, held many prestigious leadership positions and published numerous articles, surveys and reports on the field. He also held a Rabbinical pulpit position with various synagogues for over 25 years.

In the early 1980's our family moved to Baltimore, Maryland where I was privileged to be hired as a Senior Staffer to United States Senator Barbara Mikulski. I was engaged in Constituent Service for 23 years. I also served as the Senator's Liaison to the Jewish community of Maryland, to the Clergy and to many elected officials. I treated each and every case as if it were my mother asking for assistance. I worked with virtually all Federal Agencies and was well respected by my peers.

In my position, I came to understand that not everything is black and white.

I would like to stress to you that my grand-nephew Evan is a wonderful young man, highly intelligent and exceptionally capable. To his regret, Evan has made a terrible mistake for which he is most remorseful. This mistake has already cost him very dearly; the completion of eight years of study and the prospective marriage to the love of his life. Evan's daily pain and regret go beyond our expectations and understanding.

Evan is kind and compassionate with a wisdom that is beyond his years. I lost my husband shortly before Evan's Bar-Mitzvah celebration. The Jewish laws of mourning prohibited me from joining the dancing. Evan stepped away from the dance floor and came to my table where he took my hands and danced with me as I sat in my chair. He also set aside money from his gifts to go shopping with his older brother Michael to purchase a "Chamsah" amulet for me in the hope that I would be spared any further sorrow. This at the age of 13. More recently, at my grandson's wedding, I was confined to a wheelchair. Evan was most solicitous of me, bringing me cold drinks, and trying to do everything that he could to make me more comfortable.

While the Bible tells us that Man was created in the image of God, Man is not perfect.  I love Evan.  I miss him very much and think of him daily.  Each time that I light my Sabbath candles, I pray that God grant Evan continued strength and bless him with peace.  I look forward to the day when I will be able to welcome him back into my home.

Evan has the ability to make this world a better place and the will to contribute positively to any community that he will call home.  I pray that he will be helped and that you will show him mercy by sentencing him to the minimum possible sentence permitted by law.

Thank you Judge Kaplan for taking the time to read my letter.

Sincerely,

Helene Braver

# EXHIBIT 6

Dear Judge Kaplan,

Firstly let me thank you for taking the time to read this letter. Allow me to introduce myself. My name is Beth Chiger and I was born and raised in New York where I continue to live. I attended NYU where I received my B.A. as an undergraduate from the College of Arts and Sciences and I received my Master's degree from the School of Education. I have taught (and am still teaching) preschool, kindergarten and first grade for the past 38 years. I have known and been friends with the Zauder family for the past 30 years. My late husband and I and my four children lived around the corner from their house in Long Beach N.Y. I remember the day that Evan was born. His birth was cause for great happiness and relief that a healthy baby was born. Our families were very close friends and my children and the Zauder children were together often. I was privileged to watch Evan grow to be the wonderful young man that I know him to be. When the Zauder family moved to Toronto our friendship continued. We would travel to visit them and they were frequent guests in our house when they came down to N.Y. I remember that at Evan's Bar Mitzvah he delivered his speech with such aplomb and with such a natural poise that we were all sure that Evan was destined to be a great speaker and motivator one day. During the last decade I have been fortunate to spend time with Evan whether meeting for dinner or a quick visit to my house where he would come "just to say hello" because he was in the neighborhood. He has always and still impresses me as a wonderful, thoughtful, considerate human being who goes out of his way to be helpful and demonstrates the very special qualities that we would all like to see in our children. My children (two girls and two boys ages 35,30, 25 and 21) are aware that I am writing this letter and wanted me to convey the utmost respect and admiration that they too have for Evan. I am aware that Evan has

pleaded guilty to the crime that he is charged with but knowing all the positive and worthwhile deeds that Evan can still accomplish I sincerely hope that his sentence will not be any amount of time longer than it has to be. There is so much good that Evan can contribute to society and we all eagerly wait for that day. Respectfully,

Beth Chiger

# EXHIBIT 7



The Honorable Louis A. Kaplan
Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1321

Re:     United States v. Evan Zauder
        Docket No. 12-CR-659 (LAK)

Dear Judge Kaplan:

I am a senior citizen living in Florida. I was employed by the City of New York and served as Coordinator of Scheduling for the Borough President of Brooklyn for 23 years, prior to my retirement.

Evan Zauder is my son-in-law's nephew. My late husband and I got to know Evan and his wonderful family 25 years ago. We had always been impressed with, and enjoyed the many times we were with Evan at various family events, celebrations and weekends.

When our families shared times together, I had the opportunity to observe the many excellent qualities that Evan possesses, his thoughtfulness, generosity and consideration. Evan was a devoted and loving son and grandson, and an exemplary brother to his siblings. He always checked and inquired as to the well-being of his grandparents here in Florida and has demonstrated many outstanding and positive admirable traits and acts of kindness.

Evan Zauder has expressed his wish and sincere desire to amend any negative actions in his past. He has great potential, knowledge and ability and a deep desire to contribute in a positive manner and to benefit society.

I respectfully request that the court impose the lowest appropriate sentence. Thank you.

Sincerely,

*Bella Dolinsky*

BELLA DOLINSKY

# EXHIBIT 8

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**RE: United States vs. Evan Zauder**
**12 CR 659 (LAK)**

Dear Judge Kaplan,

I hope this letter finds you well.

My name is David Eckstein, and I am currently finishing a Master of Public
Administration, while simultaneously finishing Rabbinic Ordination at Yeshiva
University. I have known Evan Zauder since the fall of 2004, when we met at school
(Yeshivat Hakotel) in Jerusalem, Israel. After spending two years together, we both
continued on to Yeshiva University for undergraduate studies, and subsequently to the
Rabbi Isaac Elchanan Theological Seminary (an affiliate of Yeshiva University), to study
for Rabbinic ordination together.

I recognize that Evan's crime is serious, but I am aware of the deep sense of regret and
remorse he has expressed to me. While what Evan did shocks and saddens me, I would
like to share with you the Evan that I know.

Every school has "that guy". The one who takes charge, the one who leads, the one who
cares, the one who stands up for everyone else in the group, the one who stays behind
when someone is hurt. Spending 8 years of schooling together (2 years in Israel, 3 years
undergraduate in Yeshiva University, 3 years of Rabbinical School at Yeshiva
University) Evan was always "that guy". He led by action and by example. When a
person would have a problem in school, they would go to Evan - both for his advice and
guidance, but also because he would stand up for this person if need be. If a person was
sick, Evan would be the one to go to the store and buy them medicine and food. When a
person had an emotional issue, they spoke to Evan for how to overcome it. He was a role
model and a leader, and someone who was always concerned for other people.

I plead with you to impose the lowest appropriate sentence for Evan. After paying the
price for his crime, I hope we can see him regain his life, be an upstanding citizen and a
person who helps people around the world.

Sincerely,

David Eckstein

# EXHIBIT 9



Elman Retina Group, P.A.

*Michael J. Elman, M.D.*

April 3, 2013

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

RE: UNITED STATES v. EVAN ZAUDER
   12 CR 659 (LAK)

Dear Judge Kaplan,

I am writing to share my experiences and impressions regarding Evan Zauder in
advance of his sentencing in the sincere hope that my words will assist your Honor
in doing what is just for both Evan and society. I have known Evan from the time he
was born. My wife Linda attended high school and college with Evan's mother, Judy.
Since our marriage, the Elman and Zauder families have maintained a warm
friendship. While separated by distance, our families have remained in close contact
through the years, sharing many life cycle events. Through that time, we have had
the opportunity to observe Evan grow into an outstanding young man.
Furthermore, we personally observed and interacted with Evan on multiple
occasions in our home in Jerusalem, where he was a frequent guest while in college
and grad school. His school in Israel was located just a few blocks form our house
there.

Evan's life cannot be viewed in a vacuum and his background is important in
understanding the challenges he overcame. He was reared in a nurturing and loving
environment, with very supportive parents and siblings. However, his home life
was not typical. Much responsibility was thrust on this remarkable young man from
early in his childhood. From birth, Evan's life was shaped by his experiences with
his older brother, Michael, of blessed memory, who struggled daily with life and
death issues for all three decades of his life. Michael was born with familial
dysautonomia, a recessive disease striking the autonomic nervous system. Evan,
although younger, became a very active caregiver and companion to Michael. I
personally witnessed the self-sacrifice and love Evan extended to his older brother.

Seven Square
9114 Philadelphia Road
Suite 310
Baltimore, MD 21237

410-686-3000
Fax 410-686-3690
www.elmanretina.com

Quarterfield 100-Medical Building
7671 Quarterfield Road
Suite 100
Glen Burnie, MD 21061

410-553-9094
Fax 410-553-9098

Woodholme Medical Building
1838 Greene Tree Road
Suite 170
Pikesville, MD 21208

410-653-0084
Fax 410-653-2005

 Elman Retina Group, P.A.

As a physician, I daily encounter varying family dynamics. Here, all Zauder nuclear family members became focused on Michael's needs to survive and thrive, including his younger brother Evan. In my opinion, it was their commitment to Michael and family that doubled Michael's brief life beyond the 14 years predicted at his birth. Because of Michael, Evan was mature beyond his years and grew into a selfless, compassionate and giving individual.

Evan's commitment to family was not limited to helping Michael. His older sister Laurie was abandoned by her husband, leaving her with small children. Evan tried to step in to fill the void left by his former brother-in-law and developed a close relationship with Laurie's children. He was always very nurturing, caring and attentive.

While Evan was in school in Jerusalem, we had the opportunity to get to know him very well. In Israel, we host many students at our table. Most are happy to have my family serve them as if they are guests in a hotel. Not Evan. This well-mannered young man was always first to offer help and acted as a family member. Always kind, generous and giving, he never expected anyone to wait on him. He would anticipate a need and act before one could ask. His interactions with his peers were always friendly and appropriate. When asked to speak at our table, his eloquent presentations were uniformly erudite. I spoke with his teachers on occasion, who shared our impressions of Evan's academic brilliance and exemplary conduct. Evan was by all definitions a rapidly rising star.

Our experiences with this very special young man seem anomalous with the crime he confessed to committing. Based on my observations over time, Evan's conduct in this case does not reflect the manner in which he conducted his life overall through the years. I am aware that he has admitted to his wrongdoing and has expressed sincere regret and remorse with respect to his conduct. I am also aware of his efforts to amend his wrongdoing. Despite his admission of guilt, I still retain respect and admiration for him for all the reasons detailed above.

By way of personal background, I am a practicing physician, and hold an appointment as Assistant Professor of Ophthalmology at the Johns Hopkins University School of Medicine. My undergraduate studies concentrated on psychology and behavioral science. I have also served as lay leader for multiple schools and youth organizations for over twenty-five years. I was Chairman of the Board of Directors of the Talmudical Academy of Baltimore for six years and have served on the school's Executive Board for twenty-five years. I am Vice President of the Board of Directors of the Yeshiva of Greater Washington and have served on that school's Executive Board for fifteen years. For two years I was President of Hillel of Greater Baltimore, serving college youth, and currently serve as Youth Commissioner of the Atlantic Seaboard region of NCSY, a national youth organization serving teens. In these lay positions, I have drafted and enforced safeguards protecting our youth from deviant behavior. In this capacity, based on

 Elman Retina Group, P.A.

my experience, I, more than most, understand the implications and tragedy of Evan's wrongdoings.

The great medieval physician, philosopher and theologian, Maimonides, codified repentance into four sequential steps: 1. Admission of guilt; 2. Expression of sincere regret for transgressions committed, and where possible restitution to the victim and/or society; 3) Vow to accept on oneself never to commit the transgression again; and 4) Actually not repeating the transgression when placed in similar circumstances of the original transgression. Evan has already admitted his wrongdoing and expresses sincere remorse. He has committed to changing his life and putting it back on course. With his incarceration, he will pay a heavy debt to society. However, as Maimonides eloquently described, penitence is more than a prison sentence. It is reforming and changing one's life. Eventually, Evan will reenter society. However, he will continue to pay for his crimes well beyond his release from prison. He will bear his guilt as a scarlet letter for the rest of his life. In a sense, that barrier will afford some protection to society after he is released. However, the best protection to society and for Evan is to give Evan the tools he must have to prevent any recurrence.

The incongruous nature of Evan's confessed wrongdoings is so out of character with the person I know and still admire. At first glance, Evan's deep and sincere religiosity and his position as an educator make his conduct seem all the more shocking and repulsive. However, my experience as a physician has taught me that illness, whether physical or mental, strikes without regard to religious belief or professional vocation. In consideration of Evan's wonderful accomplishments and his many contributions, his character and background, I pray Your Honor will have mercy on Evan and impose the lowest sentence permitted under the law. Moreover, I pray that Your Honor will order treatment for Evan during his incarceration so that he will be able to rebuild his life productively. In so doing, Your Honor will help restore some luster to this fallen star.

I thank Your Honor for taking the time to read my letter and pray that the Almighty will grant Your Honor the wisdom to do what is correct and just not only in Evan's case but also in all cases under Your Honor's charge.

Sincerely,

Michael J. Elman, M.D.

# EXHIBIT 10

Michael Emerson

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

RE: UNITED STATES v. EVAN ZAUDER 12 CR 659 (LAK)

Dear Judge Kaplan,

My name is Michael Emerson. I am currently a Judaic Studies teacher at a
Jewish day school as well as a PhD student in the Education and Jewish Studies
program at NYU. I am writing to you on behalf of Evan Zauder, my close friend and
colleague. I have had the privilege of knowing Evan since the summer of 2004 when
we first began working together at Camp Stone, a Jewish summer camp in
northwestern Pennsylvania. Evan and I have worked together on programming at
camp for 6 summers, we have taken classes together as part of our rabbinical
training at Yeshiva University's RIETS seminary, we have worked together at NYU as
part of our respective programs in Education and Jewish Studies, and we have also
kept in touch as friends.

Judge Kaplan, I would like to tell you a bit about Evan. While Evan and I have
known each other in a variety of contexts, we spent the bulk of our time together at
Camp Stone. Evan lived for his summers at camp, and for the chance to have a
positive impact on both the campers and the younger staff members. The camp
environment was Evan's place to truly shine. He has always been one of the top
counselors and leaders in the entire camp, and he was usually the most dependable
and trustworthy staff member that you could find. During our time together at
camp, if I asked Evan to take care of a job for me or figure out the solution to a
problem, there was no doubt in my mind that it would be taken care of diligently
and efficiently.

When I think of our summers together as part of the staff and leadership, I
immediately think of Evan's sense of responsibility and care for all of those around
him. Whether planning a hike or a color war breakout, Evan was usually the voice of
reason cautioning the rest of us to consider the implications of our plans on the
campers and their wellbeing. He would remind us that the younger campers needed
more time to rest and an earlier bedtime, or that the older campers might get too
rowdy if given too much freedom and downtime. Evan would always think through
every possible scenario and consider all possible permutations of what could go

wrong, and then he would come up with backup plans for when things didn't go as planned.

This characteristic of Evan's is evident in all aspects of his life, and as a friend and colleague I always feel as if Evan has my best interests at heart. He constantly considers my feelings; I can think of many times when Evan was under stress from school or work, and yet always stopped to inquire about how I was doing and help me work through any issues I was dealing with at the moment. He would sit down with me, and just as in our camp planning meetings, he would consider every scenario and how that would affect me personally and professionally.

Evan's talents as an educator were especially evident in his work with *Kaytana*, the youngest campers at Camp Stone. These campers were attending camp for the first time, and were often scared about what the summer had to offer. This is often considered one of the most difficult jobs in camp, and Evan took it upon himself to not only treat the campers with the utmost care and concern, but to design an entire Jewish history curriculum that would cater exclusively to his campers' needs. I remember how Evan would come to me every day during the pre-camp staff week with new updates on the latest idea that he had for an amazing program. He would spend hours tweaking every last detail until it was perfect. When the campers finally arrived, they were immediately transported into ancient times with costumes and props designed just for them. For two weeks, his campers had the time of their lives reliving different episodes from Jewish history as Evan masterfully brought it all to life.

One of my favorite times at camp was on Friday nights after synagogue services. The entire camp would head to the dining hall for a camp-wide dinner followed by lively dancing and singing that included every single camper and staff member. Evan's talents truly shone through on those nights. He would don his trademark headband, for which we often teased him, and he would become the life of the party. He would dance and sing enthusiastically, but even in the midst of the chaos and excitement, Evan would keep watch over his youngest campers to make sure that they were included and not overlooked or even knocked over by the older, more experienced children. Evan would often form a breakaway circle just for his campers, and he would convince older campers and staff to join the circle as mentors for the younger children. He never stopped considering how to make sure that his charges were taken care of and having a great time.

This sense of care for those around him and enthusiasm for all that he does really defines Evan's entire life on a personal and professional level. In the summer of 2009, a close friend of ours from camp was getting married in Baltimore and many of us were heading to the wedding. Upon arrival at the hotel, Evan immediately pulled a number of t-shirts out of his suitcase and started to distribute them. Because he had come directly from camp, Evan made use of the camp's t-shirt printing press and made special commemorative shirts exclusively for the wedding.

He wanted to make sure that each of his friends would be included in the festivities, and that he could help to enliven the entire occasion for the bride and groom.

Evan is a natural leader and master educator, and he demonstrates these leadership qualities in every situation in which he finds himself. He takes charge, but does not forget about those around him. He lifts up everyone he works with and makes them better for it. Evan has excelled in his jobs at camp, in synagogues, and as a teacher, and he is beloved by all those who have had the opportunity to learn from him and work with him. In 2011, Evan and I took a class together at NYU in administrative school leadership. Evan was working as a youth director that year at a local synagogue. He would routinely show up to class and excitedly show me the latest programs and curricula that he was working on. His whole face would light up as he walked me through his newest ideas or shared a successful program he had run over the weekend. I relished the opportunity to learn from Evan and his experiences in the field.

I am aware of the serious crimes that Evan has committed, and that Evan has come to terms with himself and the punishment that will inevitably come. As a fellow educator, I am very sensitive to the fact that it is our responsibility as educators to protect children and keep them out of harms away.Without diminishing the seriousness of the crimes he has committed, I still have great respect for the work Evan has done and the many people, both children and colleagues, who have been positively influenced by him.

I understand that Evan's crimes bring a mandatory minimum sentence of 10 years. Beyond that, however, I ask the court to please impose the lowest sentence permitted under the law so that Evan may once again contribute positively to our community and society. He has many great qualities and gifts that could still be beneficial in other capacities were he to return to society while still in the prime of his life. It would be so unfortunate if Evan's talents and gifts would not be given the opportunity to positively impact the world in some way in the future. I have full faith that, given the chance, Evan will rebound from this period of his life and help to repair the damage that he has done.

Thank you for your consideration.

Sincerely,

Michael Emerson

# EXHIBIT 11

To:  | Judy Zauder;

Cc:  |

Bcc:  |

Subject:  | RE: UNITED STATES V. EVAN ZAUDER -  12 CR 659 (LAK)

**Honorable Lewis A. Kaplan,**
**United States District Court,**
**Southern District of New York,**
**500 Pearl St.,**
**New York, NY  10007 - 1312**

**RE: <u>UNITED STATES v. EVAN ZAUDER</u>**
**<u>12 CR 659 (LAK)</u>**

**Dear Judge Kaplan,**

**My name is Renee Exton.  My Educational background was in the Medical Secretarial profession, which eventually took a turn to become a Sales Representative working with various companies, selling a variety of products. Currently I work with an Insurance Broker, who I am married to.  Our Family has enjoyed a strong friendship with the Zauders' for 25 years, through meeting at School.**

**I met Evan Zauder, from the age of approximately 4 years old.  I was definitely impressed by his warm & caring personality, and always noticed what an extreme gentleman he was, especially from a very young age.  This strong trait was always present with Evan, as I was blessed to watch him become a kind, caring adult with a gift of a sense of humour, which was also a gift to his personality.**

**Evan's love of his Family, devotion to his studies, concern for his friends' & strong connection to Community Support, are very significant strengths of this young man who I love, respect and support at this time.**

**Due to his religious eductional background, he was able to guide**

2/16/2013

my husband and I with an extremely well written letter as to how to handle a very delicate religious situation in our lives and for that we remain forever grateful.

Evan writes to me on a very regular basis, and I am overwhelmed by the strength of his words, his absolute admission regarding his conduct, and without a doubt, his sincere regret about his life situation.

His number one concern has remained to be his Family, and his responsibility in helping them get through this painful time in their lives!

It is with great respect to you, Judge Kaplan, that I ask for mercy on behalf of a young man who has been a loving and caring person from the day I first met him.   I hope my letter will provide additional information to the man we know and love - Evan Zauder!

Sincerely,

Renee Fixton

# EXHIBIT 12

April 30, 2013

Honorable Lewis A. Kaplan
United States District Court of New York
500 Pearl Street
New York, New York 10007-1312

Re: United States v. Evan Zauder 12 CR 659 (LAK)

Dear Judge Kaplan,

My wife and I write at this time in reference to the case of the United States
v. Evan Zauder. Specifically, we are writing to plea that the Court grant Evan every
possible consideration for leniency when sentencing occurs.

Please allow us first to introduce ourselves. We include this information not to
burden Your Honor with irrelevant information but rather to assure Your Honor that we
fully appreciate the charges that Evan has taken responsibility for. We further would like
to share with Your Honor the profound appreciation and awareness that we have for
children's safety and rights both from our professional lives as well as from our personal
family situation.

I, Herbert Faleck, am a retired pediatric neurologist. My career has been spent
both in clinical medicine and, for the past 25 years, in clinical research working in and
consulting to pharmaceutical and biotech companies. As a clinician, I had the opportunity
to provide care to children disabled and impaired by all manner of neurological diseases
and to assist their families with the unique burdens and challenges imposed by these often
horrendous illnesses. I have seen first-hand how individuals and families are inexorably
altered when confronted with these challenges, sometimes strengthened, often, sadly,
destroyed. I also have had the opportunity to testify in unfortunate situations of parental
child abuse.

As a clinical researcher, I have studied a variety of disorders affecting both children and adults and have had several new therapies approved in a number of different indications. I built and established a successful clinical development department from the ground up, in the process hiring about 150 people and have served as Chief Medical Officer for the cell therapy division of a major international biotechnology company.  In the course of all this work I interacted frequently with various divisions of the U.S. Food and Drug Administration (FDA). Specifically relevant to this case, the unique "protected status" afforded children by the FDA is quite familiar to me. Over the years I have advocated often to try to find that appropriate but often elusive balance between preserving and respecting a child's rights and safety while at the same time not depriving him or her of breakthrough medical therapies.

My wife, Shari Falcek, has had a long and distinguished career as a learning disabilities specialist. Over the past 40 years she has established unique learning centers for children with all manner of learning disabilities in schools in four different communities across the U.S. She continues to serve as Director of Student Services in a Jewish day school in New Jersey where for the past 25 years she has supervised a staff of learning specialists and numerous outside consulting specialists. She literally is "in the trenches", exposed daily to children and families with unique challenges. It is not an exaggeration to state that she has improved and positively shaped hundreds of young children's lives and helped to assure that they become successful productive members of society. Some in fact have become quite prominent. Shari clearly is profoundly attuned to children in general and to children with special needs in particular.

On the personal side we are blessed with three wonderful grown children (two are physicians and one is a pediatric occupational therapist) and four terrific grandchildren. We are classically proud and fiercely protective of our family. We see the world they are growing up in and do the best we can to help them navigate it.

We have known Evan since he was born. Evan's father, Keith, is Shari's cousin and despite geography having kept us physically distant there has always been a strong

and close familial bond. Though deceased for 30 years, the grandfather shared by Keith and Shari, a person who was, without exaggeration, the epitome of a righteous soul to all who knew him, serves to this day as an ever-present positive and powerful influence on all of our lives. We have always taken an interest in each others worlds and in the lives of our respective children, sharing both joys and sorrows. Coincidentally, Evan's mother, Judy, has close family literally around the corner from us affording us yet another avenue by which to keep our extended families close.

The Evan we know is first and foremost an incredibly devoted son and brother. As a son, we have observed, and often marveled at, the tremendous (though certainly well-deserved) respect that Evan has, and has always demonstrated, for his parents. Keith and Judy Zauder are unique, very special people, and about as devoted a set of parents that one can know. Though they have faced challenges that would have left most parents emotionally paralyzed their spirit has remained indomitable. Of specific note as regards Evan is that even during his teen years and his young adult life, a time when most youngsters rebel, Evan remained devoted to and exquisitely aware of his parents special gifts, learning from and emulating their best traits. Simple examples are illustrative. On occasions when his parents would visit New York on short notice, Evan would completely rearrange his own schedule and drive miles out of his way to ease their commute. If it were raining when they arrived and they were unprepared for the inclement weather, he would assure they remained dry under his umbrella even if it meant his getting soaked. These seemingly small but memorable events remain in our memory and say much about the inner core of Evan.

Evan is the youngest of three children. His older brother Michael passed away at the age of 28 after a lifelong struggle with Familial Dysautonomia, a devastating and fatal genetic neurodegenerative disorder. Michael was an inspiration to all – full of life, always with a broad smile on his face, despite the chronic and constant pain and severe limitations that most of us would have found intolerable. Though Evan was the youngest sibling, his immense, unselfish and boundless devotion to Michael defies words. Together with his parents, he was Michael's guardian, best friend, defender and advocate,

mentor and constant companion. There was no activity or social situation that Evan would not be sure to include Michael in. He was always proud of Michael and made sure that all around them knew it. Keith and Judy left no stone unturned in caring for and raising Michael, and Evan, though young in years, made this cause his own as well. The family turned their private world of hurt into a constant source of inspiration to all that knew them. Evan was an integral part of the family fabric during the best of times and during the most difficult of times and his behaviors and conduct were nothing short of exemplary.

Outside the family, Evan grew to become a scholar and to be recognized as such in our broader community. His passion for Jewish studies and education motivated him to acquire several advanced academic degrees. His enthusiasm for study was infectious and he was well-regarded both by peers and elders for his knowledge as well as for his respectful behavior and generous nature. Again, a brief anecdote is illustrative. When Evan was in his second year of graduate school, he interned for a year at RAVSAK – the Jewish Community Day School Network. During this year Evan was saying Kaddish, the daily memorial prayer, for his brother Michael. There was a small synagogue nearby that also housed a pre-school and the first time that Evan went to pray there, he noted that there was a sizable fish tank in the schoolroom that was in a serious state of neglect. Unprompted, and simply as an act of kindness, he spoke with the administrator and volunteered to clean the fish tank monthly. Not satisfied that he had done enough, he also proceeded to donate a large number of brightly colored fish to enhance the room even more.

Evan has pleaded guilty to serious charges and has taken responsibility for those. From what we understand, he recognizes that there are consequences to his actions and has demonstrated his readiness to accept those consequences. Our plea at this time is that Evan be seen by Your Honor for the total person that he has been and we believe still is, and that he be defined by more than the charges for which he stands before you. We look forward to the time that Evan can rejoin our family and again be able to contribute his knowledge and his spirit. His parents who always have shown boundless support for their children and family will no doubt continue to provide this same support. We ask that

Your Honor consider the good in Evan and the good that he has done already even at his young age.   We ask that this and the future good he can do for society weigh in the benefit to risk assessment about to be made. We pray that, to the extent permitted by law, Your Honor exercise leniency in sentencing so that ultimately both Evan and society will be justly served.

Thank you for your consideration.

Respectfully,

# EXHIBIT 13

# FISHER & FISHER
### ATTORNEYS AT LAW

NEW DORP STATION
P.O. BOX 61060
STATEN ISLAND, NY 10308
(212) 514-8888
(212) 514-9016 fax

Andrew S. Fisher
ANDREW@ASF-LAWFIRM.COM

February 26, 2013

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

### RE: UNITED STATES v. EVAN ZAUDER 12 CR 659 (LAK)

Honorable Sir:

I am a practicing trial lawyer with nearly 47-years of experience and am the principal member of a firm that traces its roots to the firm that was founded in 1935 by my father Harold L. Fisher, of blessed memory. I am also a former Assistant District Attorney (Kings County, NY), a former counsel to a Joint Legislative Committee of the New York State Legislature, a former President of the Brooklyn Bar Association, and a current member of its judicial screening committee. I also served about a decade as a Delegate to the House of Delegates of the New York State Bar Association.

I am distantly related to Evan Zauder as his grandfather, Fred Zauder, and my father were first cousins. Through many years I have had close contact with the Zauder family both because of the familial relationship, but, too, because my father and I provided legal services to them and the family business. Thus, I have known Evan since his birth, although admittedly I have had only infrequent personal contact with him in recent years. Most of what I know of him I have learned from conversations with his father and grandfather about him.

I write because I have become aware that Evan is scheduled for sentencing by you following his plea of guilty to crimes that relate to enticing an underage teenage individual into engaging in sexual conduct and for possessing child pornography. I am aware of the seriousness of the admitted to offenses, appreciate how repellant they are to a society that dedicates itself to protecting our children, and know that under the Federal sentencing guidelines the charges carry a 10-year mandatory minimum prison sentence. I also know that the Court also has the discretion to upwardly depart from the guidelines to sentence Evan to a period of imprisonment far beyond that mandatory minimum. I would hope that you do not.

FISHER & FISHER
ATTORNEYS AT LAW

Honorable Lewis A. Kaplan
RE: US v. EVAN ZAUDER
February 26, 2013
Page 2 of 2

Evan is now 27-years old and responsible for his behavior and for the acts that have lead to his conviction. I know, too, that he is is modern orthodox Jew who was close to Rabbinic ordination at Yeshiva University, and to receiving a dual masters from NYU in education and Judaic Studies at the time of his arrest. In that regard, he follows in the long footsteps of his family that has been religiously observant through the years.

I also know from my conversations with Evan's father and grandfather that Evan retains the love and concern of both family and friends. They describe him to me, and always have, as an extraordinarily bright, kind, considerate and charitable person who showed, and shows, great potential both as a scholar and as a congregational shepherd. They also describe him as remorseful and embarrassed by the shame of his conduct and the unwanted grief he has brought upon his family. From my own interactions with Evan, I recall him as a respectful, kind and engaging youngster. I believe he is remorseful about his wrongful behavior and that he is redeemable with the potential of yet being a worthy contributor to society. I have no doubt but that he will use his period of incarceration to reflect upon the mistaken path he chose and to realize it as an opportunity not only for reform but also growth. I have no doubt, too, that he will find a way to provide spiritual comfort for others with whom he may spend time within the correctional facility to which he is assigned.

I do not believe that it is an exaggeration to describe Evan's circumstances as tragic, both to him (albeit self-inflicted) as well as to his family. At the same time, I believe that the mandatory minimum would be adequate and appropriate punishment for the crimes to which he has pled, and, accordingly, respectfully request that the Court sentence him to such a term.

Respectfully,

# EXHIBIT 14



Honorable Lewis A. Kaplan

United States District Court

Southern District of New York

500 Pearl Street

New York, NY 1007-1312


RE: UNITED STATES v. EVAN ZAUDER

12 CR 659 (LAK)

Dear Judge Kaplan,

I am writing this letter in order to help Evan Zauder. My name is Shireen Flatt and my family and I have known Evan since he was four years old when his family became our neighbours. Together with his late brother, Michael, Evan used to play in our house with our children on a regular basis. He was a lovely, happy child who interacted with his siblings and other children in a most positive way.

I am a qualified piano teacher with a Bachelor of Music degree from the University of Cape Town in South Africa. When Evan was about eight years old, he began taking piano lessons with me and was a very diligent student. Throughout his school career, he was a serious student who excelled in his studies. Evan was always involved in school affairs and was president of his high school in his Grade 12 year. He was always involved in Jewish community affairs and was always helpful to others. He was a wonderful teacher, rabbinical student and camp counsellor. Evan was very well respected wherever he went. He comes from an exemplary, supportive family which is very well respected in the Toronto Jewish community.

When Evan's late brother, Michael, passed away in Amsterdam on route to Israel several years ago, it was Evan who immediately flew there and handled all the arrangements with the Jewish burial society, thus helping his distraught parents. I was witness to the amazing speech he gave at the cemetery at the unveiling. I also heard Evan's speeches in his family's synagogue in Toronto.  Just listening to him made one realize what a special young man this is with a brilliant future ahead of him. He is a good son to his parents, Judy and Keith, a devoted grandson, a supportive brother and a loving uncle to his nephew and niece.

Evan has expressed his sincere regret and remorse regarding his conduct and I strongly believe that Evan wants to amend his wrongdoing.

I would like to plead with the court for mercy and leniency. I hope that that you will consider the lowest appropriate sentence so that Evan may continue to live a productive life and return to his loving family.

Sincerely,

*Shireen Flatt.*

# EXHIBIT 15

Malka Fleischmann

February 20, 2013

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl St.
New York, N.Y. 10007-1312

RE: UNITED STATES v. EVAN ZAUDER 12 CR 659 (LAK)

Dear Judge Kaplan,

My name is Malka Fleischmann, and I am a graduate student at Harvard Divinity
School, where I am doing work in comparative religious studies. For the last two
years, I served as a Bible, Talmud and Hebrew teacher in two of New York's Jewish
day schools, and, before that, I was an undergraduate at the University of
Pennsylvania. Throughout all of these experiences, I have spent my summers at
Camp Stone. I've risen in the ranks, beginning as a drama counselor and most
recently serving in the camp's most senior staff position beneath the director.

For several years, I worked alongside Evan Zauder in Camp Stone. Together, we
served at an administrative level, crafting the camp's curricula, training its staff and
managing the daily lives of its campers. Throughout those summers, Evan
demonstrated complete and utter professionalism and deep concern for the welfare
of his staff and campers. He approached his work with patience, kindness and
diligence, and he treated everyone in his midst with extreme respect.

Our camp is by no means an average summer getaway. In an all-consuming and
holistic way, it affords staff and campers a serious level of Jewish education as we
make our way through each summer's historically-based curriculum. To work at
Camp Stone is to give of oneself, entirely, for the sake of the greater good. Exhausted
as we may be, we force ourselves to continue giving until the children board their
buses back home. In all the years we worked together, Evan exemplified this ideal,
sacrificing his summers for the sake of others' development. If he was tired or
discouraged, he never let it diminish his optimism and enthusiasm. Evan always
operated with a loving and happy attitude, bringing comfort and positivity to
everyone around him.

I would assume that most of Camp Stone's staff and children share the same lasting
memory of Evan. Each summer, the entire camp spends three days in the
wilderness, setting up sleeping bags, camp fires and activities in a nearby forest
clearing. The "chutz," as we call it, is one of the happiest and most relaxed programs

of the month. It is, however, a time during which we have to be extra vigilant about our campers' safety. At any point, a child could run off and get lost in the woods, have an encounter with a dangerous animal or get dangerously close to a fire-pit. Of all of our staff, Evan was always the most concerned about and prepared for the "chutz." Like I said, I assume that everyone's lasting memory of him would be the same—an image of Evan standing over a fire-pit, wearing laboratory safety goggles, loudly, articulately and patiently explaining the rules of fire safety to our campers. He made otherwise boring announcements funny, entertaining and accessible, and he didn't care that he looked silly doing it. Forgetting his own needs and comfort-level, he always prioritized the people in his care.

Hearing about Evan's mistakes was certainly difficult for me. It is painful to think that someone I so deeply respect, and who so competently executed his duties alongside me, was quietly suffering and struggling with a sickness. I do, however, take comfort in the knowledge that Evan struggled with his problem and, to the best of his ability, controlled it. Evan never hurt or compromised the emotional well-being of any of our campers, despite the fact that he had many opportunities to do so. It doesn't change the fact that he subsequently made mistakes. It does, however, demonstrate that, at bottom, he is a good and decent person who, like everyone does at some point, eventually lost control.

Obviously, Evan will be imprisoned for some time. Often, when people discuss criminal activity, they talk about the world being a better place with convicts "off the streets." In Evan's case, though, I would urge you to think about how much worse the world would be if he were never again given the opportunity to contribute. No matter where he is, Evan gives. I wasn't the least bit surprised to hear that, even in prison, Evan was teaching classes and organizing Jewish communal services. Like I said, at bottom, Evan is a loving person, driven by a deep sense of altruism. I wholeheartedly believe that, with the right support, Evan could soon healthily ease back into a life of charity and good work.

Thank you for your time and consideration.

Sincerely,

Malka Fleischmann

# EXHIBIT 16

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl St.
New York, N.Y. 10007-1312

RE: UNITES STATAES v EVAN ZAUDER
        12CR658(LAK)


Dear Judge Kaplan,

Our name is Harry and Esther Goodman and we have been very good friends of the Zauder family for
over 15 years.  We met the Zauders through our son Jordan, who was attending the same private school
for children with special needs, as Evan's late brother, Michael, of Blessed Memory.

I am a Vice President of Business Development for a Canadian Hosiery company and my wife is a partner
in a retail gift store located in a Toronto suburb, Thornhill, Ontario, Canada. I have been educated both
in Canada and the United States , attended Sir George Williams University in Montreal, and studied
Jewish Law in a Theological seminary in Miami Florida.

With Your Honor's approval and graciousness we would like to relate to you the positive effect that Evan
has had on our family.  It is rare to meet a person who is respectful in both a demonstrative and
emotional manner -- Evan is this kind of gentle human being. I would like to relate a couple of
incidences that make our world a better place because of Evan.

Last year, Evan had heard that our family was going to spend the Passover Holiday alone and was
instrumental in not just arranging this with his parents, but in speaking with Esther, my son Jordan, and I
on how important it would be to him and his parents that we be a part of his family and their house for
this holiday. Your Honor, the genuine warmth, understanding of how we felt, and helping us move into
the Zauder home for several days was beautiful.  During the Seder service, it was Evan who made sure
regardless of age, regardless of knowledge, that everyone not only felt welcomed but most importantly
felt comfortable. His stories were educational, humorous, and his ability to get everyone involved was
something I have never seen before. During the several days that we spent at the Zauder house, I had
the opportunity of spending some one on one time with Evan. Your Honor, the goodness that this young
man has in his soul and heart is genuine. The goodness and caring he demonstrates and does for others
is an example of how we should all be. This character makes our world a better place to be. Evan was
aware my wife has been ill on and off over the last 8 years. His concern for her and how we, her
husband and two children were coping were of interest and concern to him. He wanted to know what
he could do.

When in New York I would have the opportunity to have dinners with Evan. Nothing was too hard, no
obstacle too great to make the time to meet with me. His warmth and kind, gentle words always
appropriate and so welcomed. He has a way to make a bad day seem instantly better.

Your Honor I must relate an incident that has befallen our family in recent months. (This past
September) Evan found out from his parents that my wife was once again stricken with cancer. This time
there was no cure, as the cancer has spread. Within days of finding out I received a most beautiful letter

of comfort addressed to both my wife and I. I would like to share the context of this letter. It shows true character and heartfelt caring that one cannot learn. He expressed concern about the fate that had been dealt to my wife. He wanted me to relate, in no uncertain terms, the love and care he has for Esther and our family.  He raised questions that perhaps I had not thought of to ask the doctor as well as remind me of some of the hospitals and institutions within the United States that I might want to consider. He went on to ask about my son Jordan, and how he was coping with the news. Evan understood Jordan and encouraged me to be patient yet honest with Jordan concerning his mother's condition and not to underestimate Jordan's capacity of understanding. He wanted to know how my daughter Ilana and our eldest grandchild were handling the news. He wished he could be there with us. Your Honor these were not just words, because in the past when Esther or my son Jordan was not well Evan WAS THERE WITH US. Knowing that he could not be with us physically, Evan asked if he could recite special prayers for Esther every day. Esther and I were so deeply overcome that despite the trials and tribulations that this man is currently going through, he could still think of us. EVERY WEEK when we speak to his parents, they tell us that Evan asks about all of our well beings.

Evan has expressed to me that he is both aware and had admitted the wrong he has done. He has expressed a relief that these wrong-doings have now been brought to a head, and most importantly has wished he had been able to deal with this problem earlier. Most important he is aware he must pay with the appropriate punishment but longs for the day that the necessary help can be given to him so he can once again be a positive example to all the lives he will touch. I can best sum up Evan as a person with two Jewish words that best exemplifies what we all aspire to be. A MENCH, and a person with CHESED. That's a person who gives of himself in an unselfish manner and a person who cares very much about others. He is a person of righteousness who truly cares for people and their wellbeing, and always has the best for others before himself.

We are proud to know Evan and will be proud to be of whatever support Evan will need on this journey he is about to embark on.

Judge Kaplan on behalf of my wife we thank you for reading this letter, and allowing us to express our true, honest feelings.

Yours truly,

Harry and Esther Goodman

# EXHIBIT 17

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl St.
New York, N.Y. 10007-1312

RE: UNITES STATAES v EVAN ZAUDER
      12CR658(LAK)


Dear Judge Kaplan,

My name is Jordan Goodman, and I have just celebrated my 30th birthday. I have asked if I can
contribute a letter on behalf of Evan Zauder, as I would like you and the world to know how special he is.
Please excuse the way I express myself as I have learning disabilities and have asked for help in
expressing myself about the positive impact that Evan has had on me for more than the 17 years that I
have known him.

I met the Zauder family through Evans brother Michael, who unfortunately passed away suddenly a little
over two years ago.

Evan is only a couple years younger than me. I'm sure Your Honor is aware how mean other kids could
be when they see other kids who don't look or act like they do. Never once did Evan ever make fun of
me because of my expressive language difficulties.  Just the opposite, Evan was a source of constant
encouragement to me. He encouraged me to the point I was able to complete high school and recently
encouraged me to try some courses at the college level. It has helped me realize what I would like to do
with my life. Evan has been a good and reliable friend to me. When Michael passed away Evan didn't
forget me but always stayed in touch with me. I want to make sure that Your Honor understands that
never in these past 17 years has Evan ever approached me, been suggestive, or inappropriate in any
way.  He has always shown my family and I how much he cares for us by the acts of goodness he does
and the encouragement he has always given me. I wish I knew what I could do for Evan to repay for all
the things he has helped me with all these years.

Evan has always treated me like a "normal person", never made me feel like I was different and always
gave me reason to try, reason to believe that I could do it. He was always there if I needed to discuss
problems or issues. Always willing to be there with me as a support no matter what the situation was.
Evan is for me a part of my family and has always made me feel a part of their family.

I am aware of the charges Evan has before him, however, Your Honor, I know he has a lot to offer to us
all when his punishment is over. A person like Evan deserves that chance to start over and correct
previous wrongs and set a positive example for others.

One last thing Your Honor, if you want to know the kind of person Evan is you only need to look at his
family. His brother was a very sick person. I'm not at liberty to discuss his brother's disease, but Evan

looked after his brother Michael beyond what any person can possibly imagine. This caring and love no doubt extended his brother's life, and for sure made Michael's life fuller and happier. I have seen Evan with his other extended family. His devotion to his sister and nephew and niece were unbelievable. Family came first. Judge Kaplan, if you had a son like Evan you would be proud to call him your son. Evan showed his love to his parents and grandparents. I can't think of anything he wouldn't do for them.

I hope for the day that Evan is again able to come home and continue to be a positive force to those that get to know him. Evan is a very special person, and I want you and his family to know that I will be there for Evan and them.

Thank you,

Jordan Goodman

# EXHIBIT 18

RE: United States vs. Evan Zauder 12-CR-659 (LAK)

Dear Judge Kaplan,

My name is Keren Shilling and I have been a friend of Evan Zauder's since we met the weekend before starting high school in late August of 2000. Evan was the first new friend I made upon entering the Community Hebrew Academy of Toronto where both of us studied together from 2000-2004. We quickly built our friendship over our mutual love of leadership and joining numerous extra-curricular activities. Evan and I actually shared top honours of collecting the most number of student council points for joining so many clubs and committees upon graduation.

Evan's dedication to both his studies and his friends motivated me to immerse myself in the student body. His enthusiasm and love for his school was both inspiring and infectious. I most associate Evan with starting up the school's *tzedaka* or charity club. Evan conjured so much excitement that students truly wanted to give to others as Evan gave to the student body. Raising money for various causes, Evan extended himself to other clubs such as the school play, the tech committee and religious affairs. It amazes me still that Evan solidly maintained his position on the school's honour roll year after year while volunteering his time so willingly.

Even more than his love of learning is Evan's love for teaching. As a teacher myself in a Jewish Day School, I wish I could be so lucky as to have Evan for a colleague at my school. Evan has perfected the talent of a first class orator who understands how to select and summarize material so students of all ages and abilities can both understand and want to be even more engaged. Whether it be an audience of ten or ten thousand, I have witnessed his students constantly enthralled by his material and delivery. I look forward to the next class that Evan Zauder will be able to teach.

I ask Your Honour to strongly consider keeping Evan Zauder's sentence to its minimum. Evan is a talented, kind, and empathetic individual. He is a pinnacle to his community and a true and loyal friend.

Thank you for your consideration.
Sincerely,
Keren Green

# EXHIBIT 19



Honorable Louis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street.
New York, NY 10007-1312

Re:  United States v. Evan Zauder
12 CR 659 (LAK)

Dear Judge Kaplan,

My name is Charles Grysman and I have known Evan Zauder since he was
approximately twelve years old.  I was his Talmud and Chumash (Bible) teacher in
seventh and eighth grade at Netivot Hatorah Day School in Thornhill, Ontario. He
was a classmate of my son Yoni.  Since that time his parents became members of
my synagogue and I have been involved with the family and provided guidance to
them as they have addressed various challenges for the past six years.  I have a
Doctorate in Education, an MSW, and am an ordained Rabbi.  I have been working
in a suburb of Toronto as a synagogue rabbi, educator, and counsellor for the past
twenty three years.

During this time I have had the opportunity to know Evan in a variety of settings.
As a young student he was always conscientious, helpful, and giving to others.  His
teachers often remarked about how well mannered and respectful he was.  Later,
when he was studying for the rabbinate in New York, he would often return home
and participate, and sometimes officiate in synagogue services.  He would lead
classes on the High Holidays and give the occasional sermon, at my request.  His
words were well thought-out, meaningful, and inspiring.  He was capable of
providing relevant material to people from a broad range of perspectives. He took
to these tasks with enthusiasm and a desire to learn how to be better at his craft.
I was impressed by his openness to feedback so that he could better actualize his
potential.  His goal was to hone the educational aspects of his calling.  His passion
for Jewish education was so infectious that he inspired others to enter the field.

Evan had an older brother, Michael, who suffered from dysautonomia, a rare genetic disorder. He unfortunately passed away suddenly at the age of twenty-nine during a stopover in Amsterdam during a flight to Israel on the day before Passover 2010. The family had to contend with their grief, observe Passover, and follow the restrictions of activity that religious law places on the use of technology on holy days. Arrangements for the holiday had to be made within hours in unfamiliar surroundings while they were grief-stricken and coping with the fact that Michael's burial and mourning period would be delayed and elongated. I was very impressed with the concern for observance and the emotional state of his parents that Evan conveyed to both me and my wife during this difficult time. He rose to the occasion and acted with sensitivity and foresight. He took a leadership role in arranging for his brother's burial and helping his parents and sister cope with the difficult situation. He would call me often for advice about how to handle issues of religious law while addressing the psychological needs of his family members.

Evan brought a strong sense of commitment and dedication to his work and he was well liked by his peers. I feel that he can utilize the wonderful qualities he exhibited in order to turn his life around and be a productive member of society. Fortunately, he is blessed with loving parents who provide him with unconditional support and love. They are invested in his success and confident in his abilities to overcome adversity. In light of the aforementioned information I hope that the court will consider his case in a compassionate and lenient manner so that he will be able to effectively rebuild his life.

Yours truly,

Rabbi Charles Grysman

# EXHIBIT 20

February 27, 2013

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**RE: United States v. Evan Zauder 12 CR 659 (LAK)**

Dear Your Honor,

My name is Adam Hertzberg. I am an educator in New York City and have known Evan
Zauder for almost ten years. I first met Evan in Israel where we studied in the same
Yeshiva for two years. We spent the next six years studying together in Yeshiva
University as undergraduate students and subsequently as rabbinical students.

When we were Israel together, it became clear very quickly that Evan was a born leader.
Due to his selfless nature and ambitious character, he was referred to affectionately as
"Chief," reflecting his ability to lead and get things done. He helped his roommates,
friends, teachers, and the entire school. He worked tirelessly to make sure his fellow
classmates were comfortable, by making sure their accommodations were adequate, the
food was up to par, and the library was organized for easier access to learning materials.
He took these talents to the next level when we returned to the United States by founding
and directing the alumni association for said Yeshiva. He has since been an active and
devoted friend, as well as a passionate and dedicated educator.

While I feel that the actions to which Evan has pleaded guilty are morally, legally, and
religiously reprehensible and repugnant, I believe that Evan can be a strong asset to
society and his community.  As an educator, I know that our most important role is to
provide a safe environment for children. It hurts me to think that Evan could have put any
children in harms way. However, I do not think these actions fully reflect Evan's
character. Therefore, I plead with you, Your Honor, to impose upon Evan the lowest
sentence permitted under the law. I believe Evan is extremely remorseful of the actions
he committed and is willing and capable of rehabilitation. I hope Your Honor will act
with the greatest amount of kindness and compassion by giving Evan the most lenient
possible sentence the Court considers appropriate. I hope and pray for a safe future for
our children and all of America.

Yours truly,

Adam Hertzberg
44C Westgate Road
Teaneck, NJ 07666

# EXHIBIT 21

**Mr. and Mrs. Jacob Israeli**



March 3, 2013

Honorable Louis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

RE: United States v. Evan Zauder 12CR659 (LAK)

Dear Judge Kaplan,

Permit me to introduce myself. My name is Gilda Israeli and I am the maternal grandmother of Evan Zauder. My husband Jacob and I are American citizens. We reside in both Toronto, Canada and Deerfield Beach, Florida.

In addition to my Bachelor's degree from Brooklyn College, I hold a Bachelor of Hebrew Letters from the Jewish Theological Seminary of America and a Master's equivalency from the Toronto Hebrew Teacher's College.

Before my retirement, I was a Jewish Educator. I taught children of all age groups, from Junior Kindergarten through High School and I also instructed their parents through Informal Adult Education. I was also privileged to serve as both Vice-President and President of Chapters of major Jewish women's organizations such as Hadassah, Emunah Women and Mizrachi Women of America.

I also served as President of the Toronto Chapter of the Dysautonomia Foundation. My grandson Michael, Evan's older brother, was afflicted with, and eventually at the age of 28 succumbed to this devastating Jewish Genetic disease. During my tenure as President, I aggressively lobbied the Ontario Health Insurance Plan (OHIP) and was instrumental in persuading them to now include and offer free genetic testing and counseling as a service to all

Canadians.  I was also personally responsible for raising upwards of one million dollars to be used for genetic research into Familial Dysautonomia at both the Hadassah Hospital in Jerusalem, Israel and at Mt. Sinai Hospital here in Toronto.

Currently, at age 78, I am the Chairman of the Board of a nearly 300 member Chapter of Emunah Women of America in Deerfield Beach, Florida.

My husband Jacob is also an Educator.  He holds two Master's Degrees and a Doctoral equivalency in Education.  He held several positions as School Principal, most recently in Toronto as the Educational Director of Beth Tzedec Congregation; the largest Conservative congregation in North America.  My husband is also a Linguist, with an oral, and written fluency in eight languages.  With the onset of Israel's War of Independence in 1948, my husband interrupted his Masters studies at Rutger's University when he was called upon to serve as an Officer in Israel's Military Intelligence due to his proficiency in Arabic.

This proficiency led him to become involved in the salvation of the Jewish Community of Aleppo, Syria.  Most recently, my husband worked as a translator of sensitive documents for the Royal Canadian Mounted Police (RCMP).

Our grandson Evan has inherited this love of learning.  I wish that I was able to send you a photograph of his bedroom and "study" in Toronto.  Bookcases from floor to ceiling stand on every available inch of floor space.  Two years ago, when I was writing a lecture to be delivered on Passover, Evan was kind enough to lend me 39 volumes of his broad collection of Haggaddahs – actually, 39 books written by prominent Rabbis and historians who had analyzed and interpreted the original texts.

Evan's extraordinary gifts as an both an Educator and Orator were already apparent at his Bar-Mitzvah where the Rabbi commented that the 13 year old boy could pass for a 25 year old Rabbinic Scholar.  Last year, on Yom Kippur afternoon, Evan delivered a sermon and taught an Adult Education Class at our synagogue which attracted more attendees than the sermon given by the Headmaster of CHAT – the 1400 student Community Hebrew Academy of Toronto!

In addition to his scholarship, Evan has always been a leader who participated in many community and public service projects including Habitat for Humanity and feeding the homeless.  Upon his completion of high school, he was accepted as a student at Yeshivat HaKotel in the Old City of Jerusalem, one of the most prestigious seminaries in all of Israel.  There while studying Talmud and other Judaic studies, he participated in a city wide beautification project that entailed cleaning, painting, and security work.

Most recently, Evan served as a Rabbinic Intern in Kansas City, Kansas.  He would fly in for one long weekend each month; deliver the Saturday sermon, lead Adult Education classes, and work with the sick and the elderly.  When the congregation knew that it was Evan's week in town, synagogue attendance soared.

Evan was widely regarded as a future star in the field of Education.  It is for that reason that he was awarded a full Fellowship at N.Y.U. to pursue a Master's degree in Education.  From September 2011 – May 2012, Evan taught Middle School at the Noam School in Paramus, New Jersey.  When teaching a remedial Talmud class comprised of students who had difficulties with that subject, Evan devised a method whereby rather than review the material that had already been taught in the mainstream class, he would teach the students the upcoming lesson. This method encouraged the students to participate when returned to the mainstream class. Quite a novel approach.

Our grandson Evan is consumed with shame and remorse.  He is determined to get well and lead a moral and upstanding life.  We, his parents, and our entire extended family, will do anything and everything that we possibly can to help him, both financially and otherwise.

A large part of my life has been devoted to helping children at risk.  Now, my own flesh and blood is at risk.  I am keenly aware of how with rehabilitation an individual can grow from living with inner turmoil, to living a full, rewarding and productive life as an asset to his community.

Four key words in the collective vocabulary of the Jewish People are "tzedek and mishpat" righteousness and justice, combined with "chesed and rachamim" kindness and compassion. As you sit in judgement of our beloved Evan, please consider all of these words and have mercy on our grandson by imposing the lowest possible sentence.

Thank you.


Respectfully yours,

Gilda Israeli
Jacob Israeli

**EXHIBIT 22**

March 1, 2013

Honorable Lewis A. Kaplan

United States District Court

Southern District of New York

500 Pearl Street

New York, New York 10007-1312

Re: United States v. Evan Zauder 12 CR 659 (LAK)

Dear Judge Kaplan,

My name is Joshua Israeli and I am Evan Zauder's uncle (Judy Zauder's brother). I live in Thornhill, Ontario, Canada with my wife Shelley and our three children, Kayla (14), Tyler (11) and Madison (9).

I have known Evan for his entire life. He has always been a welcome addition to our family no matter what the circumstances. Whether it is for Sabbath dinner or birthday parties or any other special occasion we always enjoyed and looked forward to his company.  My children love spending time with him. He has an incredible sense of humour. Evan is a pleasure to be around. He always had a great joke or story to share. Whether teaching Kayla how to use her Macbook Pro or playing mini-stick hockey with Tyler or drawing with Madison, Evan always made our house fun.

We always found Evan to be very reliable and capable of any task he set out to complete. He is thorough and conscientious. Evan is a very well read young man who is well versed in many different subjects and topics from current events to ancient Judaica. Evan is very special.

We all love Evan dearly and hope that our plea of mercy on his behalf is heard and acknowledged. Evan has so many special gifts. He is generous and kind to a fault. He was always willing to baby sit and share his time even when very busy and under tight time constraints.

Your Honour, please understand that yes, Evan has plead guilty to these crimes but he is truly an incredible person who I believe in and love dearly as we all do. We hope and pray that you impose the lowest appropriate sentence under the law.

Thank you so much for reading our letter. Should you need to reach me, please feel free to call us at 905-763-9555.

Sincerely yours,

Joshua Israeli

# EXHIBIT 23

*Judith and Daniel Israeli*

February, 24, 2013
Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312


RE: United States v. Evan Zauder
12 CR 659(LAK)

Dear Judge Kaplan,

Our names are Judy and Doni Israeli. For the last twenty six years I have been a Court Attorney employed by the Office of Court Administration serving in both Kings and Richmond Counties. My husband Doni is a Vice President at Citibank.

We first met Evan 28 years ago. We, his Aunt and Uncle were first told of his mom's (Doni's sister) pregnancy at our wedding. Since that moment Evan has been an integral part of our lives. We have celebrated his birthdays, graduations and other milestones. We have also stood by him at his most difficult moments. We were his first stop on his voyage to Amsterdam where his brother Michael died and his last stop on this terrible journey in which he is now deeply entrenched.

Composing this letter is undeniably difficult for us. While we are aware of Evan's guilty plea we have many unanswered questions. What we do know is that Evan has always had a place in our home and family. We have a mutual respect and love for each other that will transcend this awful chapter in Evan's life.

Since June Evan and I have corresponded daily through emails. The remorse and regret that permeates the tone of his letters is palpable and painful. Every day we have to remind ourselves of the Evan that we would often find in our house rewiring our electricity and fixing our plumbing. If he had a day off from work or school he would drive out to New Jersey and fix things in our home while we were at work. The best times however that we had as a family was when Evan, Michael and our four sons would get together. On a number of occasions Michael would fly down to visit us for a weekend. We met him at the airport so that he could enjoy a weekend of independence

and we could enjoy being together as a family. As Michael got older and frailer we would find ourselves counting the minutes until Evan's arrival at our home. We knew that Michael would be better taken care of by Evan and that any physical or medical issue that would arise, Evan would handle.

On one such visit Michael stayed a few days longer.  Evan was determined to have Michael experience every mode of New York City transportation. Amazingly, he navigated his handicapped older brother through trains, buses and taxis, resolute in his effort to give Michael the greatest week of just being a regular guy. We will never forget that week.

While we are devastatingly aware of the charges that Evan faced and the crimes to which he has pled guilty, we know firsthand and in our hearts that the kindness, empathy and selflessness that Evan has displayed with his family and friends personifies the man that he is and can still be.

We pray that this Court recognizes the goodness, wisdom and capabilities that still and always will exist within Evan.  In turn, we beg of this Court to impose upon Evan no more than the minimum sentence permitted under the law. Affording Evan a second chance at life is merciful to him and his family. There   is so much left for Evan to contribute to this world.

With heartfelt sincerity we thank you for your time and consideration.

Respectfully,

Judy and Doni Israeli

# EXHIBIT 24

ב״ה

# ישיבת הכתל
## Yeshivat Hakotel
שע״י מרכז ישיבות בני עקיבא (ע״ה)

April 23, 2013

Honorable Lewis A. Kaplan
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Kaplan,

**Re: United States v Evan Zauder**
**12 CR 659 (LAK)**

My name is Don Kates and I am the Director of Development for Yeshivat Hakotel in Jerusalem, Israel. I am a trained social worker (MSW, University of Illinois), and have worked in communal service both in New York and Israel for more than 35 years.

I met Evan Zauder when I began working for Yeshivat Hakotel as Chairman of the alumni of Yeshivat Hakotel. I was impressed by Evan's dedication to the institution and his rare organizational talents for someone so young, not only to the alumni organization as a whole, but to the individual members most of whom were students like himself.

On a personal level I found Evan to be not only smart, but a kind and caring individual. He was respected by the other alumni, who knew him to be a unique asset to the organization.

I believe Evan is a special young man, and respectfully ask you to treat his situation with mercy and leniency.

Sincerely,


Don Kates
Director of Development

# EXHIBIT 25

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

RE: UNITED STATES v. EVAN ZAUDER
12 CR 659(LAK)

Dear Judge Kaplan,

As a faculty member at Yeshivat Hakotel, a Jewish seminary in Israel, I have known Evan since his second year studying in the seminary in 2005-2006. Additionally, in the years to follow, I worked closely with Evan on projects for our alumni association. In my role as Alumni Coordinator, Evan and I established the Alumni Association of North America and created numerous programs.

Throughout my relationship with Evan, I have found him to be a sincere and caring individual. Both as a student and eventually as a leader of our alumni, Evan was always someone who took responsibility for others. He cares tremendously for his friends and would seek to promote their joint values. During his tenure as Director of the North American Alumni Association, his professionalism and forethought created an organization that is successful until today. There are few others who I think had the capability and commitment needed to set up the organization for us.

I understand that Evan pleaded guilty to some serious offenses. I was quite shocked when I heard about Evan's offenses, as it seemed out of character with everything else I knew about him. There is so much good that Evan has done and he has impacted so many in a positive way.

I can only hope that the Court takes into account the totality of who Evan is as a person. As someone who has known Evan since 2005, these actions truly do not characterize the essence of who Evan really is. I hope that the Court takes this into account and imposes the lowest sentence permitted under the law. If Evan is given the chance to start over again, I have no doubt that he will have learned from his mistakes and be a constructive member of society.

Respectfully,

Rabbi Daniel Katz
Yeshivat Hakotel

# EXHIBIT 26

RE: UNITED STATES v. EVAN ZAUDER
12 CR 659 (LAK)



April 11, 2013

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Honorable Judge:

Thank you for taking time to read this letter. My name is Emanuel Lazar, and I have known Evan for over 7 years. I am currently employed as a postdoctoral research scientist at Columbia University, studying electronic properties of metals and semi-conductors.

I first met Evan while working together in a summer camp in 2005, worked with him during that summer and then again in 2006 and 2008, and have been in occasional touch since. I understand that Evan has been accused of, and has pleaded guilty to, very serious crimes, and in particular to crimes involving children and their sexual exploitation. This news has been extremely shocking and disappointing.

I also understand that Evan has pleaded guilty to a crime that carries a Congressionally-mandated ten-year minimum sentence, and that Federal Sentencing Guidelines recommend longer times. The Evan that I know or knew is a very special person to me and I hope that you seriously consider sentencing Evan to no longer than 10 years.

In the first two summers working with Evan, I was struck by a number of Evan's qualities. I was impressed by Evan's warmth and genuine concern for other people. It was clear to me that Evan prioritized not only the happiness of the children in his care but also their wellbeing and safety. I saw Evan care for those children as much as anyone can care for a child not their own. It has now been almost five years since we worked together, and I do not remember specific interactions, but I do remember hoping that one day my own children would have camp counselors as committed and concerned about their wellbeing as Evan. Deep down I believe that Evan is a genuinely good person, filled with love and concern for others. He has his faults, like all people I know, but is a genuine person and a very very good one.

I was also struck with Evan's maturity and competence. Evan is intelligent, thoughtful, organized, articulate and mature. Evan used these gifts to contribute towards the wellbeing of the camp, its staff and its campers. When I worked at camp, I was 24, 25, and 27 years old. Although a few years younger than me, Evan was a person that I felt comfortable talking with, sharing my frustrations and fears, as well as my accomplishments and milestones. I invited Evan to my wedding, though he could not attend due to his commitments working in camp.

Evan has a beautiful record of kindness and accomplishment; that record is stained with terrible improprieties. But Evan also has a future in front of him. Evan cannot change the past, he cannot undo the deeds he has done to stain his beautiful record of kindness and accomplishment. However, he still retains the ability to build a future, based on repentance and forgiveness. Please consider the potential that Evan has for building future, and in your mercy, please consider sentencing him to the minimum time allowable.

Respectfully yours,

Emanuel Lazar

Emanuel Lazar