# EXHIBIT 27



Honourable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007-1312

February, 2013

## RE: UNITED STATES v. EVAN ZAUDER
## 12CR 659 (LAK)

Dear Judge Kaplan:

Until my retirement at the end of the 2008-2009 school year, I worked in the field of Jewish Education for more than forty years.  The great majority of those years, I worked for the Community Hebrew Academy of Toronto  (now the Tanenbaum Community Hebrew Academy of Toronto). As one of the positions I held at CHAT during those years, I  was privileged to serve as founding principal of the school's Northern Campus from 2000 to 2006.

In its first four years, the new branch introduced one grade a year, beginning with Grade 9 in 2000.  This meant that this first class, the graduating class of 2004, was the senior class of the school for its first four years.  The relationship that I and, indeed, the whole staff established and maintained with the students of that class was unique.  We built the branch together: students, staff and parents.  I served not only as principal, but taught a class or two each year and, in the first year of the campus, I worked with the students to design and implement a Student Council and a general structure of an ongoing student activities program.

Evan Zauder was one of the students of that grade, and far more than a principal generally does, I had the chance to work with Evan and to observe his growth as a student and as a young man for his four years of high school.  He was certainly among the core of most active, most positive students who were central in building what was to become a creative, constructive model of student life in our campus.  He was on many committees, in fact: every possible committee.  He produced or was on production staff of every student show, assembly, production that the school presented for four years.  He set up and ran the school's audio-visual committee. He was co-chair of the Religious Affairs Committee and served as one of the coordinators of the daily prayer service, held before school at 7:30 a.m. each morning for interested students.

We had a Student Council Points System by which students were awarded points for involvement in school programs.  A junior award was given to a students who had earned 25 points and a senior award to the few students who had earned 40 points.  As I have said, this

was a wonderfully active grade and there were more than a few students who managed to earn a senior award.  But Evan's involvement was so extraordinary that we had to design a new award for him: The 100 Point Award, of which Evan was the first-ever recipient.

Evan's contribution to the growth of our second campus – his involvement in so many aspects of our school – can be spoken about through these lists and numbers. But I need to say more here.

There is a well-known Talmudic observation that a human being is created through the partnership of mother, father and God,  and yet Rabbinic tradition notes that this does not mean that a human being is born "completed." Every person, even though s/he is born in the image of God, is not born completed. Rather, it is the responsibility of each human being to struggle to complete himself.

Evan Zauder, the young man I knew well in his four years at CHAT, was on a journey to create himself.  He had decided on a life of service to others, and he dedicated himself to learning how best he could achieve this.  He participated in so many things, as I have said. But I should note as well that he befriended staff members who could model traits of dedication, service, compassion, decency from which he could learn:  not just Religious Studies teachers, of whom there were many fine models, but General Studies teachers, secretaries, guidance staff: many good people with whom Evan spoke and interacted, good people who came to respect Evan as a sincere, kind-hearted young man who was making the most of all the opportunities to learn, in the broadest sense of that term.  I do not believe I exaggerate when I say that Evan earned the respect and even admiration of the students and staff members who knew him and worked with him.

The school staff of those years have followed the progress of our first class with more-than-usual interest.  We are very proud to have been associated with those fine young ladies and gentlemen who are growing into the next generation of young families and future leaders of the community.  I have been very proud of Evan's achievements as a student, a youth leader, an educator; and I am, of course, deeply saddened by the situation in which he now finds himself.

The road is not always straight and is never entirely clear.  And there are always lessons that need to be learned, sometimes at terrible, terrible cost.

It is an article of our faith that the value of punishment is in its encouragment of introspection and atonement, and that the purpose of atonement is redemption.  I do not doubt that Evan remains a young man of good heart and honourable intention.  Nor do I doubt that there is yet much that remains for him to contribute to his community, many ways yet for him to act in service to his fellow man.

Thank you for your kind attention.

Gary Levine

M.A., Creative Writing, Syracuse University, 1971

M Ed, Ontario Institute for Studies in Education, University of Toronto, 1989

Hebrew Teachers' Certification, Board of Jewish Education of Toronto, 1975

Principals' Certification, York University/Board of Jewish Education of Toronto, 1992

Fellow, Senior Educators' Program, Melton Centre for Jewish Education, Hebrew University, Jerusalem

Family Educators' Certificate, Board of Jewish Education of Toronto

# EXHIBIT 28

March 19, 2013

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

RE: UNITED STATES V. EVAN ZAUDER
12 CR 659 (LAK)

Dear Judge Kaplan:

My name is Max Lindenfeld. I am a 2012 graduate of St. John's University Law School and
am currently working at a Civil Litigation law firm in Long Island. I am writing to you on
behalf of my friend, Evan Zauder. Evan and I met and became friends while spending the two
years following high school in a religious seminary in Israel. We continued our friendship
over the following three years as undergraduates at Yeshiva University. During our time
together, I had the privilege to get to know Evan both on a personal and community level.

On a personal level, Evan has always been someone who I could feel comfortable speaking
with about any issue or be there to put a smile on my face. However, Evan's greatest gift is
his ability to create an impact on his community. Since our days together in seminary, Evan
always devoted his time and efforts to enhancing the group's experience, ranging from minor
to more significant improvements. When Evan arrived in college, he immediately dedicated
his free time and courses of study towards bettering his surrounding society. I remember
during college having a conversation with Evan about the state of schools and education in
our community. I was amazed at the passion Evan exhibited towards this issue and was even
more impressed by his commitment and drive to fix the situation.

I am aware that Evan has admitted to several wrongdoings, however, I believe that there are
few individuals on this planet like Evan Zauder. Evan has a sincere and strong sense of
obligation towards his community, and the rare talent and foresight to improve his
surroundings. I have met few people who are consistently working towards the needs and
greater good of society like Evan. I believe the best has yet to come for Evan Zauder, and
would respectfully request the Court to impose the lowest sentence permitted under law on
Evan. I look forward to seeing Evan implement his unique talents on our community in the
future.

Sincerely,

Max Lindenfeld

# EXHIBIT 29

RACHELLE MANDELBAUM

March 1, 2013

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: United States v. Evan Zauder
12 CR 659 (LAK)

Dear Judge Kaplan,

My name is Rachelle Mandelbaum. I am an attorney admitted to the bar in the State of New York and the State of New Jersey. I am currently retired from the practice of law and am employed in the field of Construction and Property Management. I am the proud mother of 4 wonderful children. My daughters are 21 and 19 and my sons are 17 and 13. My husband is a physician specializing in Pain Management with offices at Beth Israel Medical Center in Manhattan and Methodist Hospital in Brooklyn. I am very involved in my community and sit on the Board of Directors of Congregation Beth Aaron, Rosenbaum Yeshiva of North Jersey and Teaneck Mikvah Association.

Evan Zauder is my cousin. My father and Evan's grandmother are siblings. I can say that I have known Evan since before he was born. From the time that Evan was small, it was apparent that there was something special about him. He had the unique ability to make everyone around him feel welcome and comfortable and like you were the most important person in the room. It is rare these days to meet someone that you would call a true gentleman. But that is Evan. His manners are impeccable and the courtesy and respect that he shows to all is remarkable. I must admit to occasionally pointing out Evan's behavior to my own children as an example for how they should act. The respect and honor that Evan shows to the elder members of our family always impressed me. When an elder entered the room, Evan would jump up to give them his seat. He was the first to run to open a door, get a drink or offer his arm to an elder in need of assistance. No matter what the situation, Evan always displayed kindness, patience and gentility.

Evan grew up in a home filled with love. Keith and Judy Zauder are two of the most dedicated and devoted parents that I have ever seen. Though their family has faced more hardship over the years that any one family should, most recently with the

death of their beloved son, Michael, they live each day with a smile on their faces and with the belief that if they love their children enough, everything has to be ok. I don't believe that anyone could love their children more then Keith and Judy love Lauren, Michael and Evan. They hold strong and steadfast and are anchors for their children through the best times and the worst times.

In our lives, G-d places many tests before us. The test that He gave Evan was a particularly difficult one – and unfortunately, Evan failed tragically. But today, I write this letter to sincerely express my complete confidence in Evan's future. The first time that Evan was tested, he faced his demons on his own without the courage to ask for help. All that has changed. Now, with the support of his loving parents, family and friends and with the help of the very best medical team available, I know that Evan will pass with flying colors.

Over the years, members of our family have often spoken of how Evan was our rising star. Among his numerous talents, Evan is an eloquent and dynamic speaker. He uses his G-d given gifts to motivate and teach those around him. In fact, he is now using his time to better himself and those around him by continuing to learn, teach and inspire.

With the deepest respect, I ask you to impose the lowest sentence permitted under the law. Please allow Evan Zauder the opportunity to build a new life for himself. He has so much to give. With your understanding and compassion, I know that Evan can still be a star.

Yours truly,

Rachelle Mandelbaum

# EXHIBIT 30

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

RE: UNITED STATES v. EVAN ZAUDER 12 CR 659 (LAK)

Dear Judge Kaplan

My name is Terri Noy. My husband and I have been friends of the Zauder family for more than twenty years. Over the years we have watched Evan grow into a respectful, considerate and accomplished adult. His selfless and caring nature was evident to us at a very young age. The entire Zauder family was often required to focus on Evan's late older brother Michael, who lived with Dysautonomia. Evan's selfless and caring nature diverted the attention away from himself as to enable the family to fully concentrate on Michael in times of acute medical situations associated with his disease.

Evan's respect, kindness and concern for older adults is also very impressive. Whenever we have seen him with his grandparents, he genuinely showed interest in what was happening in their lives, listened with great interest to their stories and shared his stories with them. It was heartwarming to see the love and mutual repore between them. More often than not, grandchildren dismiss grandparents as just being old people who don't matter.

My educational background in Healthcare Administration and Longterm Care Adminstration as well as my work experience in hospitals and seniors homes make me far more in tune with the realities of intergenerational relationships. It is refreshing to know someone like Evan who has such concern and kindness for older adults.

My husband and I are well aware of Evan's crime and we are also aware of his deep feelings of genuine remorse. We continue to have great respect for Evan because of the great qualities he has demonstrated throughout his life as discussed in the above paragraphs. We, therefore, beseech you to impose the lowest appropriate sentence possible within the confines of the legal system.

Sincerely,

Edward and Terri Noy

# EXHIBIT 31

April 23, 2013

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

RE: UNITED STATES v. EVAN ZAUDER
12 CR 659 (LAK)

Dear Judge Kaplan,

My name is Lauren Nussbaum and I am Evan Zauder's older sister. I am writing this letter in support of my brother with the hope that the Court will impose upon Evan the lowest sentence possible as permitted by law.

Evan is a truly special young man and a dear brother. He is loving and kind, generous and thoughtful. While I feel that a single letter cannot truly capture Evan's spirit I will try my best to share with you the many qualities I treasure most about him so that you can get a sense of the great potential that I believe he has. It would be truly unfortunate should he not be given the opportunity to make the positive mark on this world that I know he is capable of.

I am aware that Evan has pleaded guilty to certain crimes and I do not wish to minimize the severity of these issues in any way. Yet, over the past year I have had a number of opportunities to speak privately with Evan and he has expressed on more than one occasion his sincere regret and remorse for his actions. Despite Evan's admission of wrongdoing, I have the utmost respect for his character and believe that he is truly sorry for the situation at hand.

Over the past 4 years Evan has lived through some extremely difficult lifecycle events with me. Evan's strength of character and maturity have definitely narrowed the age gap between us and as a result, we have been able to lean on each other and depend on each other as peers, despite the nearly 7 year age gap. It may not seem like many years, and I am certain that as time goes on the differences fade away, but in most families what do a 26 year old single guy and a 34 year old single mother have in common? In most cases - not very much.

I am fortunate to have two beautiful children; Phillip, who will is turning 9 this month, and Annie who is 5. In 2008 I separated from my husband and at the time, I went from a stable, two-income household to become a single mother with an uninvolved ex-partner and no child support. My son had just turned 4 and my daughter was only 9 months old. Evan had just turned 22 and was already going to school and living in New York at the time. As a teacher and a mentor, he became an even more significant role model for my children, a position he accepted willingly and without question. Suddenly my parents and I expected that he would come home to Toronto for most holidays, and once at home, to hang out with the children frequently, regardless of his plans with friends. He was called upon to babysit, read books,

play board games, go to the park. My children ran to the door when he came home. They counted down the days to his visits. Since Evan has been at MDC he has called the children every Sunday. He clips articles about hockey and he draws greeting cards. He pays attention to them. He is considerate of them. They miss him, and so do I. Never once have I doubted his genuine consideration for them since the day they were born. I recall him driving all day from New York to Toronto to meet my daughter the day she was born, and driving back to school the very next morning. That's the type of brother that he is. He was 21 at the time.

About 2 years after my divorce my family planned a trip to Israel to celebrate Passover. My parents, children and middle brother, Michael, planned to travel from Toronto and Evan would fly directly from New York and meet us a few days later when school broke. Tragically Michael suffered a serious heart attack during our brief layover in Amsterdam, from which he never recovered. While my parents anguished in the hospital during the 6 days that Michael was in the ICU, Evan flew directly to Amsterdam and swooped in to deal with the logistics. I had ████████████████████████████ the time, and could barely manage them with the time difference, let alone the details of hotel, food and finances in a foreign country. To complicate matters further, we were just a few days before Passover and knew that we had to make preparations for Michael's passing before the holiday began r all Jewish services would be unavailable. The nightmare of this trip still haunts me to this day. If not for the kindness of the Jewish community I honestly don't know how we would have survived. Yet Evan moved into survival mode all on his own. With just a few phone calls he had reached out to the local chapter of Lubavitch and organized support for us on so many levels. I can't begin to comment on the assistance he offered my parents, and I suppose I'll never really know how he managed to move 12 suitcases from our airport hotel to the one nearest the hospital. I don't recall how he was able to get my children and me to a kosher meat restaurant so they could have a hot meal, I had no idea what day or time it even was. He brought in groceries, he created games and distractions. What I CAN say is that in my eyes, he will always be my Superman through that experience. He was 23 at the time.

One of the decisions we made on that trip was to have my ex-husband fly to Amsterdam and take the children home. We had been there for almost one week already and we felt they had had enough and needed the security of home. Michael passed only a few hours after they left. That night Evan and I decided to share a hotel room so that my parents could have their privacy to grieve. Evan moved his things out of their room and we stayed up most of the night sharing stories and recapping events of the past few days. Clear-headed for the first time in a week, I marvelled at all that I had missed while tending to my children. Having them at my side saved me; it kept me in a constant loop of feeding, changing and care-giving. I am certain that having us to care for saved Evan, and I cannot ever thank him enough.

Since that night we have been closer than 2 siblings could ever hope to be. Until Evan's incarceration we were on the phone at least every other day and often daily, for hours at a time. Even over the past year we e-mail multiple times per day and speak at least weekly, sometimes twice. It's difficult with the number of minutes allotted to him and the other people he needs to keep in touch with, such as my parents and grandparents, but he always makes the time if he can. I have flown from Toronto to New York to visit him every month and will continue to do so over the course of his sentence. He has my full support and I look forward to resuming our relationship to the maximum when we can.

After we returned home from Amsterdam, and life went back to normal, we went back to our routines of school and work, social and volunteer. I love hearing stories about Evan's projects and classes. He inspires me. As an educator Evan has talents that I wish my teachers would have had! He has such a

way with words and can make even the most inane of topics fascinating.  Pick any topic and he has facts and information tidbits at his fingertips.  He is Mr. Wikipedia, as we like to joke.  Whether I'm buying a new printer, changing the water in the fish tank, deciding on the best sneakers – Evan has relevant advice to offer.  I still ask him these questions even now.

In our talks, one of the things we dreamed about doing was going to see Michael Jackson on his last tour in London, England.  Unfortunately we did not get the opportunity, but Evan surprised me with the next best thing.  He bought us tickets to see Cirque du Soleil's performance of Michael Jackson in Madison Square Garden.  Little did we know it would be such a success and they would end up doing a huge North American tour.  But at the time, Evan purchased tickets over a year in advance for the two of us to go see the show in New York.  In April 2012 I travelled into New York and spent the night with him at his apartment so we could go see the show.  We had such a wonderful time!  A 25 year old single guy and his 33 year old single-mom sister – this is the relationship we are blessed and work hard to share.  As we spent the night together, sharing a room once again, we were reminded of that night in Amsterdam.  And I was reminded all over again of how special Evan is and how fortunate I am to have him in my life.

I guess, when all is said and done, the point I am trying to make is that my family and I need and value Evan so much.  The world needs Evan.  I have no doubt that he will inspire people to do good and he will rebuild his life over time.  The many letters and thoughts from colleagues, clergy, professionals and loved ones cannot all be wrong.  My hope and prayer is that he is able to move on from this experience as soon as legally possible so that he can make his mark on the world at large.

He has already made a permanent mark on me.

Very sincerely,

Lauren Nussbaum
(sister of Evan Zauder)

# EXHIBIT 32



*Deslie and Menachem Paneth*



Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**RE: UNITED STATES v. EVAN ZAUDER**
**12 CR 659 (LAK)**

March 20, 2013

Dear Judge Kaplan,

It is with a heavy heart that we are writing this letter on behalf of our beloved nephew Evan Zauder. Evan has been an integral part of our lives since the day he was born and more so since he moved to New York to pursue his education and career passion.

My husband, Menachem and I live in West Hempstead, NY and after countless IVF failures, we have been blessed with three wonderful children through adoption, Matthew-21, Brittany-18 and Ashley-14. The grueling and heart wrenching process of infertility and adoption has intensified our feelings about the sanctity of children. Menachem is a salesman and very involved in many aspects of our Synagogue on a volunteer basis. I received my Bachelor's of Science in Computer and Information Science and currently work as a bookkeeper/office manager. While my day job is in the corporate world, I have spent many years volunteering for organizations that are dedicated to the welfare of children. One of these positions was as President of AMIT. AMIT was founded in 1925 and opened the first vocational high school for girls in Jerusalem in 1933. More than 25,000 youngsters in 108 facilities throughout Israel are now cared for and educated in AMIT schools, youth villages, surrogate homes and child care facilities. Our job in this organization is to protect underprivileged youth from abusive homes, drug infested homes and give them a chance to succeed in life.

Additionally, I have also served for numerous years on the Youth Committee of our synagogue, working to instill good values and goals in our children, to help them make wise life choices and to help build the self-esteem of each and every child in our community. I have served for many years on the Parent Teachers Association of the Hebrew Academy of Nassau County to ensure that our children receive a rich and well rounded education while teaching them to be responsible citizens in society.

All of these volunteer positions have required me to work closely with many children and young adults to acquire a keen knowledge of the needs and challenges they face in today's most difficult society. While we do our best to help give each child the tools they need to deal with this fast-paced, on demand world, these tools are not always enough to help each child to succeed.   When faced with an overwhelming number of challenges, there are times that even the most intelligent, loved, and strong child will make a bad decision.

On that note, I am in constant contact with Evan and know that he has admitted to his wrongdoings and is steadfast on making amends and moving forward with his life.  While this is a most difficult time for our entire family, we are banding together to support one another and get through this challenge as we have gotten through so many other challenges together.  I would like to share with you some of my personal knowledge and experiences of Evan and his family.

Evan is the youngest child of my brother and sister-in-law, Keith and Judy.  Although he was the youngest in the family, due to his older brother Michael's genetic illness, familial dysautonomia, Evan took on the role of big brother from the moment he was able to walk and talk.  I remember him as a very young boy, walking with Michael, holding his hand so Michael would not lose his balance, being so proud of him and most of all, so protective of him.  Evan understood what it meant to be "different" and he was not going to let anyone hurt Michael or make him feel any less than the extraordinary person that he was.  Growing up in a home with a disabled child often leaves the other children to play second fiddle because the needs of the disabled child always have to come first.  In spite of this, Evan always had a smile on his face and even as a young boy understood this and was patient and kind even when many other young children would have resented it.  Three years ago, Michael passed at the very young age of 28 while the family was on a stopover in Amsterdam on their way to Israel to spend Passover together.  I clearly recall speaking with Evan while he was in Amsterdam.  While Keith and Judy were understandably consumed and focused on Michael's needs, Evan, as always, used his "take-charge" personality to take care of everyone's needs: His parents, his sister and his niece and nephew.  Everyone depended on Evan, like everyone always does.

Five years ago, three months after Evan's niece was born to his sister, his brother-in-law abandoned his sister and left her with a three year old son and a newborn daughter.  They reside in Canada.  Evan was by his sister Laurie's side even though he was living in New York.  He spoke with her daily to make sure she was managing, to give her a shoulder to cry on and to see that all of her needs were met, while becoming a surrogate father to her children.  I have a beautiful memory of Laurie calling me up and telling me that she was working on a fundraiser for her children's school.  She had put so much time and effort into this program and was so excited and proud of her accomplishment.  The only concern she had was that she was going to be attending this program alone as a single parent and she was concerned how uncomfortable she would feel.  Upon hearing this, even though Evan had a grueling school and work schedule, he hopped into his car and drove from New York to Canada and surprised Laurie by showing up the night of the fundraiser to be by her side and then drove back to New York the next morning.  This personifies Evan's being.  He has a heart of gold and goes out of his way to help people even if it is difficult on him.

Evan is wise beyond his years.  At fifty years old, we go to Evan for advice on how to deal with our teenage children and have been asking his advice for many years.  Each answer and idea that he has is well thought out, not only to maximize the outcome for our children, but to take us into consideration as

well. Our children love Evan to no end and always look forward to his time with us. He has an awareness of what each of our children need and he takes the time to sit with them, play with them, speak with them, and they always walk away feeling like they are the most important person in the world. Evan's wise advice has defueled many a tough situation in our home and has taught both Menachem and me, as well as our children, many important life lessons.

Evan spent many summers in Camp Stone, a camp that I attended as a youth. This camp is geared towards instilling self-esteem and pride in each child. I remember Evan telling us a story about a young boy who was being made fun of by his bunkmates. Evan worked with this child in order to change some of his habits and help him adjust socially so that he would feel like he "belonged" and become part of the group. We were so impressed by the way Evan handled this little boy. At 18, he had more insight than most adults I know. An old friend of mine was a parent of one of Evan's campers and personally witnessed his special way and sensitivity with the children and contacted me after not seeing me for 30 years to tell me how special my nephew was and how he had helped his son succeed in camp and have the most wonderful summer of his life.

Evan has been through more than any child should have to endure and these difficulties, although not noticeable on the surface, have impacted him beyond words.

Upon being notified of Evan's arrest by my brother Keith, we immediately fixed up our home in order to accommodate Evan and his family with the hopes that Evan would be released soon and would need a place to go. This was a joint family decision as we realized this would impact our children as well. Everyone was on board and wanted to be there for Evan in order to support him and see him through this most difficult time. We felt confident that with all of us beside him, Evan would receive the tools he needed to rehabilitate himself and continue to lead a beautiful life.

We understand the severity of the charges that Evan has pleaded guilty to but know in our hearts that with the proper help and support, Evan can rebuild his life and make tremendous contributions to society. He is bright, intuitive, caring, sensitive and loving and has a special way about him in all that he does. He's a mover and a shaker and doesn't give up, something that he was forced to learn throughout the difficulties in his life. This is something that his wonderful parents Keith and Judy have instilled in him.

It is with deep humility that we plead with Your Honor to take all of this to mind and heart when imposing a sentence for Evan and to have mercy on Evan and his family and to give Evan the lowest sentence possible in accordance with the law.

Thank you for your consideration,

Deslie and Menachem Paneth

# EXHIBIT 33

*David Pelcovitz, Ph.D*



Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**RE:UNITED STATES v EVAN ZAUDER**
**12 CR659 (LAK)**

Dear Judge Kaplan

I am a clinical psychologist who has been in practice for the last thirty years. I have also
served as Director of Psychology at a large hospital center and as a professor of clinical
psychology in several medical schools. I am writing this letter, in my capacity as a former
teacher of Evan Zauder's in a Pastoral Psychology course he took with me. I also gained
some insight into Evan's many positive qualities in a meeting I had with him shortly after
his arrest.

I spent most of my career treating the victims of child sexual abuse in the specialized
clinic and research program that we had at North Shore University Hospital, which was
then part of the NYU School of Medicine. In light of this expertise and the qualities I saw
in Evan when he was my student, I hope that this letter can provide a perspective that can
help justice be tempered by mercy when Evan is sentenced.

In my interactions with Evan during and after class, what came through most, was his
warmth, empathy, concern for others and genuine commitment to serve the community.
In my meeting with him after his arrest he wasn't in the least bit defensive about his
actions. He expressed sincere regret and remorse,  wishing that he had the strength to get
professional help for his problems before they reached the disastrous proportions that
brought him to your courtroom.

In over thirty years of practice, I have had the opportunity to treat many individuals with
issues in the area of controlling their sexuality. As you know, the prognosis for sustained
change is often guarded. In the case of Evan, however, I believe that he possesses many
of the ingredients that I have come to associate with sustained change and potential to be
a valuable member of society. A combination of an unusually supportive family coupled

with Evan's advanced capacity for self-awareness and empathy should serve to improve prognosis for becoming a valued member of his family and community. Please consider this aspect of Evan's potential and temper justice with mercy by imposing on Evan the lowest sentence permitted under the law.

Respectfully,

David Pelcovitz, Ph.D.
Clinical Psychologist

# EXHIBIT 34

**Rabbi Steven Pruzansky**



Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: United States v. Evan Zauder
12 CR 659 (LAK)

March 1, 2013

Dear Your Honor:

I write as the Rabbi of above-referenced synagogue, where Evan Zauder was employed as our Youth Director for two years, until the summer of 2010. But I am also an attorney (retired), a member of the Bar in the State of New York, and admitted to practice in Southern and Eastern Districts of New York and before the United States Supreme Court, and as such fully cognizant of the seriousness of the charges to which Evan has pleaded guilty.

Evan served as our Youth Director with great distinction. He was beloved by our children and parents alike; that fact alone made his arrest in this matter such a shock to our community. Obviously, we extensively questioned our youth after Evan's arrest, and there was not the slightest accusation of any untoward conduct raised by any child or adult. I cannot help but believe that the charges herein reflect aberrational conduct on Evan's part, for which he has accepted responsibility, admitted his guilt and will be punished accordingly.

Clearly, Evan has pleaded to a most serious offense, and faces a statutory minimum sentence. But, having worked together with Evan for two years, seeing his sensitivity, thoughtfulness and acts of kindness first hand, and knowing of his good character that render the charges herein atypical of his true nature, I would respectfully urge the Court to temper justice with mercy and sentence Evan to that statutory minimum.

I am convinced that, rehabilitated, he will still be able to contribute to society in the future, and although his incarceration will likely not end until his mid-30's, he will be able to make amends for his behavior herein. I have heard that, even now, he has seized the opportunity in detention to teach, mentor and to be a positive influence on others.

Very truly yours,

Rabbi Steven Pruzansky

# EXHIBIT 35

Michael Rainsbury



Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

29th March 2013

RE: UNITED STATES v. EVAN ZAUDER
12 CR 659 (LAK)

Dear Judge Kaplan,

I have known Evan Zauder for over eight years since we met at Yeshivat Hakotel, a religious seminary in Jerusalem, where we studied together for two years. We were good friends and remained so following his return to the USA and mine to the UK, and met up on a few occasions since as well as occasional emails and messaging. Since our time in Jerusalem I have pursued a career in education and served as the National Director of Bnei Akiva, the UK's largest Jewish youth movement, and I am currently teaching at a secondary school in London.

I have always found Evan to be good-natured, kind and caring towards others. He often gave me good advice, was extremely welcoming and never had a bad word to say. He was an excellent person to talk to and confide in and never abused the position of authority and trust that people showed in him. I am aware of his dedication to organising reunions of our religious seminary and programmes for Bnei Akiva in the United States and as someone who has done similar activities in the UK, I understand how much time and effort is required for these selfless acts.

I am aware of the crimes that Evan has committed and I am extremely uncomfortable with their nature. Nevertheless Evan's decision to plead guilty resonates with his innate wish to be honest and I believe that his straying from being a law-abiding citizen was temporary and guided by personal issues which Evan has now learned his lessons from. I also note that despite the crimes which he committed, there is no question that he has done tremendous good for other people and I continue to respect him for this.

Based on this character witness, I humbly request that the court impose as lenient an appropriate sentence as possible for Evan, due to his otherwise excellent standing in the community and good nature.

Yours sincerely,

Michael Rainsbury

# EXHIBIT 36

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007 – 1312

RE: UNITED STATES vs. EVAN ZAUDER
12 CR 659 (LAK)

Dear Your Honor,

Allow me to share some personal reflections about Evan Zauder.  I know Evan in a variety of capacities.
He was a student of mine in Talmud and Jewish law classes for two years Spring 2006 - Fall 2008. I also
had the opportunity to test him when he applied to rabbinical school.  Moreover, he is a member of the
synagogue where I serve as rabbi.  My overall impression of Evan as a student and congregant is that
although he has faced great difficulties and challenges, he also has the capacity to pull together and
persevere.

I first got to know first Evan as a student. He did very well his first year, his grades were high and his
attendance was strong.  He asked questions on Talmudic material in class, regularly attended study
sessions and was truly a pleasure to have in class.  The second year however, Evan performed poorly.
His attendance declined, and his work deteriorated.  I did not know what was troubling him.  Evan was
extremely quiet and not forthcoming all semester.

After that semester, we spoke at length.  We spoke about switching Jewish studies programs, so that
Evan could get a new start and improve his performance.  We also spoke about his desire to enter
rabbinical school.  I had serious misgivings about this, based on my assessment of his skills and his
motivation to learn.  I simply was not sure he could develop into a rabbi.  However, I knew that Evan
was a doer, that he was energetic and involved in many extracurricular activities and that even if he
would never be a rabbinic scholar he had the potential to influence people and help them grow. The
upshot of these conversations is that Evan switched Jewish studies programs.  In his new program, a less
structured program that is more heavily Talmud based, Evan did better.  His academic performance
improved considerably.  I was struck by how much better he was doing.  I tested Evan to see if he was
prepared to enter the rabbinical school.  He was admitted to study in rabbinical school because of his
personality, potential, and the improvement he had shown in his new Jewish studies program.

During Evan's time in rabbinical school we interacted sporadically.  He joined my synagogue in 2010-
2011.  I saw him in synagogue on Sabbath and occasionally received a text or an email asking about a
detail of Jewish law.  He interacted with synagogue members and was a part of the community.  He
appeared to be doing well.   I together with my entire synagogue and university community was

shocked to hear about Evan's arrest.  We had absolutely no indication that he was anything other than a fine young man.

In hindsight, I am able to see how much Evan Zauder struggled throughout the time I knew him.  I also see how he was able to improve.  His academic improvement is a sign of this growth.  I know that he is talented and personable. I know how terrible he feels about the way he hurt people and the awful pain he has caused.  I know that his perspective now is focused on "tomorrow" on improving himself and never again hurting others.  I believe that he is capable of rectifying himself and making a contribution to society.

Evan used to sign his emails, "I will change the world, just give me a little time".  I believe it.  With the understanding that he has admitted to some terribly heinous acts, I still believe that he is capable of doing  good things in the world.  I believe that a contributing factor in his terrible acts were a number of difficult personal situations, the death of his brother, and his sister's divorce.  I ask for mercy in his sentencing so that after he serves his time, he can go on to make a contribution to society.

Ezra Y. Schwartz

# EXHIBIT 37

March 8, 2013

Honorable Lewis A. Kaplan
United States Southern District
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: United States v. Evan Zauder 12 CR 659 (LAK)

Dear Your Honor,

I have known Evan since 2004, when we attended a religious studies program in Israel together. After that we both went on to study at Yeshiva University, and have remained close ever since. Since the moment I met Evan he has stood out as an exemplary leader and educator, and has always been deeply devoted to his family, friends, students, and everyone else around him.  He has always demonstrated wonderful character, and I would like to share a little bit about him.

At the post high school program we studied at, Evan quickly became a student leader. It didn't take long for him to earn the nickname "Chief", which he was called both by his teachers and peers for many years. To no one's surprise, Evan became the president of the alumni organization, a post he served out of the goodness of his own heart, and with little fanfare. At the events he organized, he would avoid recognition for the many hours he put in, avoiding the limelight as much as possible. He contributed not because he wanted praise, but because he felt it was important.

Evan's leadership continued way beyond this. At Yeshiva University, he was highly active in various leadership programs both for fellow and younger students. He continuously held high positions at the camps  and youth programs he worked at, and was well on his way to success in the field of education. Here again I stress that Evan was devoted to education not for his own image, but because he understood its importance, and wanted the absolute best for every camper and student he met. This was apparent in every conversation I had with Evan about all the work he did, during which he would speak with pride about those whose lives he contributed to, and with hope for those he felt still needed guidance. He simply wanted to foster all around growth in all those he educated, and understood his ability to do so.

Outside his work, Evan was also dedicated to his many friends and family. He was always available to help with a class, or to look over a paper. If there was something troubling a friend, he was quick to provide a kind word, and to go out of his way to cheer him up. And this was even more true when it came to Evan's family. I was always impressed by Evan's devotion to his family's well being. I can think of countless times when Evan detailed to me the lengths he was going to surprise a parent or sibling with an extravagant birthday party or gift. He would work for countless hours planning ways to make his family happy on various occasions, and it was never for his own self interest. He just cared for those around him.

Having said that, I would like to make it clear that I in no way intend to mitigate the severity of what Evan did. He himself pleaded guilty, and there is no doubt in my mind that he deeply regrets his actions, and knows that what he did was wrong. However, while acknowledging his terrible mistakes, I still recognize Evan's many wonderful traits, and I believe that given a chance, he will seek to amend his wrongdoing. In that regard, I ask that you please have mercy on Evan, and grant him the most lenient sentence the Court considers to be appropriate.  Evan still has much to contribute, and I am sure that given the opportunity, he will improve himself and continue in his mission to help others. Thank you for your consideration.

Sincerely,

Yonatan Shefa

# EXHIBIT 38

# Jill S. Smulevitz

230 Central Avenue • Apartment 2-B • Lawrence, NY 11559
email jill.smulevitz@gmail.com • tel.516.792.6372

February 17, 2013

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:  **The United States vs. Evan Zauder**
     **12-CR 659 (LAK)**

Dear Judge Kaplan,

I am writing to you in support of my nephew, Evan Zauder. My heart aches and goes out to my entire family at this time. Evan has been an amazing and outstanding son, brother, grandson, uncle, and nephew.  I have watched him grow into a responsible, kind, decent, and compassionate adult, and a dedicated educator as well, a passion we both share.

From the time he was a young child, it was evident to me that Evan was blessed with superior intelligence, a charismatic personality, and a good set of values. I have raised four children of my own, earned a Masters Degree in Early Childhood Education, and have been a teacher for over thirty years. I interact with young children and adolescents, and their parents on a daily basis. As an educator and a parent, I am keenly aware that Evan is an exceptional young man who has achieved many professional successes and accomplishments throughout his career as a camp counselor, Division Head, and Head Counselor, as well as his work as a school teacher.

Throughout his formative years, I had the privilege of spending many holidays with Evan and our very close knit family. His cousins always felt that Evan was, a good listener, a great friend, a fun person to be around, and whenever asked, he offered his cousins very sound advice. The adults in our family always marveled at the dedication, devotion, love, and compassion he gave to his brother Michael, who suffered from a Dysautomia, a rare genetic disease that causes the anatomic nervous system to fail.  Evan was always very close to his older brother and was very much saddened by his death two years ago. Evan was always very patient, thoughtful, and generous with all the people who touched his life. I was often impressed with his love for learning both in secular academic subjects and in his Judaic studies. He impacted the lives of many students, campers, and colleagues with his kindness, empathy, dedication, sincerity, and gentle sense of humor.

In my recent correspondence with Evan, he has shared some of his daily activities with me, and he made it clear to me that he was looking at the entire experience from a positive perspective, never complaining, and explains to me how grateful he is to be able to participate in Jewish activities with his peers. Evan was always a great athlete, and worked hard to balance a rigorous academic schedule, with his rabbinic studies.

Evan has a deep faith and belief in God, which is helping him through these difficult times. In prison, he continues to focus on his studies and expresses his concern for my family and always asks about what is going on in my life, and in the lives of my children. He is selfless and warm in his communication with me, which only adds to the respect I have for him.

I beg the court to consider all aspects of Evan Zauder, and to show mercy and have leniency on him. Evan is a special young man who has much to offer his family and community. It is my fervent hope that His Honor will decide to impose the lowest appropriate sentence possible for Evan. Thanking you in advance for your anticipated understanding and merciful ruling, I remain,

Respectfully,

Jill S. Smulevitz

# EXHIBIT 39

**MARC SMULEVITZ**

February 17, 2013

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: United States v. Evan Zauder
12 CR 659 (LAK)

Dear Judge Kaplan:

I have known Evan since his birth. As his Uncle, I have been there during many of his developing years and as Evan chose his career path, I was able to observe the admiration and respect he earned in his profession. Evan served the youth department within the community I reside, West Hempstead, New York. As I also have family in Teaneck, NJ, and while visiting there, I also watched with appreciation the work that Evan was doing in that community as well. Needless to say, it was wonderful to see such great maturity and growth of an individual.

Within the family, Evan was always known as the "one we could all count on". Meet an arriving plane at the airport, no problem. Help a grandparent shovel out after a typical New York snow storm; Evan was there with his friends to help remedy the situation. It really did not matter the circumstance. If help was needed within our family, Evan was the first to volunteer.

As I said earlier, I've known Evan since his birth. His father, Keith, and I were roommates in an North American program in Israel dating back to 1973 and have been best friends and brothers-in-law since. When I visited them in Thornhill, I observed the respect their community accorded to the family.

I have been living here in New York since 1977 having moved here to attend Fordham University Graduate School of Social Work. Since then, I have married and with the change of fortune, I have been in the Halloween and Toy Industry for some thirty five years. I have also resided in the West Hempstead community for thirty plus years.

Re: United States v. Evan Zauder
12 CR 659 (LAK)

Page 2

As a former social worker and now a member of the business community, I would humbly request that your court show mercy and leniency toward my nephew, Evan Zauder. I truly believe, that if given the opportunity, Evan will prove to be an upstanding, positive contributing member of his chosen community as well.

Thank you, your honor, for this opportunity to express my personal feelings regarding my nephew Evan.

Sincerely yours,

# EXHIBIT 40

March 18, 2013

Honorable Lewis A. Kaplan

United States District Court

Southern District of New York

500 Pearl Street

New York, NY, 10007-1312

RE: UNITED STATES v. EVAN ZAUDER

12 CR 659 (LAK)

Dear Judge Kaplan,

We are both United States citizens. We are also long time friends of Judy, Keith, Lauren, Michael (of blessed memory) and Evan. We have known Evan's grandparents, Judy's parents, for nearly forty years. I, Herb, have been an educator, principal and teacher, for forty two years. Susan has owned a retail business for twenty eight years.

Evan is a member of a loving, educated and very charitable family. The Zauder home is open to guests every Shabbat and every holiday. Judy and Keith have been very generous supporters of numerous worthwhile causes. Even during these very difficult months, they have opened their home to serve as hosts for a synagogue event. Judy's parents have devoted their lives to Jewish education. Judy's father, Jack, was a long time Hebrew School principal in New York and Toronto. Judy's mother, Tova, was a dedicated Hebrew teacher. Evan's sister, Lauren, has two children upon whom Evan dotes. Both Phillip and Annie love their Uncle Evan.

We have known Evan since his teenage years. We have always been impressed with his devotion to his family, friends, school and religion. His late brother, Michael, had dysautonomia. Evan was always loving, caring and helpful to Michael. His devotion to Michael came at the expense of his own social life many times.

Evan made certain to include Michael in many of his activities with his friends when their age difference might have precluded such involvement under other circumstances. He made sure that Evan was accepted and treated as anyone else. Michael's confidence and comfort with others was due in large measure to Evan's actions and behavior with him.

When Evan was in high school a new branch of his school was opened. As a Jewish day school, services were held each morning before classes. Attendance at these services was not mandatory and it took a while to travel to the school. Despite the very early starting time for these optional services, Evan took it

upon himself to ensure that there was a quorum (minyan) for services each day and that the services were held without interruption throughout the school year.

Evan's love of Judaism began at an early age. He sought to share his love and passion with others. As such, he decided to become an educator in order to reach as many young minds as possible and influence his students so that they too would come to see the beauty of Judaism.

Throughout his university and post graduate years, Evan would return home to Thornhill for the holidays. He addressed our congregation frequently, each time bringing new insights and enlightening us with these new ideas and entertaining us in the manner in which he made his presentations. On the High Holidays, Evan served as a scholar in residence as he spoke with large audiences during the services on these holiest of days.

During these past ten months of his incarceration, Evan has continued his learning. Not only has he been learning for his own self improvement, but he has used his knowledge and teaching skills to help others, as well.

Evan is a young man who has pled guilty to the crime which he committed. Nevertheless, Evan has a tremendous amount that he is able to contribute to so many people. He has and will continue to instill in the minds of young people a love of learning and a love of Judaism. He has taught adults and will continue to teach them because he loves teaching.

In the Yom Kippur concluding service we read: "You reach out your hand to transgressors; your right hand is extended to receive repentant sinners." "Let the sinner give up his ways; let him turn back to G-d who will have pity on him." Evan knows and understands the errors of his ways. He is determined to turn his life around and continue his life's calling to teach and to help his fellow human being.

As we are instructed to imitate G-d in His actions (imitatio Dei), we beseech you to look favorably upon Evan Zauder and consider all the good that he has done and will continue to do upon his entry back into society. As it is written in the Talmud, "So as He is merciful, so should you be merciful."

Respectfully yours

*Susan Spindel*    *Herb Spindel*

Susan and Herb Spindel

# EXHIBIT 41

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

RE: UNITED STATES v. EVAN ZAUDER
12 CR 659 (LAK)

Thursday, February 21, 2013

Dear Judge Kaplan:

I am currently the Head of Guidance at TanenbaumCHAT's (Community Hebrew Academy of Toronto) northern campus, the Kimel Family Education Centre in Vaughan, Ontario. I was Evan Zauder's guidance counselor from 2002 until he graduated the school in June of 2004, as well as his coach on the *Reach for the Top* trivia team.

Evan was an integral part of our school from the time he entered TanenbaumCHAT in grade nine, where he had no difficulty at all making the transition from junior high to high school. This was demonstrated by a host of extracurricular programs and activities in which he was involved: Religious Affairs Committee, *Tzedaka* (Charity) Committee, *Reach for the Top*, Model United Nations, Tech Committee, etc.

Evan also served as a *madrich* (leader/chaperone) on many of the school's *Shabbatonim* (weekend retreats) up at Camp George in Parry Sound, Ontario. In this capacity, he was responsible for assisting with the prayers, running programs and activities, and leading discussion groups. Having attended some of the *Shabbatonim*, myself, I was extremely impressed with Evan's *ruach* (spirit) and joie de vivre. He was an excellent role model and always interacted positively and in an exemplary fashion with both staff and fellow students.

Evan Zauder is a young man who demonstrates the qualities that we, as educators, would like to nurture in all of our students: maturity, fortitude, sensitivity, responsibility, leadership. Evan contributed above and beyond to the culture and vibrant atmosphere of the school and would do anything to assist a teacher or help a fellow student in need. Above all else, Evan is a *mentsch* (decent, admirable person) who cares deeply about the people around him.

It is my understanding that Evan has plead guilty to a crime that carries with it a minimum sentencing period. It is also my understanding that Evan has not only admitted to his wrongdoing, but has also shown a genuine remorse for his actions.

Recently, Evan read in a newspaper that my father had passed away. Even though we hadn't been in contact for a while, he took the time to write a very gracious and touching letter of condolence to me, which was, obviously, much appreciated. But I think this goes a long way to demonstrating the type of person Evan is. He genuinely cares about others and is committed to the concept of *tikkun olam* – making the world a better place. Even now, while awaiting his trial, Evan is spending much of his time offering classes and words of inspiration to fellow inmates.

I sincerely believe that Evan is extremely remorseful for what he has done and poses no threat whatsoever, especially after having served his sentence. Consequently, I respectfully plead with the Court to impose the lowest appropriate sentence under the law in this particular case. Please allow Evan the opportunity to continue giving back to the community and positively impacting society, at large.

Respectfully yours,

Richard Stoll

# EXHIBIT 42

ישיבת הכתל
Yeshivat Hakotel
שע"י מרכז ישיבות בני עקיבא (ע"ר)

ב"ה

Honorable Lewis A. Kaplan
United States District Court of New York
500 Pearl Street
New York, New York 10007-1312

United States v. Evan Zauder 12 CR 659 (LAK)

Dear Judge Kaplan,

Thank you for the opportunity to write on behalf of Evan Zauder.

I am a United States citizen living in Israel and working as Dean of Overseas Students at Yeshivat HaKotel in the Old City of Jerusalem.

As Dean of Overseas Students at Yeshivat HaKotel, an institution of more than 300 university age students, I have had the privilege of working with thousands of young men at a significant stage of their educational development (ages 18-20).

Evan was an exceptional student - not only from an educational perspective, but, most importantly, as a sensitive friend and leader of other students. My relationship with him was a very special one as he sat in the same row with me in the study hall, attended all of my classes, and spoke with me on a frequent basis.

My relationship with him continued even after he left yeshiva as he has been instrumental in helping other students grow both personally and as part of our alumni association. This Alumni Association was founded by Evan in 2007 and he has been directing the association ever since, raising funds and running alumni events.

I have had a close relationship with him for almost ten years during which I have been impressed with his character, sensitivity, and leadership.

Beyond Yeshivat Hakotel activities, Evan has been a major leader in a number of other student organizations like B'nei Akiva. He ran an Israel program for them last year in which he was responsible for over one hundred teenagers. Many of the teenagers and staff members he worked with have told me about how caring and responsible a leader he was.

I have been in frequent contact with Evan during this most difficult period and Evan has repeatedly expressed his remorse. I very much hope that Evan's good heartedness and community service, will be a basis for your granting him the maximum possible leniency for his error.

Sincerely, P.O.B. 603 ת"ד
ירושלים 91006
JERUSALEM

Rabbi Reuven Taragin
Dean of Overseas Students
Yeshivat Hakotel

# EXHIBIT 43

ק"ק בית אברהם יוסף



# BETH AVRAHAM YOSEPH OF TORONTO
A FAMILY SYNAGOGUE EMPHASIZING
THE WARMTH OF TORAH TRADITION
# CONGREGATION

*Mara D'Asrah*
RABBI N. DANIEL KOROBKIN

*Rabbi Emeritus*
HARAV BARUCH TAUB

*Founding President*
JOE TANENBAUM z'l

*President*
DR. HARLEY EKLOVE

February 18, 2013

Honourable Lewis A. Kaplan
United States District Court of New York
500 Pearl Street
New York, New York 10007-1312

**United States v. Evan Zauder 12 CR 659 (LAK)**

Dear Judge Kaplan,

My name is Baruch Taub and I am the founding Rabbi and Rabbi Emeritus of The BAYT, the largest Orthodox Synagogue in Canada. Since 1990 when the Zauder family moved to the neighborhood I was the Rabbi of the family. I retired in 2010 and have moved to Israel. I return to the community on a regular basis in my capacity of Rabbi Emeritus.

I have known Evan Zauder since the day the family joined our community. As a teenager he stood out from his peers from the "get-go". He is a natural leader and quickly moved into a leadership role in the Synagogue's youth activities as well as other affiliated organizations such as B'nei Akiva. He was truly beloved and admired by adults, peers and the young people in his charge. Evan displayed a genuine desire to influence youngsters towards a spiritual lifestyle.

An unusually sensitive young man, Evan would often mention how hard it must be to serve as a Rabbi to a large congregation and that perhaps I should take some time for myself. He was a teenager at the time and I marvelled at his genuine caring and reversal of roles. Evan was unusually respectful in his relationship with me as his Rabbi and expressed these heartfelt comments in the most appropriate manner. Evan was always extremely focused on continuing his life in a Rabbinic or Jewish Educational career and I enthusiastically endorsed his goals because in my view he was ideally suited for the role. Evan is the product of a respected and loving family.

In later years when Evan would return home for the holidays from Yeshiva University I proudly would ask him to address the congregation. On those occasions, Evan demonstrated wonderful leadership and exceptional speaking skills. His passion for Jewish values and his caring nature came through to the congregation during those speeches and lessons. Evan was consistent in his deportment as a serious young Rabbinic scholar and he had a reputation for kindness and goodness.



I am sadly aware of Evan's arrest and plea acceptance.  Having first-hand knowledge of Evan's remorse, as well as the sterling character traits that he has consistently exhibited for as long as I have known him, I am asking for leniency and mercy in considering his future.  I am respectfully requesting every possible consideration on behalf of Evan.  I truly believe that he is capable of contributing positively to society in the future.

Sincerely,

Rabbi Baruch Taub

# EXHIBIT 44

Hanoch Teller



Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

United States v. Evan Zauder 12 CR 659 (LAK)

Dear Your Honor,

I seek this opportunity to detail my meaningful relationship with Evan, but beforehand some background information about myself and the nature of my relationship with Evan Zauder. I am an American residing in Israel with my family where I work as an author and lecturer. One of my teaching responsibilities is in a yeshiva in the Old City of Jerusalem (Yeshivat Kotel) where Evan was a student for two years. We developed a close relationship which brought him over to my house on several occasions – he was especially beloved to my children – and we have maintained our affiliation ever since.

Evan was not only my closest student he was also the Big Man on Campus in the school in the most positive sense. Whenever something needed to be done which required organization, people skills, diligence, efficiency or liaising between the staff and the students, Evan was the one you called upon. He was the one you called upon with assurance that the job would get done.

I do not remember how many personal favors he did for me in this regard, and I am certain that he does *not* either, for he was always wished to be of help because of his magnanimous character and benevolent nature. He never assisted in the hope of receiving something in return.

To be a tad more specific, I embark on lecture tours several times a year. For reasons unbeknownst to me, I constantly had hardships landing gigs in Toronto, Evan's home town. Evan got on the case and in a matter of weeks orchestrated a string of lectures for me in Toronto, utilizing his remarkable organizational skills which I have already enumerated.

The yeshiva is also aware of his talents and for years he served as the chairman of North American alumni, providing an invaluable service for the school.

I hasten to add that I have maintained my communication with Evan even after his incarceration and he has expressed to me, on more than one occasion, his remorse and contrition for his weighty error and how eager he is to begin life afresh with a new start.

I appeal to you, Your Honor, to please weigh the positive benefits this young man brought to so many, and enable him to resume life at the first opportunity sanctioned by law. By so doing you will have admirably utilized your judicial capacity for justice and compassion.

Most appreciatively, I remain,

Hanoch Teller

# EXHIBIT 45

April 5, 2013

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:  United States v. Evan Zauder
         12 CR 659 (LAK)


Dear Judge Kaplan,

My name is Steven Teplitsky, and together with my wife and children, we are family
friends of the Zauders.  We have been friends for the past 6 years, during which time we
have become quite close.

Our children are similar in age to the Zauder children and as such we have been able to
interact with them on various levels.  With respect to Evan Zauder, it has always been
quite clear how he was able to be "in tune" with whomever he was interacting with.
Whether he was with his nephew or niece or his aging grandparents, he could always find
something to relate to them on their level.  When he taught a class or gave a lecture in our
synagogue, he was able captivate his audience and hold their attention.  As a youth
leader, he volunteered hours of his time to make sure that his charges were properly cared
for and the programs which he planned were successful.

From the moment you meet this young man, it becomes clear how bright and insightful
he is.  We were always confident that Evan would become a wonderful educator.

It is our understanding that even during the period of his present incarceration,  Evan has
taken on a great deal of responsibility in his role as a religious leader, teacher and
advocate for his fellow inmates.  It is quite characteristic that Evan should rise above his
current situation to be helpful and instructive to those who are more in need than he.

Your Honor, may I humbly request that you impose the most lenient sentence the Court
considers to be appropriate when sentencing Evan Zauder.  As a close family friend and
confidante, I know how remorseful this young man is, while accepting responsibility for
his actions.

Sincerely,

Steven Teplitsky
Thornhill (Toronto), Canada

# EXHIBIT 46



SHAUNA TEPPERMAN

Honorable Lewis A. Kaplan
United States District court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

RE:    UNITED STATES v. EVAN ZAUDER        12 CR 650 (LAK)

Dear Judge Kaplan,

I have known Evan Zauder since he was a child. My name is Shauna Tepperman. I have a BA and a B. Ed from York University. I am the asset manager of a family business that owns a shopping center in Ontario. I grew up in Toronto and moved to the suburb of Thornhill with my husband and young family in 1987. It was in Thornhill that I met the young Zauder family. We became fast friends as we shared similar interests and family and educational goals. We continue to be close friends.

My husband and I were part of the group of founding parents of a Netivot HaTorah Jewish Day School that was established in 1984. The school is dedicated to Jewish practice, Zionism, and academic excellence in both religious and secular studies. A strong component of the curriculum is directed to developing a child's sense of community responsibility. There are many projects focused on helping others and the importance of community involvement.

Evan Zauder attended this school and was in my daughter's grade. I watched Evan grow over the years. Our families were in a car pool together, to and from school. I had direct contact with Evan. Evan was always a delight to be with. He was a bright happy child with a quick smile. He was particularly polite. He always thanked me for the ride. "Thank you, Mrs. Tepperman". Not too many kinds had the ability to think beyond themselves. Getting out of the car together with all their belongings was challenge enough. Evan learned this caring trait from his parents. He was taught the importance of showing gratitude. I watched how both of his parents instructed and guided him to be thoughtful and courteous. I could always rely on Evan to be the first to volunteer to help. If a younger child needed assistance in the car, Evan was there to help. I have always considered this behavior to be commended and complemented. All the adults who knew Evan considered him a little gentleman. Evan was well liked by his peers and was a very social child.

I was so proud of Evan when he decided to do a paper route with his older brother Michael, who was 4 years older. Michael suffered from Autodysnomia. Keith and Judy taught his siblings that their brother had special needs but otherwise he was just like any other kid. Evan saw no reason why Michael should be excluded from working. Despite the fact that Michael was not able to physically keep up to Evan and the task, he pressed on because he could sense Evan's support and love. Not only was Evan caring but he wanted to make sure that Michael's dignity remained intact throughout the process. He actually led Michael to believe that Michael was the main man and that his younger brother was second in command. It took twice as much time to complete the route but Evan and Michael were a team. They delivered the papers after school, rain or shine or snow. The entire neighborhood watched and learned the meaning of brotherly love. Evan was an inspiration and a role model.

Judy Zauder, Evan's mother, became an active volunteer at Netivot and the president of the Parents' League of the school that Michael attended. Later Keith Zauder, Evan's father, became very active at our synagogue. He was chairman of the youth committee, where he supervised the staff and over saw the budget. At the time there were over 500 children in attendance. Evan saw both his parents dedicate time and energy to their volunteer positions. Evan's grandparents were also involved with volunteering. His grandmother, Tova Israeli was especially active in spearheading fundraising drives for research in Autodysnomia. This volunteerism made a strong impression on Evan and his siblings.

They have all been involved in community volunteer programs. Helping others has been an emphasized value and seen as a responsibility in the Zauder family.

Not only have they been active volunteers but in each situation Evan and his family members took leadership roles. Evan has numerous leadership qualities. He takes initiative as can be seen now in his role as teacher while in detention. He is very giving as has been demonstrated in his many volunteering hours and his history of care with his brother. Leadership also requires the ability to communicate well. Whenever I have spoken with Evan over the years he has been articulate, confident, positive, witty, composed and well thought out. Leaders are the most effective when they believe in their leadership task. Evan has been highly motivated to the causes he has led. His commitment and compassion in helping others has been most commendable.

There were numerous times in Evan's early teenage years that he and his brother were home together after school, before their parents' came home from work. He shouldered the responsibility of staying home with Michael. His parents taught him to be responsible and Evan took on his role with maturity. He was taught how to deal with emergency situations and his parents relied on his capable skills.

When it came to high school, Evan chose to attend a school with a vigorous academic and religious program. He worked diligently and succeeded. After graduation he went on to study at a prestigious Yeshiva in Israel and then continued his studies at Yeshiva University in New York. This dedication to his studies is an indication of Evan's intellectual and academic abilities. Evan has a wide knowledge base and a wealth of experience. Evan is dedicated to his religious studies and observance. This value was the ever present value in the Zauder home. Torah study, its observance and all that it entails is the core value of the Zauder family. Evan has been preparing himself for a career that would incorporate this core value and make him an asset to his community. Evan's direction in the future will no doubt, lead him to a different career path. His personal religious study has the potential to direct him in positive ways.

 I believe that Evan has the skill set to change his life around.

Evan knows the meaning of hard work. He knows that life has many difficult challenges. He learned this from watching his brother deal with his physical and emotional restrictions and disabilities. Life does not come on a silver platter and Evan knows that. I believe that Evan has the sustainability to take on the challenge of making personal changes.

Evan has a highly successful academic record. I believe that Evan has the ability to make intellectual decisions and transform himself. I believe that Evan has the determination and discipline to turn his life around.

Evan's parents devoted themselves selflessly to the upbringing of their children.  They nursed and cared for Michael with love and dignity until the day he died. I have always admired their realistic approach to life and living.  Keith and Judy Zauder are pillars of strength. Evan grew up in this stable, secure, loving and caring environment. I believe that this strong foundation will enable Evan to rally the courage and strength to change.

I know that Judy and Keith Zauder will always be there for Evan as they love him dearly. I know that they want to see their son be rehabilitated and find his way back into mainstream life. They will provide support, assistance and encouragement where ever and whenever they can.
I believe that Evan will benefit tremendously from this added support. This extra boost will help facilitate the required changes.

I believe that Evan has the tools and the potential to reset his moral compass and turn his life around. I believe that Evan has the potential to re-enter society. I believe that Evan has the potential for a positive future.

Please allow Evan to realize his potential as a productive member of society.

Please be lenient with Evan Zauder and impose the *lowest sentence permitted by the law* so that he may re-enter society and become a productive, contributing and responsible member.

Yours sincerely,

Shauna Tepperman

# EXHIBIT 47

Honorable Lewis A. Kaplan

United States District Court

Southern District of New York

500 Pearl Street

New York, NY 10007-1312

RE: UNITED STATED v. EVAN ZAUDER

12 CR 659 (LAK)

February 28, 2013

Dear Judge Kaplan,

My name is Aviva (Klein) Vogel. I grew up in Thornhill, Ontario, Canada and have resided in Teaneck, NJ for the past twelve years. I am a mother of four children, ranging in age from two to ten. I currently serve as the assistant preschool director in River Edge, New Jersey, at a well-respected school with over 1,000 students, ranging from age three to fourteen (Nursery-8[th] grade). I also serve as an educational/ curriculum consultant for a school in Tenafly, New Jersey. I serve on the sisterhood of my synagogue, Congregation Bnai Yeshurun, in Teaneck, NJ, arranging various community events and fundraisers, on a volunteer basis. My husband of twelve years, Avi Vogel is Chief Financial Officer and Chief Compliance Officer at a New York City hedge fund. He serves as vice president of our synagogue and as vice president of American Friends of Leket Israel, a food-rescue organization which feeds 140,000 people living below the poverty line each week. He also serves on the board of Sinai School for Special Needs.

I would like to share some stories and thoughts about Evan Zauder with you, in hopes that you will consider them when making your decision on his sentence. I am aware that Evan Zauder has pleaded guilty to very serious crimes. I was deeply saddened by this for both his sake and the sake of his dedicated parents, Judy and Keith Zauder. I was shocked by the accusations and his guilty plea, in light of the many exceptional qualities that I knew him to posses during the 23 years that I have known him. While I have known Evan Zauder since 1990, when his family moved to Thornhill, Ontario, I became related to him when I married his mother's cousin, Avi Vogel, in February 2001.

My first memories of Evan are of watching him, a very young boy, accompanying his father and older brother Michael, now deceased, to synagogue. Michael Zauder suffered from Familial Dysautonomia. Though he was several years older than Evan, Michael required some assistance. Evan would walk around synagogue, proudly escorting his brother. He treated him with more respect, admiration and dignity than one can imagine. It struck me, though I was only a teenager at the time, how proud he was to be Michael's brother and how responsibly and maturely he behaved. I watched

Evan grow.  He always seemed so wise and mature beyond his years and I was amazed by the entire Zauder family, for so many different reasons.

Time passed, and when Evan was 16, I got engaged to his mother's cousin.  Evan was excited to be a part of the festivities, and even made an impressive speech at our rehearsal dinner (known as our "Afruf" in Jewish terms).  From that time on, we would always visit with the Zauder family each time we returned to Thornhill to visit my parents and other family members.  Both Avi and I enjoyed spending time with the close-knit Zauder family.  As I became a mother, I would often look to Evan's parents for advice, as they are two of the most dedicated and loving parents I know.  Evan would sometimes join the conversations about parenting, offering sage advice learned though his experiences as a youth leader, camp counselor or from being an uncle to his sister's beautiful son and daughter.

In April 2008, Evan called to tell us that he was being considered for the youth director position at our synagogue.  Following his interview, Evan joined our family for dinner and we extended an open invitation to him to stay with us.  He proceeded to accept the job and join us every other weekend (as he would be commuting from New York and needed to be in close proximity of the synagogue for the duration of the Jewish Sabbath).  Evan instantly grew to be a part of our immediate family during his stays at our home.  During each stay, Evan would be extremely helpful in our home.  He would help serve and put away food at our family Shabbat meals, assist my oldest daughter with schoolwork, entertain my two toddlers (at the time) and offer to help with any household task he would realize that I might need.  He was so wonderful with my children and interacted with them in a very mature and responsible manner.  Every time Evan would come to visit, he would bring thoughtful gifts for us and our children.  If I mentioned that we were going on a long road-trip, we would show up before our departure with chargers for us to use for every possible device.  If one of my children expressed an interest in anything, he would remember and bring them something that reflected that interest the next time he came.  Avi and I would stay up into all hours of the night talking to Evan about all kinds of issues.  We laughed, we cried and everything in between.  He even helped us choose a name for our youngest daughter, who we named after his older brother Michael (Mia Michaela).  She was born just one month after his untimely passing.  We knew so much about Evan.  He would entertain us with his tales of his rigorous studies, his work, trips to Israel and his vast knowledge about almost every topic.  Often times, when Evan would leave the room for a moment, my husband I would marvel over Evan's maturity, accomplishments, thoughtfulness and generous nature.  We had to remind ourselves of how young he was.  Throughout the course of Evan's two year employment at Bnai Yeshurun, countless members of our synagogue would call us to report wonderful things about him.  His hard work, creative programming, dynamic personality and professionalism made him extremely popular amongst all members of the synagogue.  He was invited into many homes for Shabbat meals and, at a certain point, he became so in demand, that he stayed at our house much less often, due to his very long list of invitations.  Every mother in the synagogue with a single daughter wanted to set him up with their daughters.  Every other synagogue in town looked to him for advice in running their own youth programs.  He was beloved by all.

Evan resigned from his youth director position in 2010 to pursue new opportunities in his career, but continued to visit us regularly.  He continued to be an important part of our family.  My

children looked forward to his visits and admired him so. Members of the community would ask me about him regularly and send well-wishes his way. The parents of the hundreds of children from our synagogue always expressed what a good job he did and how much they missed having him as director.

The Zauder family certainly has endured so many difficulties over the years. They watched their beloved son/ brother suffer a difficult illness for his entire life. Evan's sister went through a difficult divorce, when her husband abandoned her several months after the birth of her second child. Evan remained their beacon of light though all of this. He made his parents and siblings so proud, even at the darkest of times. He took charge of difficult situations and never once complained about his family's hardships. He took all of this and tried to become a better, stronger person through these very trying times.

We have been corresponding with Evan since his arrest in May. It is clear to us that now, more than ever, Evan wants to take his situation, heal, grow and amend the wrong he has done. He is filled with regret and remorse. But even from prison, Evan continues to show us that he still posses the qualities we knew him to have. He continues to be helpful to us- he helped plan our itinerary for a family trip to Israel. He continues to be wise- offering well thought-out advice and ideas. He continues to be caring- congratulating our daughter's scholastic achievements in a most warm and genuine way. He continues to be a leader, as we are told of his experience in prison. He continues to have a zest for learning and growing, spending his days writing and studying.

We humbly request that Evan Zauder's sentence be the lowest one permitted under the law, in light of his many wonderful qualities and the many lives that he has affected in such a positive manner. We hope to see Evan rebuild his life and have the opportunity to contribute to the world in the positive way that we know he can.

Sincerely Yours,

Avi and Aviva Vogel

# EXHIBIT 48

Rabbi and Mrs. Sam Vogel

███████████████████

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

March 5, 2013

<u>RE: UNITED STATES v. EVAN ZAUDER</u>
<u>12-CR-659 (LAK)</u>

Dear Judge Kaplan,

Our association with Evan Zauder has been life-long as he is our nephew, the youngest son of our niece and
nephew Judy and Keith and the grandson of our sister Gilda, and brother-in-law Jacob Israeli.

We are Sam and Lorraine Vogel, parents of six wonderful children who are married with families of their own,
living in communities across the USA from Teaneck, NJ to La Jolla, California working and doing charitable
work for their communities.

Sam Vogel –1- I am an ordained rabbi and also hold two masters degrees.  I served as a mathematics teacher
and member of administration of George Washington High School in upper Manhattan for thirty years.  I was a
member of the Standing Committee on Mathematics – NYC Board of Education for 5 years.
2- I was founder and first principal of Torah Academy of Bergen County which is now one of the most
prominent Jewish high schools in the metropolitan area today.
3- I, together with my wife Lorraine founded and were the owners and directors of Ma-Tov Day Camp (400 to
500 campers per season) for 27 years.

As a community leader in Teaneck I served as Vice President of Congregation B'nai Yeshurun and later
became president of Congregation Beth Aaron, both prominent houses of worship.  My focus and direction in
my professional life has always been on the secular and religious education of children as well as their overall
development and well being.

Lorraine Vogel- I am a graduate of CCNY and Adelphi University with a Masters in Special Education.  I have
held positions as a High School Special Education teacher, Resource Room Coordinator and Educational
Evaluator for the City of New York for 27 years.

Presently as retirees and grandparents we spend our time learning, volunteering for organizations, exercising,
assisting our children, babysitting for our grandchildren and travelling.

Evan refers to us as Uncle Sammy and Aunt Lorraine.  He frequently stayed at our home for Shabbat when he
held the position of Youth director at B'nai Yeshurun in Teaneck, New Jersey. He was always the ultimate
gentleman, inquiring how he might be helpful, be it picking something up from the store or setting the table. He
always took the time to sit and schmooze with us about his studies or world events, irrespective of how busy he

might have been.

What joy we experienced at his birth, a healthy robust infant born to a family with an older brother Michael who suffered from a Jewish familial disease, Dysautonomia. Evan showed intellectual promise at an early age and later became the "big brother" to his elder sister Lauren and brother Michael. We always admired how Evan took care of his siblings even though he was younger than they were. On one occasion Evan brought Michael to our home for Shabbat and cared for all his needs. Evan made sure that Michael looked "spiffy" in his Shabbat attire. When Michael was hospitalized for the final time before his death, it was Evan who took charge of assuring that the family had the food they needed for Shabbat at the hospital. Evan could always be counted upon.

After his sister's divorce Evan spoke with her often by phone, made surprise visits to cheer her up, and took her out to dinner. He showered her children with love and attention.

Evan arranged for his grandfather Jacob Israeli to speak to the Middle School at Yeshivat Noam about his experience as an Israeli Intelligence officer. After his grandfather's presentation Evan took us around the school and demonstrated the use of the smart board. As teachers from "the old school" we admired the new technology that he showed us and marveled at how he used it to motivate and educate the students of today.

As owners and directors of Ma-Tov Day Camp we loved to listen to Evan describe the educational programming and activities he had devised as a division head for Camp Stone, or his plans and programming for the kids in his Israeli summer group.

We are terribly saddened by these happenings but are aware that Evan is remorseful and contrite and is receiving the psychological help that is essential for his recovery. As we have taken great pride in both Evan's educational accomplishments, so too are we certain of his ability to overcome his difficulties, and once again be the individual who shares his amazing G-d given talents for the betterment of society. We and our entire family will stand by him always.

In your position as Judge, we humbly ask that you impose the lowest possible sentence permitted under the law.

Respectfully,

*Sam Vogel*
*Lorraine Vogel*

Rabbi Sam and Mrs. Lorraine Vogel

# EXHIBIT 49

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312


**RE: UNITED STATES v. EVAN ZAUDER**
**12 CR 659 (LAK)**


Dear Judge Kaplan,

My name is Uri Westrich, and I attended Yeshiva College with Evan Zauder. Evan and I were in the same morning classes at YU for about 2 years. I also spent time with Evan in various settings outside of the classroom, including a YU Service Learning trip to California on which we both participated. In all of my interactions with Evan, he demonstrated himself to be a sensitive, funny and caring friend.

In class he contributed to the intellectual and philosophical discussions, and he was also a key member of the class when it came to joint review sessions for tests. Outside of the classroom, I always saw Evan as someone who could be relied on for creative ideas, as well as an understanding ear. On the various volunteer projects we worked on in California, Evan proved himself to be hard working and dedicated to helping the people we were volunteering for.

Evan always seemed busy, he was always involved in learning and helping other people, and being friends with people like Evan helped me motivate myself to do more and to care more about the needs of others. He is fun to be around, and I feel that I have learned a lot from him. I truly believe that Evan has a great deal of good to contribute to the world, and for that reason I implore the court to impose the lowest sentence permitted under the law.

Sincerely,

Uri Westrich

# EXHIBIT 50

Honorable Lewis A Kaplan
United States District Court
Southern District of NY
500 Pearl St
New York, NY 1007-1312

February 15, 2013

RE: United States v. Evan Zauder
12 CR 659 (LAK)

Dear Judge Kaplan:

I am writing to ask that when you sentence Evan Zauder that you please consider this young man's potential for rehabilitation and contribution to society.

Your Honor, if someone had told me a year ago that I would be writing this letter I would not have believed him. I am a Harvard educated PhD molecular biologist and have conducted research in this field for the past 30 years. I travel the world lecturing and have had the opportunity to meet hundreds of people and consider myself a good judge of character.

I have known Evan Zauder for his entire life and have found him a kind, considerate and exemplary individual. I observed Evan interact with his summer campers on tour and was most impressed with his leadership skills and guidance. With me and my family I have only witnessed kindness, intellect and wholesome behavior.

His crimes are so out of character to the fine individual that I know that I plead for a merciful sentence that will allow Evan to rebuild his life with professional help and the love of his family.

I end with Evan's words form an inspiring speech that he gave a year from the passing of his older brother. Evan quoted Deuteronomy, "Place your heart into everything that I told you today. Put your heart into it."

My heart is in this letter.  Your Honor, please put your heart into it.

Sincerely,

Debra Wohl

# EXHIBIT 51

Feb. 27, 2013

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl St
New York, N.Y. 10007-1312

RE: United States V. Evan Zauder
     12 CR 659 (LAK)

Dear Judge Kaplan
        We are the proud paternal grandparents
of Evan Charles Zauder. Obviously we know how
we see his life and feel it is a privilege to have
a grandson who is loving, caring a has shown
much respect to us. We are sure that he will
continue to do so.
        We both attended college, one going on
to N.Y.U. graduate school for business, the other
attending Hunter college for women. We have
been married for 57 years and are now
retired, living in Florida. When we lived
up north we were very active members of
our community. We both gave of ourselves
physically, and were also able, thank G-d
to give of our finances as well.
        While in NY Helena worked as a
music instructor and head counselor for
about 100 girls, ages 6-16. Then as time
permitted she worked her way to become

a product developer in the theatrical industry. Fred was president of Jauder Bros a company employing up to 100 people at times.

When Evan grew up his wisdom was beyond his years. If there was an occasion to have someone speak or toast the family, Evan would prepare a very appropriate talk appreciated by all.

We are aware of the fact that Evan has pleaded guilty to certain crimes, knowing also that he has expressed regret. We feel that he will do whatever it takes to amend the wrongdoing.

Evan's desire was always to be a Rabbi or Headmaster of a school or a combination of both. He has worked very hard to attain this goal, studying a dual track program, religion and secular studies. Evan is a marvelous teacher, even to me, Helene, at my age. He still advises me as to the books I may enjoy, followed by a discussion of our feelings that do differ at times. Knowing Evan and our other grandchildren who have followed this course of study, it is most difficult and time consuming.

We were privileged to watch a grandson go through different stages of his life as a cheerful, helpful grandson not only to us but to our entire family. When we would

come to visit he was always willing to help
us unload our car and greet us with much
love. We have seen how his family values
are very strong. When his older brother, who was
disabled, was alive, Evan could not do enough
to help him improve in whatever way
possible.

Taking into consideration all of the
above, and we are sure much more can
be said, we his grandparents are pleading
with the court to impose the lowest
possible sentence that the court would
deem appropriate.

Sincerely and with respect
Blaine and Fred Zawler

# EXHIBIT 52

### Judy & Keith Zauder



February 18, 2013

Honourable Lewis A. Kaplan
United States District Court of New York
500 Pearl Street
New York, New York 10007-1312

United States v. Evan Zauder 12 CR 659 (LAK)

Dear Judge Kaplan,

We are writing to you on behalf of our son Evan Charles Zauder.  We, and our son are New Yorkers, from the community of Long Beach, who moved to Toronto, Canada in 1988.  We were transferred to Toronto to open a Canadian Division of Rubie's Costume Co. Inc., an American company headquartered on Long Island.  It has now been nearly twenty-five years since that transfer, and we are now responsible for over 100 employees and nearly 30 million dollars in sales.  We are proud to be involved and productive members of our community.

As you can imagine, the arrest and subsequent plea of our son Evan has devastated our family.

Our son Evan has always been a gift to us.  In 1981, our second child - Michael - was born with a very serious genetic disease called Familial Dysautonomia.  His challenges were many.  When Evan was born in 1986, healthy and bright, our family once again had hope for the future.

Our son Michael died, very suddenly, and tragically in the Spring of 2010 at the age of 28, from the effects of a pulmonary embolism. The events of the past nine months have shattered our collective recovery.

Evan and Michael had a very close and loving relationship.  Although younger, Evan assumed the role of older brother and mentor.  He frequently hosted Michael in New York, acting as a personal tour guide to his legally blind brother.

Michael suffered his pulmonary attack in Amsterdam while we were together on vacation as a family. Evan refused to leave Michael's side throughout his five day stay in Intensive Care. When Michael was removed from life support, Evan was right there, and Michael's passing was shatteringly painful for him.

Our oldest child Lauren has two lovely children. ████████████████████████ When Lauren's marriage ended in divorce as a result of her husband's abandonment of the family in 2008, Evan stepped in, and stepped up – not just as an uncle, but also as a part time parent, returning to Toronto often, in order to spend as much time with the children as possible and provide them with a strong and stable male role model. He also called the children to speak with them nearly every day and attended significant school events.

Our Grandchildren are now simply overwhelmed. Their father has left them, their Uncle Michael who was a daily presence has passed away, and now their very special Uncle Evan is missing from their lives. We beseech you on behalf of our daughter and grandchildren to please have mercy on our son so that the three of them can resume their relationship with Evan in the not too distant future.

Evan is a leader. Academically gifted, well liked and well spoken, he has always inspired those around him to achieve more. He volunteered at school, within the Jewish community and for the world at large. His volunteer efforts while in high school which included being a peer tutor, chair of several committees, and a member of Student Council, were so extraordinary, that in the over sixty year history of the school no other student has ever amassed the number of volunteer hours and credits that Evan did.

Evan is a citizen of the world. He has worked as a campaign volunteer for our local candidates, built homes with Habitat for Humanity in the aftermath of Hurricane Katrina, and spent school breaks feeding the hungry in the soup kitchens of both New York City and the barrio of Los Angeles.

Everyone who has ever met Evan, or worked with Evan, has liked him and has learned from him. He was, and still is, a presence in any gathering.

Following his graduation from college Magna Cum Laude, in recognition of his talents as a mentor and educator, Evan was awarded a Fellowship to attend N.Y.U. to pursue two distinct Masters degrees concurrently, one in Hebrew and Judaic Studies, and one in Education. At the same time, in addition to his course of graduate studies at N.Y.U., over a four year period, Evan successfully completed all of his coursework for Rabbinic ordination. All that he had left to complete was the last of four comprehensive exams. Evan was a star on the rise.

We recognize that Evan must be held accountable for his conduct, but the sole concern of a progressive criminal justice system cannot simply be to incarcerate Evan for as long as is legally

possible.  Rehabilitation should be the primary objective, as it is in everyone's best interests – society included.

Evan is now making every possible effort to heal and rehabilitate himself.  For the past nine months, Evan has been receiving aggressive therapeutic treatment from world renowned medical professionals, and pastoral counseling from a most respected clergyman.  He is reading extensively and is a model inmate, volunteering for the common good within the confines of the Brooklyn M.D.C.

Further, though Evan has yet to be sentenced for his conduct, he is already paying for it very, very dearly.  The eight years of intense study that Evan invested towards the goal of becoming both a teacher and a Rabbi is now for naught.  His story has been laid bare to the community at large in excruciating detail.  Evan's life, as he knew it, is over.

Evan is fortunate to have four living grandparents.  They simply cannot fathom that they may not live to see Evan realize his potential.

We appeal to you from the depths of our being to please show Evan compassion and mercy.  Please consider how remorseful Evan is, how much he has already lost, how much he wants to heal, to set things right and to move forward.  Please consider that Evan is only 27.  Please consider that we, his family, will all work together to insure his potential for a successful and productive future.   Please give our son Evan a chance.

We thank you in advance for your kindness and consideration and we look forward to re-uniting our son with both his family, and his future.

Very truly yours,

Judith and Keith Zauder

# EXHIBIT 53

November 19, 2013

Dear Judge Kaplan,

I regret that your Honor has only come to know me through my criminal activity. Young though I may be, I have lived an otherwise kind, productive, and successful life until, and even throughout, my incarceration. Although my crimes have obviously (and temporarily) become the focus of my life, my criminal activity is a very, very small part of who I really am. I do not intend to minimize the seriousness of my offenses, but I hope that, as Your Honor weighs my fate on the scales of justice, you will please consider who I am holistically, and what my potential for the future is, and could be, after serving my prison sentence.

I was born in New York in 1986 to parents whom, I would later learn, never give up. Even after my mother suffered a miscarriage, my parents were determined to have a family, and my sister was born. Two years later, my brother was born and was quickly diagnosed with Riley-Day Syndrome, a debilitating genetic disorder known today as Familial Dysautonomia. The doctors advised leaving him in a "facility" as he wouldn't live long (they thought), but my parents had dreams of a normal family life. In and out of the hospital, they fought for Michael to have a full life. After three years, they decided to complete their dream of having a large family, even with greater challenges that it then presented, and I was born.

When I was a toddler, my family moved to Toronto, as my father had a business opportunity there. It was very hard for my parents - three young children, one of whom was very sick, with nearly no extended family, and very little money as they built the business. I was homeschooled at first, as my parents could afford neither nursery nor kindergarten. We ate day old bread from the bakery; my mother sold her jewelry to make ends meet. But my parents worked hard and built their small business into a successful company. I had been too young to realize that times were hard, and by the time at which I would have noticed, things were succeeding. We were then able to afford modest vacations during winter break, a home mortgage instead of rent, and even summer camp.

I first went to camp in the summer of 1998, when I was 12, and I loved it. I went back year after year, through middle school and even into high school. When I was 17, I was excited to finally return to camp as a junior counselor. Only the most promising and energetic campers were hired before graduation from high school, and I was one of them. That summer, the international director of the camp's umbrella organization visited and implored the staff that, "if we want our youth movement to succeed, we need you to be involved in your home communities during the year, not just at camp in the summer". I

didn't know it then, but that was the inception of my career working with youth - a career that, of course, is now over.

I returned from that first summer as staff to my senior year of high school, and I volunteered to manage a weekend youth group for an hour each Saturday afternoon. I was surprised to find how much I enjoyed it. I and my fellow counselors worked with a co-ed group of 7th and 8th graders. I enjoyed the feeling of self-worth that it gave me. They looked up to me and saw me as a mentor. I invested in the relationships and stayed close with many of those campers even until the day of my arrest, guiding them though high school and college as an academic advisor tutor, job coach, and friend.

I became a counselor at my camp and the trend continued. I progressed to senior counselor, junior division head, senior division head, and finally to program director for an international travel program for high school students run by the same youth movement. I had already been hired as the assistant to the director when I was arrested. In particular, I was better at training staff to understand and respond to their campers' needs than any other member of the senior staff, and a disproportionate percentage of my staff were promoted to administrative positions. I was a mentor to thousands of campers and staff, and then to campers who became staff. As part of my camp training, I became certified by the Red Cross as a first responder and a life guard, and that training enabled me to save three lives over the following years, all while off-duty, including two young drowning victims and a senior citizen who suffered a life threatening breathing emergency.

Once I began college in New York, I became a program manager, then regional director and board member, of the same youth movement. My superior performance was again noticed and I was recruited to direct the thriving youth department at a prestigious synagogue, particularly creating dynamic educational content, as well as training and managing the large staff of high schoolers who implemented the programming for the young children. Here, too, my high caliber work was lauded. All of this work was during my undergraduate tenure at Yeshiva University where, at the same time, my overwhelming contributions to student life on campus led me to be the student honoree at the annual black-tie fundraising dinner and convocation at the Waldorf-Astoria. I was called a "Point of Light".

I knew that this path was leading me toward a career in education. I enjoyed management and staff training, and I had hoped to quickly work my way to an assistant principal position where I might have been able to continue camp work in the summers as well. I began my graduate studies at NYU, as well as continued advanced study at Yeshiva University, and I was thrilled - everything was going right. I held a prestigious religious internship in Kansas City one long weekend every month, and I began teaching at the most popular Jewish day school in the country. I was dating the love of my life, she

had a successful career, and we were ready to get married. To be sure, my plate was too full, but every single day on campus, at work, at home, or flying business class, I was at the top of my game with no end in sight. I was only 26.

It is worth noting that in my entire career, though it was only ten years, I never received anything other than praise from my employers. I am not a predator. I did not choose a career in youth work to pursue my prurient desires. I did my job because I was very good at it. I was promoted quickly through my youth movement, and my director - a lifelong mentor - is still in frequent contact with me. The senior Rabbi at the synagogue where I faithfully served as youth director has written a letter in my support, as have educators and directors of mine from college. While I served at my post in Kansas, attendance rose significantly on weeks when I was in town. The very day before my arrest, my principal presented me with a full page letter of commendation lauding my superior achievements while working at his school. I have community support every place that I have worked, without exception. And, in all these years, there was never one rumor or complaint against me of inappropriate activity with any of my thousands of campers or students. Of course, now I have let down all of those supervisors and colleagues who saw so much in me, but not because I wasn't good at my job. I was great at my job.

But if my rise was meteoric, my fall was all the more so. Shakespeare was correct when he wrote that it is "better to have loved and lost," but I never imagined how much I would lose. I changed countless lives for the better through my youth work but how many people were crushed when they learned of my dark side? So many of my meaningful friendships have dissolved. I haven't heard from my fiancée in a year and a half, nor do I expect to hear from her ever again. My degrees, experience, and expertise in education are wasted. I had a career at which I excelled and which brought meaning to my life. I felt motivated waking up every morning. Will I ever achieve that feeling again? Will I be able to have a career helping others and feel fulfilled doing so? Will I ever be able to set new roots in a community? What woman will want to date me with this conviction hanging over my head? I lost my home and I lost my happiness.

The one thing that I haven't lost is my very supportive family, but will I ever be able to travel back to Canada to visit them again? After my sister's husband abandoned her and her two young children, she relied heavily on my brother in Toronto for support and assistance and, though I and my sister spoke often and at great length, I was in New York pursuing my education. After my brothers tragic passing two years before my arrest, my family became much more dependent on me for emotional support. I found myself driving 1000 miles simply to babysit my niece and nephew for a weekend, or to help my father with a project around the house. They needed me, and I was there. Now I need them, and a week hasn't passed that one of them hasn't visited me here at the MDC, even though visits are restricted to a single hour in the middle of the workweek. They've

3

suffered so much over the past few years - my parents losing a son, my sister struggling to raise a family on her own, my niece and nephew without a father - and now I've caused them to suffer more. Luckily, I've also been able to see my 89-year old grandfather. Lucky, because I don't expect him to be around even after my shortest-possible prison term.

While incarcerated for the past 18 months, I have used my time very similarly to how I would have at home. I spend much of my time immersed in study, as I had before. I use every minute of allotted phone time to keep in close, supportive contact with my family, and I make regular use of the email service, in addition to writing dozens of letters every month, as I maintain close correspondence with many in my extended family, my mentors, and even a few friends. I am often approached by fellow inmates for substantial assistance in editing their personal, and even legal, correspondence, to say nothing of the scholarly articles that I've edited for colleagues during the same period. I did the same before my incarceration for friends, family, and students. Fellow inmates approach me as a sounding board (in the absence of a therapist, it seems), to help sort through their personal issues. This is how I've lived my life, and how I will continue to live. It feels good to help others.

I had, and maintain, a great respect for the law. Other than this out-of-character behavior, I've never broken the law, nor have I received a single incident report while at the MDC. Unlike many in my generation, I paid legally for my music and I never used drugs. I would call the police regularly to report suspicious activity or dangerous road conditions. When I saw something, I said something. When my car was damaged in a hit-and-run, my leasing broker advised that I bribe the leasing company assessor when returning the car instead of filing a claim with my insurance to fix it myself, saying he did so, "all of the time". I fired that broker the very same day and hired a different company. I am an ethical person and this aberration was a sickness, not disdain for the law.

As such, Your Honor, if not for my mandatory minimum sentence, I'd be seeking a shorter term. I've lost nearly everything there is to lose, and I have more than learned my lesson. I've been able to complete a comprehensive course of treatment with the world-renowned Dr. Meg Kaplan. We've worked intensely to understand my deviant triggers, as well as practicing therapeutic techniques to ensure relapse prevention. I am both healthy and capable of returning to society, and I seek to do so as quickly as possible to begin rebuilding my life. However, Your Honor is constrained by a congressionally mandated minimum, and I can affirm that 10 years is more than sufficient punishment. Before my arrest, I failed to consider how tragically my life could implode as a result of my crimes. I never expected the consequences. Indeed, one of the techniques that I've learned through my specialized therapy is to vividly imagine the consequences if I ever even think about

4

something inappropriate. It's called "covert sensitization," and it's a surprisingly powerful tool for me.

For all the time and money that have gone into my defense, and all of the combined efforts that will go into building a new future for me, I'll have too much to lose to ever end up in your courtroom again, and that will always be on my mind. And while Your Honor has surely seen recidivists back in this courtroom who had made the same claim, "you'll never see me again," I feel confident because of my own personal growth. While I knew that my activities were illegal, until I went through therapy (over 100 hours so far) I didn't understand why it was wrong, why it was bad, and that I was truly victimizing others. Today I understand. I've grown tremendously through therapy, and I eagerly await my release when I will continue regularly scheduled sessions to maintain my achievements and motivation.

Every semester at YU I had to walk right past the counseling center to get cleared by my academic advisor to register for courses. Every single semester I walked out of academic advising and literally faced the entryway to the counseling center. I knew that I had a problem, and every time I stood there I contemplated going in, but I was afraid of what might happen. I was afraid of the shame, the embarrassment. Would I lose my scholarship? My job? Would I be arrested? What if I couldn't be fixed? But that was selfish and it was profoundly stupid. I never walked through that door.

And now I'm sitting in federal prison, and I see the error of my ways. I'm sorry for viewing and trading these images and videos, victimizing innocent people, teenagers who didn't even know that I was victimizing them by viewing their image. I'm sorry for letting my problem escalate to the point that I would actually meet someone in person. It is surely impossible to make amends for such a personal breach. I apologize to my family, my friends, and my community. For what it's worth, I apologize to my victims. I regret my thoughts and my actions, and I resolve to never again succumb to such nefarious activity.

By nature, most of my victims have no idea who I am, and those who do will surely nothing to do with me. But there are literally thousands of people whom I have both embarrassed and disappointed. I don't expect that I'll be able to repair those relationships, but I do intend to continue living the rest of my life as a testament to second chances. People will be able to look at me and say, "he fell so hard, but he picked himself up, dusted himself off, and now he's a responsible, contributing member of our society again." I will use my time in prison to seek professional career counseling, and actively prepare to hit the ground running upon my release. That will likely mean pursuing further advanced degrees, such as an MBA, and training for the necessary certifications to achieve another meaningful career, such as my longtime consideration of becoming a home building contractor, to help people realize their American Dream.

5

I am pleading with Your Honor - please do not sentence me above the very high ten years, less than which our congress has prevented you from finding appropriate. I am confident, as are my world-renowned therapists and attorneys and, frankly, even my court-appointed psychological evaluator, that I can quickly return to a productive and meaningful life, especially with the continued support of my family, and the oversight of both supervised release and SORNA.  Please let me prove it to you.

Respectfully yours,

Evan Zauder

6