UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA        :
         :
         :
   -against-        :
         :         12 CR  659 (LAK)
         :
EVAN ZAUDER,        :
         :
         :
        Defendant. :
-------------------------------------------------------x

# APPENDIX B
## EXHIBITS 54 - 59

**Benjamin Brafman, Esq.**
**Joshua Kirshner, Esq.**
Brafman & Associates, P.C.
*Attorneys for Evan Zauder*
767 Third Avenue, 26th Floor
New York, New York 10017
Tel (212) 750-7800
Fax (212) 750-3906
E-mail:  bbrafman@braflaw.com
        jkirshner@braflaw.com

Evan Zauder Sentencing Exhibit Index 54-59 (Appendix B)
12-CR-659

| 54. | Zauder Diary |
| 55. | Dr. Krueger's Report |
| 56. | Dr. Kaplan's Letter |
| 57. | Dr. Krueger's Curriculum Vitae |
| 58. | Dr. Kaplan's Curriculum Vitae |
| 59. | Dr. Must's Report |

# EXHIBIT 54

Thursday, April 15th



Friday, April 16th



Sunday, April 18th –



Thursday, April 22 -



Sunday, May 2nd –







May 17th, 2011





# EXHIBIT 55

RICHARD B. KRUEGER, M.D.

Diplomate in Psychiatry, American Board of Psychiatry & Neurology
Diplomate, American Board of Internal Medicine
Diplomate, ABP&N, Added Qualifications in Forensic Psychiatry
Diplomate, ABP&N, Added Qualifications in Addiction Psychiatry

210 EAST 68th STREET, #1-H
NEW YORK, NEW YORK 10065-6024
TELEPHONE (212) 517-6624
FAX (212) 517-4073
e-mail rbk1@columbia.edu



Zauder, Evan
November 27th, 2012

Page 2



Zauder, Evan
November 27th, 2012

Page 3



Zauder, Evan
November 27th, 2012

Page 4



Zauder, Evan
November 27th, 2012



Zauder, Evan
November 27th, 2012



2.

Zauder, Evan
November 27th, 2012

Page 7



Zauder, Evan
November 27th, 2012

Page 8



Zauder, Evan
November 27th, 2012

Page 9



Zauder, Evan
November 27th, 2012

Page 10



Zauder, Evan
November 27th, 2012



Zauder, Evan
November 27th, 2012



Zauder, Evan
November 27th, 2012

Page 13





Zauder, Evan
November 27th, 2012

Page 14



Zauder, Evan
November 27th, 2012

Page 15



# EXHIBIT 56

**MEG S. KAPLAN, PH. D.**

210 EAST 68th St., #1-H
NEW YORK, NY 10065
TEL (212) 517-6624
FAX (212) 517-4073
e-mail msk2@columbia.edu



Zauder, Evan
November 20th, 2013



Zauder, Evan
November 20th, 2013



# EXHIBIT 57

**Date CV Prepared** November 16th, 2013

**Personal Data**

| | |
|---|---|
| Name | Richard Bohn Krueger, M.D. |
| Office Address | Medical Director<br>Sexual Behavior Clinic<br>New York State Psychiatric Institute & Columbia University<br>Department of Psychiatry, Unit #45<br>1051 Riverside Drive<br>New York, N.Y. 10032 |
| Private Practice | 210 East 68th Street, Suite 1-H<br>New York, New York 10065-6024 |
| Telephone | (212) 740-7330 (New York State Psychiatric Institute)<br>(212) 740-7341 (New York State Psychiatric Institute)<br>(212) 517-6624 (private office)<br>(212) 517-4073 (private office fax)<br>(917)-750-1596 (cell phone anywhere, anytime) |
| Email | rbk1@columbia.edu |
| Birthdate | 7/23/45 |

**Academic Training**

| 1967 | B.A. | Albion College, Albion, MI |
|---|---|---|
| 1977 | M.D. | Harvard Medical School, Boston, MA |

**Traineeship**

| 1977-1978 | Internship in Medicine, Boston VA Hospital, Boston, MA |
|---|---|
| 1978-1980 | Junior and Senior Residency, Medical,<br>Boston VA Hospital, Boston, MA |
| 1980-1983 | Residency in Psychiatry, Department of Psychiatry<br>Boston University, Boston, MA |

**Licensure**

Krueger, Richard-Curriculum Vitae                                    Page 2
November 16th, 2013

| 1977-Present | Narcotic License #AK 961-0684 |
| 2006-2008 | Buprenorphine License #XK 961-0684 |
| 2006-6008 | New York State Buprenorphine Authorization #000646 |
| 1989-1991; 1997-Present | New Jersey Registration #MA 53098 |
| 1989-Present | New York License Registration #177371 |
| 1995-Present | New York State Worker's Compensation #177371-2 |

## Board Certification

| 1980 | American Board of Internal Medicine, #74112 |
| 1984 | American Board of Psychiatry and Neurology, Inc., in Psychiatry, Certificate #26401 |
| 1996 | American Board of Psychiatry and Neurology, Inc., Added Qualifications in Forensic Psychiatry, Certificate #382, recertified through 2016 |
| 1997 | American Board of Psychiatry and Neurology, Inc., Added Qualifications in Addiction Psychiatry, Certificate #1183, certified through 2017 |

## Professional Organizations and Societies

| 1978-Present | American Medical Association |
| 1978-Present | Massachusetts Medical Society |
| 1981-Present | American Psychiatric Association |
| 1981-1989 | Massachusetts Psychiatric Association |
| 1985-Present | American Academy of Psychiatry and the Law |
| 1989-Present | New York Psychiatric Society |
| 1991-Present | New York Academy of Science |

Krueger, Richard-Curriculum Vitae                                    Page 3
November 16th, 2013

| | |
|---|---|
| 1993-Present | Association for the Treatment of Sexual Abusers |
| 1996-Present | American Academy of Forensic Sciences |
| 2002-Present | Society for Behavioral Neuroendocrinology |
| 2002-Present | International Academy of Sex Research |
| 2003-Present | American Association for the Advancement of Science |
| 2004-Present | International Association of Forensic Mental Health Services |
| 2004-Present | American Psychopathological Association |
| 2004-Present | The Society for the Advancement of Sexual Health |
| 2006-Present | International Academy of Law and Mental Health |
| 2006-Present | International Association for the Treatment of Sexual Offenders |
| 2010-Present | Education Committee, American Academy of Psychiatry and the Law |

## Academic Appointments

| | |
|---|---|
| 1983-1989 | Clinical Instructor in Psychiatry, Boston University Medical School |
| 1985-1989 | Clinical Instructor in Psychiatry, Harvard Medical School |
| 1989-1998 | Assistant Clinical Professor of Psychiatry, Columbia University, College of Physicians and Surgeons |
| 1998-Present | Associate Clinical Professor of Psychiatry, Columbia University, College of Physicians and Surgeons |

## Hospital Appointments

| | |
|---|---|
| 1982-1987 | Consulting Psychiatrist, Hampstead Hospital, Hampstead, NH |
| 1983-1984 | Staff Psychiatrist, Westwood Lodge Hospital, Westwood, MA |
| 1984-1988 | Staff Psychiatrist, Pembroke Hospital, Pembroke, MA |
| 1985-1986 | Assistant Psychiatrist, McLean Hospital/Bridgewater State Hospital Program, Bridgewater, MA |

Krueger, Richard-Curriculum Vitae                                  Page 4
November 16th, 2013

| 1985-1989 | Consulting Psychiatrist, Massachusetts Treatment Center, Bridgewater State Hospital, Bridgewater, MA |
| 1985-1989 | Assistant Attending Psychiatrist, McLean Hospital, Belmont, MA |
| 1988-1989 | Attending Psychiatrist, Waltham/Weston Hospital Waltham, MA |
| 1989-1998 | Assistant Attending Psychiatrist, Columbia Presbyterian Medical Center, New York, NY |
| 1990-2000 | Attending Psychiatrist, Gracie Square Hospital, New York, NY |
| 1990-2000 | Attending Psychiatrist, Lenox Hill Hospital, New York, NY |
| 1991-1994 | Research Psychiatrist II, Department of Biological Psychiatry, New York State Psychiatric Institute, New York, NY |
| 1991-1994 | Member, Department of Biological Psychiatry, New York State Psychiatric Institute, New York, NY |
| 1991-1994 | Research Psychiatrist II, New York State Psychiatric Institute, New York, NY |
| 1991-Present | Attending Psychiatrist, New York State Psychiatric Institute, New York, NY |
| 1994-1998 | Clinical Psychiatrist II, Inwood Mental Health Clinic, Washington Heights Community Service, New York State Psychiatric Institute, New York, NY |
| 1995-Present | Medical Director, Sexual Behavior Clinic, New York State Psychiatric Institute, New York, NY |
| 1998-Present | Clinical Specialist II, Sexual Behavior Clinic, New York State Psychiatric Institute, New York, NY |
| 1998-Present | Attending Psychiatrist, New York Presbyterian Hospital, New York, NY |

## Honors

| 1966 | *Phi Beta Kappa* |
| 1966 | *Omicron Delta Kappa* |

Krueger, Richard-Curriculum Vitae                                        Page 5
November 16th, 2013

| 1967-1968 | Rotary International Scholarship for study at University of Stockholm, Sweden |
|---|---|
| 1983 | John Murray Prize for Research in Psychiatry, Department of Psychiatry, Boston University Boston, MA |
| 2004 | Distinguished Alumni Award, Albion College, Albion, MI |
| 2007 | Distinguished Service Award from the New York State Alliance of Sex Offender Service Providers and the New York State Chapter of the Association for the Treatment of Sexual abusers presented "in appreciation of your many years of service.  We honor you for your dedication, leadership, clinical expertise and scholarly contributions to the field of sex offender management" NYSATSA/NYSASOSP May 3rd, 2007, Poughkeepsie, NY |

## Fellowship and Grant Support

| 1990-1994 | Co-Investigator, NIMH, (MH35636) 09-13 Affective and cognitive consequences of ECT 1990-1995 (subject to MERIT award extension to 2000). $1,008,144 direct costs (90-95).  Principal Investigator Harold A. Sackeim |
|---|---|
| 1992-1993 | Principal Investigator, Cambridge Neuroscience (#CNS-1879-001). A placebo-controlled study of pramiracetam in depressed inpatients undergoing electroconvulsive therapy |
| 1992-1993 | Principal Investigator, Cambridge Neuroscience (#CNS-1879-002). A follow-up study of patients completing protocol (#CNS-1879-001) (a placebo- controlled study of pramiracetam in depressed inpatients undergoing electroconvulsive therapy) |
| 1992-1994 | Co-Investigator, NIMH, (MH47739) 01-05 Continuation pharmacotherapy following ECT. (NYSPI site $759,101 direct costs all sites $2,490,284). Principal Investigator Harold A. Sackeim. |
| 1993-1994 | Co-Investigator, Dana Foundation Research Program on Age-Related Memory Defects (ECT memory project). $250,000 direct costs.  Principal Investigators Eric Kandel and Lewis P. Rowland. |

## Other Grants and Contracts

Krueger, Richard-Curriculum Vitae                                    Page 6
November 16th, 2013

| | |
|---|---|
| 11/2000-9/2001 | Contract No 0208-2001-07 (MH) with Department of Probation of the United States District Court for the Southern District of New York; contract for the evaluation and care of federal offenders convicted of sexual crimes. |
| 5/2001-9/2001 | Non-competitive Purchase Order #50668A with the Department of Probation of United States District Court for the Southern District of New York for to administer penile plethysmograph and polygraph examinations. |
| 10/2001-9/2002 | Non-competitive Purchase Order #56640 with the Department of Probation of United States District Court for the Southern District of New York to administer Individual and Group Mental Health Counseling/Sex Offender. |
| 2006-2007 | Consultation Agreement with GalaxoSmithKlein regarding development of methods and scales to assess for pathological sexual behavior, pathological gambling, and other disorders of impulse. |
| 2007-2008 | New York State Office of Mental Health Policy Scholar Grant for 2007-2008 academic year, for project entitled ""An Analysis of Treatment Response and Medication Satisfaction in a Group of Patients Treated with Gonadotropin Releasing Hormones Agonist Therapy for Hypersexual and/or Paraphilic Disorders and An Analysis of Diagnoses of a Group of Patients Arrested for Crimes Against Children over the Internet." Amount awarded: statistical, data entry, and research design support provided by the New York State Office of Mental Health. |

## Departmental and University Committees

| | |
|---|---|
| 1992-1995 | NYSPI-Columbia University IRB Psychopharmacology I Subcommittee, member |
| 1992-1995 | New York State Psychiatric Institute--Columbia University Department of Psychiatry Institutional Review Board, member |

## Teaching Experience and Responsibilities

| | |
|---|---|
| 1977-1980 | Clinical Instructor in Medicine, Tufts University School of Medicine (taught medical students, interns, and residents in medicine) |
| 1977-1980 | Clinical Instructor in Medicine, Boston University, School of Medicine (taught medical students, interns, and residents in medicine) |

Krueger, Richard-Curriculum Vitae                                Page 7
November 16th, 2013

| | |
|---|---|
| 1980-1983 | Clinical Instructor in Psychiatry, Department of Psychiatry, Boston University (taught medical students and residents in psychiatry) |
| 1983 | Taught seminars in clinical interviewing using videotape for medical students and psychiatric residents at Boston University |
| 1983-1984 | Taught Boston University medical students during their psychiatry rotation at Westwood Lodge Hospital |
| 1989-1991 1994-2000 | Faculty, Psychiatric Medicine I and Psychiatric Medicine II, teaching Columbia first and second year medical students |
| 1991-1993 | Supervisor PGY IV Residents in psychiatry at Columbia P&S in consultation and liaison psychiatry |
| 1991-1994 | Supervisor and instructor, Columbia medical students and psychiatric residents in performing ECT |
| 1991-1994 | Developed and directed a Continuing Medical Education Fellowship on Electroconvulsive Therapy offered by the Department of Psychiatry of Columbia P&S and the Department of Biological Psychiatry of New York State Psychiatric Institute |
| 1994-1997 | Clinical Supervisor, Columbia psychology interns |
| 1994-1998 | Supervisor, Columbia PGY III medical students in their outpatient experience during their psychiatry rotation |
| 1994-2005 | Faculty, Harlem Hospital Residency in Psychiatry, teaching PGY II residents on sexual disorders and paraphilias and their treatment |
| 1994-present | Evaluation supervisor, Columbia PGY III psychiatric residents |
| 1996-present | Faculty, Creedmoor Psychiatry Residency, teaching PGY III psychiatric residents on sexual disorders and their treatment |
| 1999-present | Faculty, Columbia Cornell Fellowship in Forensic Psychiatry |

## Other Professional Activities

| | |
|---|---|
| 1984-1989 | Consulting Psychiatrist, Blue Cross/Blue Shield, Utilization Review Program |
| 1984-1989 | Consulting Psychiatrist, The Neurologic Center at Forest Manor, Middleborough, MA |

Krueger, Richard-Curriculum Vitae                                    Page 8
November 16th, 2013

| | |
|---|---|
| 1984-1989 | Consulting Psychiatrist, Jordan Hospital, Plymouth, MA |
| 1985-1989 | Consulting Psychiatrist, The Boston Neurobehavioral Center, Boston, MA |
| 1985-1989 | Consulting Psychiatrist, The Massachusetts Treatment Center, Bridgewater, MA |
| 1988-1989 | Consulting Psychiatrist, McLean Health Services, Belmont, MA |
| 1988-1989 | Consulting Psychiatrist, Framingham Court Clinic, Framingham, MA |
| 1989-1998 | Consulting Psychiatrist, Sexual Behavior Clinic, New York State Psychiatric Institute, New York, NY |
| 1989-1991 | Attending Psychiatrist, Inpatient Psychiatric Unit, Allen Pavilion, Columbia Presbyterian Medical Center |
| 1994 | Guest Reviewer, *Biological Psychiatry* |
| 1995-Present | Member, Sexual Offenders Committee, American Academy of Psychiatry & the Law |
| 1995-Present | Authorized Provider, State of New York Worker's Compensation Board |
| 1995-Present | Expert Consultant, New York State Health Department's Office of Professional Medical Conduct (OPMC), Albany, NY |
| 1996-Present | Expert Consultant, New Jersey State Board of Medicine Trenton, New Jersey |
| 1996-2002 | Member, Board of Directors, The New York Academy of Traumatic Brain Injury, Inc. |
| 1997-2001 | Member, Psychopharmacology Committee, American Academy of Psychiatry & the Law |
| 1997-Present | Member, Board of Directors, New York State Chapter, Association for the Treatment of Sexual Abusers |
| 1998-2000 | Consultant, NY State Office of Mental Health/Sidney Albert Institute of the Parsons Child and Family Center Workgroup on Developing a Statewide System of Care for Child and |

Krueger, Richard-Curriculum Vitae                                          Page 9
November 16th, 2013

                        Adolescent Sexual Abusers

1998-2001          Chairman, Psychopharmacology Committee, American
                   Academy of Psychiatry & the Law

1999-2002          Consultant, NY State Office of Mental Health Task Force on
                   Sex Abuse

2000               Guest Reviewer, *Psychiatry Research*

2001               Guest Reviewer, *Practical Psychiatry and Behavioral Health*

2003               Guest Reviewer, *Progress in Neuro-Psychopharmacology
                   & Biological Psychiatry*

2005               Guest Reviewer, *European Archives of Psychiatry and Clinical
                   Neuroscience*

2005-2011          Vice-President, New York State Chapter, Association for the
                   Treatment of Sexual Abusers

2007               Guest Reviewer, *Sexual Abuse*

2007               Guest Reviewer, *Journal of Nervous and Mental Disease*

2008-2011          Member, The Trauma and Stress Committee, American Academy
                   of Psychiatry and the Law

2008-Present       Member, DSM-V, Sexual and Gender Identity Disorders Work
                   Group

2008-Present       Expert Reviewer, *Journal of Sex Research*

2009-Present       Expert Reviewer, *Journal of Sexual Medicine*

2009-Present       Member, Society for Sex Therapy and Research (SSTAR)

2009               Guest Reviewer, *Harvard Review of Psychiatry*

2010               Guest Reviewer, *CNS Spectrums*

2011               Guest Reviewer, *Sexual Abuse*

2011               Guest Reviewer, *Neuropsychiatry*

2011               Guest Reviewer, *Sexuality & Culture*

Krueger, Richard-Curriculum Vitae                                    Page 10
November 16th, 2013

| | |
|---|---|
| 2011 | Guest Reviewer, *Journal of Abnormal Psychology* |
| 2011-Present | Member, Education Committee, American Academy of Psychiatry and the Law |
| 2011-Present | Member, Sexual Health and Disorders Committee of the World Health Organization; this committee is composed of international authorities and is making recommendations for revision of the sexual disorders section for ICD-11 (The International Classification of Diseases-11[th] Edition) |
| 2012 | Guest Reviewer, *Archives of Sexual Behavior* |
| 2012-2013 | President Elect, New York State Association for the Treatment of Sexual Abusers |
| 2013-2015 | Elected by Board to position of President, New York State Association for the Treatment of Sexual Abusers |
| 2013 | Guest Reviewer, *Journal of Psychiatric Research* |
| 2013 | Participant, Meeting on Protocol Development for Field Testing of ICD-11 Sexual Disorders and Sexuality-Related Conditions |
| 2013 | Guest Reviewer, *International Journal of Family Medicine* |
| 2013 | Guest Participant, Human Sexuality Committee, Group for the Advancement of Psychiatry, White Plains, New York |

**Bibliography**

**PEER REVIEWED ARTICLES**

**1984**

1. Krueger RB, Levy E, Fox B, Cathgart E, Black P: Lymphocyte subsets in patients with major depression Preliminary findings. Advances. 1984; 1:5-9

**1985**

2. Levy E, Krueger RB: Depression and the immune system. Directions in Psychiatry. 1985; 5:1-8

**1992**

3. Krueger RB, Sackeim HA, Gamzu ER: Pharmacological treatment of the cognitive side effects of ECT: A review. Psychopharmacology Bulletin. 1992; 28:409-424

**1993**

Krueger, Richard-Curriculum Vitae
November 16th, 2013

4.   Krueger RB, Fama JM, Devanand DP, Prudic JP, Sackeim HA: Does ECT permanently alter seizure threshold? Biological Psychiatry. 1993; 33:272-276

**1994**

5.   Malaspina D, Devanand DP, Krueger RB, Prudic J, Sackeim HA: The significance of clinical EEG abnormalities in depressed patients treated with ECT. Convulsive Therapy.  994; 10:259-266

6.   Prudic J, Sackeim HA, Devanand DP, Krueger RB, Settembrino JM: Acute cognitive effects of subconvulsive electrical stimulation. Convulsive Therapy. 1994; 10:4-24

7.   Devanand DP, Krueger RB: Electroconvulsive therapy in the elderly. Current Opinion in Psychiatry. 1994; 7:359-364

**1998**

8.   Krueger RB, Glancy GD, Bradford JM: The Abel screen: A new instrument for assessing sexual interest. J Am Acad Psychiatry Law, Vol 26, No. 2, 1998; 277-280

**2000**

9.   Krueger RB, Kaplan MS: Disorders of Sexual Impulse Control in Neuropsychiatric Conditions.  In T. W. McAllister, Guest Ed. Seminars in Clinical Neuropsychiatry Pharmacological of Neuropsychiatric Syndromes. Vol. 5, No. 4, 2000; pp. 266-274

**2001**

10.   Krueger RB, Kaplan MS: Depo-leuprolide acetate for the treatment of the paraphilias: A report of 12 cases. Archives of Sexual Behavior. 2001; 30:409-422

11.   Krueger RB, Kaplan MS: The paraphilic and hypersexual disorders: An Overview. Journal of Psychiatric Practice. November 2001; 7:391-403

**2002**

12.   Krueger RB, Kaplan MS: Behavioral and psychopharmacological treatment of the paraphilic and hypersexual disorders.  Journal of Psychiatric Practice. January 2002; 8:21-32

13.   Krueger RB, Kaplan MS: Treatment resources for the paraphilic and hypersexual disorders. Journal of Psychiatric Practice. January 2002; 8:59-60

14.   Krueger RB, Kaplan MS: A favorable view of the DSM-IV diagnosis of pedophilia and empathy for the pedophile.  Archives of Sexual Behavior. December 2002; 31:486-488

**2003**

Krueger, Richard-Curriculum Vitae                                    Page 12
November 16th, 2013

15.   Krueger RB: A Positive View of Spitzer's Research and an
      Argument for Further Research. Archives of Sexual Behavior.
      October 2003; 32:443-444

**2006**

16.   Shajnfeld A, Krueger RB: Integrating Law and Psychiatric Practice:
      Reforming Non-Punitive Responses to Sexual Offending.
      Developments in Mental Health Law July 2006; 25: 81-99.

**2009**

17.   Krueger RB, Kaplan, M, First, M: Sexual and other axis I diagnoses
      of 60 males arrested for crimes against children involving the
      Internet, CNS Spectrums, Volume 14, No. 11, 2009; 623-631.

**2010**

18.   Krueger RB: The DSM Diagnostic Criteria for Sexual Sadism:
      Archives of Sexual Behavior, Volume 39, No. 2, 2010, 325-345.

19.   Krueger RB: The DSM Diagnostic Criteria for Sexual Masochism:
      Archives of Sexual Behavior, Volume 39, No. 2, 2010; 346-356.

20.   Kaplan MS, Krueger RB: Diagnosis, Assessment, and Treatment of
      Hypersexuality: Annual Review of Sex Research, Journal of Sex
      Research, Vol 47, Issue 2-3; 2010; 181-198.

21.   Krueger RB: DSM-V Options: Sexual Sadism, Sexual Masochism,
      and Paraphilic Coercive Disorder: Forum for the Association for the
      Treatment of Sexual Abusers, Vol XXII, Issue 1, 2010, 1-8.

**2011**

22.   Krueger, RB: Critical Appraisals of the Proposed DSM-5 Paraphilia
      Diagnoses: The Journal of the American Academy of Psychiatry and
      the Law; Vol 39, 2011; 237.

**2012**

23.   Krueger, RB, Kaplan, MS: Paraphilic Diagnoses in DSM-5: The
      Israeli Journal of Psychiatry and Related Sciences; Vol 49, No. 4,
      2012, 248-254.

24.   Kaplan, M, Krueger RB: Cognitive-Behavioral treatment of the
      paraphilias: The Israeli Journal of Psychiatry and Related Sciences;
      Vol 49, No. 4, 2012, 291-296.

**2013**

25.    Krueger, RB, Weiss, SL, Kaplan, MS, Braunstein, LJ, Wiener, E:
       The Impact of Internet Pornography Use and Cybersexual Behavior
       on Child Custody and Visitation; Journal of Child Custody, 10: 1-31,
       2013, DOI: 10.1080/15379418.2013.781860

## CASE REPORTS

**2006**

1.    Krueger RB, Hembree W, Hill M (2006). Prescription of
      Medroxyprogesterone Acetate to A Patient with Pedophilia, Resulting in
      Cushing's syndrome and Adrenal Insufficiency. Sexual Abuse: A Journal
      of Research & Treatment; 18:227-228.

2.    Krueger RB, Kaplan MS (2006). "I Want to Try It. What Else Can I Do?"
      Chemical Castration as a Treatment for Pedophilia.  R Spitzer, J.
      Williams, M. First (Eds). DSM-IV-TR Casebook, Volume 2. American
      Psychiatric Association Press. Washington DC.  309-334. (translated into
      Hungarian, APA Press, 2007.

## CHAPTERS AND BOOKS

**1985**

1.    Levy EM, Krueger RB. (1985) Depression and the immune system. In
      Flach, F. (Ed.) Directions in Psychiatry. Hatherleigh
      Company, Ltd., New York, pp. 1-8

**1988**

2.    Levy EM, Krueger RB. (1988) Depression and the Immune System. In F.
      Flach (Ed.) Affective Disorders. Norton Publishers, New York, pp. 186-
      198

**1995**

3.    Krueger RB, Sackeim HA. (1995) ECT and Schizophrenia. In S. Hirsch
      and D. Weinberger (Eds.). Schizophrenia. Blackwell Scientific
      Publications Ltd., Oxford, pp. 503-545

**1996**

4.    Levy E, Chancellor-Freeland C, Krueger RB. (1996) Depression and the
      Immune System: The Hatherleigh Guide to Managing Depression.
      Hatherleigh Press, New York, pp. 15-32

**1997**

5.    Krueger RB, Kaplan MS. (1997) Frotteurism Assessment and treatment.
      In D. R. Laws and W. O'Donohue (Eds.).  Sexual Deviance: Theory,
      Assessment, and Treatment. Guilford Press, New York, pp. 131-151

6.    Kaplan M, Krueger RB. (1997) Voyeurism:  Psychopathology and Theory.
      In D. R. Laws and W. O'Donohue (Eds.).  Sexual Deviance: Theory,
      Assessment, and Treatment. Guilford Press. New York, pp. 297-310

**2000**

Krueger, Richard-Curriculum Vitae                                    Page 14
November 16th, 2013

7.   Krueger RB, Kaplan MS. (2000) The non-violent serial offender:
     Exhibitionism, frotteurism, and telephone scatologia.  In L.B. Schlesinger
     (Ed.) Serial Offenders Current Thought, Recent Findings, Unusual
     Syndromes. CRC Press, Boca Raton, Fl., pp. 103-118

8.   Krueger RB, Kaplan MS. (2000) Evaluation and Treatment of Sexual
     Disorders: Frottage. In VandeCreek, L. (Ed.) Innovations in Clinical
     Practice: A Source Book. Vol. 18, Professional Resource Press.
     Sarasota, Fl. pp. 185-198

2003
9.   Kaplan MS, Krueger RB. (2003) Adolescent Sex Offenders.  In Rosner,
     R. (Ed.) Principles and Practice of Forensic Psychiatry. Second Edition.
     Chapter 45, Arnold, London. pp. 455-462

2006
10.  Krueger RB. (2006) A Positive View of Spitzer's Research and an
     Argument for Further Research.  In J. Drescher and K.J. Zucker (Eds.)
     Ex-Gay Research: Analyzing the Spitzer Study and Its Relation to
     Science, Religion, Politics, and Culture. Harrington Park Press.
     Binghamton, New York. pp. 151-152

2008
11.  Krueger RB, Kaplan MS. (2008) Frotteurism:  Assessment and treatment.
     In D. R. Laws and W. O'Donohue (Eds.).  Sexual Deviance: Theory,
     Assessment, and Treatment. 2nd Edition. Guilford Press, New York. pp.
     150-163.

12.  Krueger RB. (2008) Legislation Must Be Based On Scientific Research.
     In Zott, LM (Ed.) Sex Offenders and Public Policy. Current Controversies.
     Greenhaven Press. Thomson Gale. New York. pp. 139-143.

2009
13.  Krueger RB, Wexler R, Kaplan M, Saleh F. (2009) Orchiectomy. In Saleh,
     FM, Bradford, Grudzinsakas, AJ, Bradford JM, Brodsky DJ. (Eds.). Sex
     Offenders. Oxford University Press, New York, New York. pp. 171-188.

2011
14.  Krueger, RB, Kaplan MS. (2011) Non-Contact sexual offenses:
     Exhibitionism, voyeurism, possession of child pornography, and
     interacting with children over the internet.  In Hoberman, H, Phoenix, A.
     (Eds.). Sex Offenders: Diagnosis, Risk Assessment, & Management.
     Springer, New York. In press.

## REVIEWS, EDITORIALS, AND LETTERS

Krueger, Richard-Curriculum Vitae                    Page 15
November 16th, 2013

**1991**
1. Krueger RB, Silver JM.  Reply to Safe Administration of ECT in a patient with a calcified frontal mass (letter). Journal of Neuropsychiatry, 1991; 3:354

**1992**
2. Sackeim HA, Prudic J, Devanand DP, Krueger RB. In reply: stimulus dosing strategies and the efficacy of unilateral ECT. (letter). Convulsive Therapy, 1992; 8:46-52

**1994**
3. Krueger RB, Devanand DP, Prudic J, Sackeim HA. Response to Tomasson, Winockur and Pfohl (letter) Biological Psychiatry, 1994; 35:427-429

**2005**
4. Krueger RB, Kaplan MS. A Review of "Clinical Management of Sex Addiction" edited by Patrick J. Carnes and Kenneth M. Adams.  New York Brunner-Routledge, 2002.  Journal of Sex & Marital Therapy. October-December 2005; 5:448-450

**2006**
5. Krueger RB. A Review of "Identifying and Treating Sex Offenders. Current Approaches, Research, and Techniques." A Co-Publication as a Printed Volume of a Volume of the Journal of Child Sexual Abuse. Vol 12, No. 3/4 2003. Psychiatric Services.  February 2006: 57: 282

6. Krueger RB. "New York Should Not Pass a Violent Predator Law Without Further Study." The Alliance. NYASAOSP/NYATSA. Winter 2005/2006. Volume 8, Issue 1: 4.

7. Krueger RB.  "Dear NYATSA and Alliance Members." The Alliance. NYASASOP/NYATSA. Fall 2006. Volume 8, Issue 3: 1.

8. Krueger RB. Board of Directors, NYSATSA & NYASASOP.  "NYS ATSA and Alliance Policy Statement Concerning Sexual Violent Predator Legislation." The Alliance. NYASASOP/NYATSA. Fall 2006. Volume 8, Issue 3: 2-3.

9. Krueger RB. Board of Directors, NYSATSA & NYASASOP.  "NY State ATSA Letter to Members of the New York State Assembly, Senate, and Joint Conference Committee, and Others Regarding Proposed Sexually Violent Predator (SVP) Legislation." The Alliance. NYASASOP/NYATSA. Fall 2006. Volume 8, Issue 3: 4-5.

10. Krueger RB. Vice-President, NYSATSA. "Toward Treatment for Sexual Abusers." Letter to the Editor, The New York Times, December 31, 2006. Commentary on Editorial "Rush to Judgment on Sex Offenders" December 10, 2006, New York Times.

**2007**

Krueger, Richard-Curriculum Vitae                                        Page 16
November 16th, 2013

11.   Krueger RB. "The New American Witch Hunt." Invited op-ed. March 11,
      2007, Los Angeles Times.

12.   Krueger, RB. Vice-President NYSATSA. "Dear Colleague" Letter in The
      Alliance, Summer 2007, Volume 9, Issue 3, 5-6.

13.   Krueger, RB. Lau, KL. for the Boards of the NYSATSA.  "Position Paper
      Regarding the Sex Offender Management and Treatment Act of 2007."
      Filed and Bound to Article 10 of the Mental Hygiene Law (10.01-10.17),
      April 2007, and published in The Alliance, Summer 2007, pages 2-4.

**2011**

14.   Kafka, M. P., & Krueger, R. K. (2011a). Response to Moser's
      critique of Hypersexual Disorder for DSM-5. *Archives of Sexual
      Behavior, 40,* 231-232.

15.   Kafka, M. P., & Krueger, R. K. (2011b). Response to Halpern's critique of
      Hypersexual Disorder (in press). *Archives of Sexual Behavior, 40,* DOI:
      10.1007/s10508-10011-19753-10501.

## MONOGRAPHS AND TREATMENT MANUALS

**2011**

1.    Kaplan, MS, Krueger, RB, Vince, M.  A Manual for Understanding
      and Treating Adolescents Who Commit Sexual Offenses.
      Unpublished manual developed at the Sexual Behavior Clinic, New
      York State Psychiatric Institute, New York, New York, April 2011

## PRESENTATIONS AT PROFESSIONAL MEETINGS (PARTIAL LIST)

**1996**

1.    Krueger RB. The Possible Role of Neuropsychological, Neurological and
      Neuropsychiatric Examination in the Criminal Process. The New York
      Head Injury Study Group, New York, New York, June 20, 1996.

2.    Krueger RB, Kaplan M. The Assessment and Treatment of Sexual
      Offenders. Grand Rounds, Kirby Forensic Psychiatric Center, New York,
      New York, October 10, 1996.

3.    Krueger RB, Kaplan M. The Professional Before the Review Board
      Evaluation, Treatment and Rehabilitation. 1996 Association for the
      Treatment of Sexual Abusers, Annual Convention, Chicago, Illinois,
      November 12, 1996.

Krueger, Richard-Curriculum Vitae                                      Page 17
November 16th, 2013

**1997**

3.    Krueger RB, Kaplan M.  The Assessment and Treatment of the
      Adolescent Sexual Offender. Presentation For the Medical Staff of
      Western New York Children's Psychiatric Center, Buffalo, New York.
      October 3, 1997.

**1998**

4.    Krueger RB. The Assessment and Treatment of Sexual Dysfunction.
      Presentation for the Medical Staff of the Family Medicine Program of St.
      Mary's Hospital, Hoboken, New Jersey, May 26, 1998.

5.    Kelly JR, Glancy GD, Krueger RB, Wasyliew OE, Bradford JM. Forensic
      Evaluation of Paraphilic Stalkers.  Presentation at the American Academy
      of Psychiatry and the Law's Annual Meeting, New Orleans, Louisiana.
      October 24, 1998.

6.    Krueger RB. Management of Pedophilia. Presentation at Grand Rounds,
      St. Lawrence Psychiatric Center, Ogdensburg, New York, November 11,
      1998.

**1999**

7.    Abel G, Krueger RB. Physician Sexual Misconduct.  Presentation before
      the Board of the Committee for Physician's Health, Lakeville, New York.
      May 7, 1999.

8.    Krueger RB. Management of Pedophilia.  Presentation before the staff of
      Buffalo Psychiatric Center, Buffalo, New York, July 15, 1999.

9.    Krueger RB, Bradford JM, Glancy GD, Oldham JM, Tucker DE, Maskel L,
      Lacoursiere R, Ouligian J. The Impact of Sexual Predator Legislation of
      Various States.  Presentation at the American Academy of Psychiatry
      and the Law's Annual Meeting, Baltimore, Maryland, October 14, 1999.

10.   Krueger RB, Abel G, Bradford J, Greenberg DM, Candilis PJ, Berlin FS.
      The Assessment and Treatment of Child Molesters. Presentation at the
      American Academy of Psychiatry and the Law's Annual Meeting,
      Baltimore Maryland, October 15, 1999.

11.   Krueger RB. Pharmacological Treatment of Male Sex Offenders.
      Presentation at the Psychopharmacology Training Program of the New
      York State Office of Mental Health, Albany, New York, November 9,
      1999.

12.   Kaplan MS, Krueger RB. A New York State Historical Perspective.
      Presentation at the Sidney Albert Institute of Parsons Child and Family
      Center and the New York State Office of Mental Health Conference
      entitled An Unveiling of an Integrated Statewide System of Care for Child

Krueger, Richard-Curriculum Vitae                                   Page 18
November 16th, 2013

> and Adolescent Sexual Abusers.  Sagamore, New York, November 10,
> 1999.

13.   Krueger RB, Kaplan MS. Evaluating Sex Offenders.  Workshop
      presentation at the Twelfth Annual NYS OMH Research Conference.
      Albany, New York, December 7, 1999.

**2000**

14.   Kaplan MS, Krueger RB. Adolescent Sex Offenders An Update.  Grand
      rounds presentation at Rockland Children's Psychiatric Center, Rockland,
      New York, February 1, 2000.

15.   Krueger RB, Kaplan MS. Behavioral and Pharmacologic Treatment of
      Male Sex Offenders.  Statewide live televised grand rounds, New York
      Office of Mental Health, Bureau of Psychiatric Services, Albany, New
      York, April 26, 2000.

16.   Krueger RB. Evaluation and Treatment of Sex Offenders.  Grand rounds
      presentation at Pilgrim Psychiatric Center, West Brentwood, New York,
      May 19, 2000.

17.   Krueger RB, Kaplan MS. Paraphilias and Professional Sexual Misconduct
      Evaluation and Treatment.  Presentation to the Committee for Physicians'
      Health of the New York Medical Society, Albany, New York. July 12,
      2000.

18.   Krueger RB. The Psychopharmacological Treatment of The Paraphilias.
      Grand rounds presentation at Graystone Park Psychiatric Hospital, Morris
      Plaines, NJ, August 17, 2000.

19.   Krueger RB, Kaplan MS. Offender Dynamics. Presentation for Columbia
      University's Sexual misconduct Policy Hearing panelist Training, New
      York, NY, October 13, 2000.

20.   Krueger RB, Hanson KR, Greenberg D. Using research to Improved Risk
      Assessments for Sex Offenders-Presentation of the Sex Offenders and
      Psychopharmacology Committees (Advanced).  Course at the October
      2000 annual meeting of the American Academy of Psychiatry and the
      Law, Vancouver, British Columbia, Canada. October 20, 2000.

21.   Krueger RB, Gratzer T, Brown P, Candilis P, Bradford JM, Smith C. The
      Ethics of Treatment and Research Involving Antiandrogen Medications-
      Presentation of the Sex Offenders and Psychopharmacology
      Committees.  Panel at the October 2000 annual meeting of the American
      Academy of Psychiatry and the Law, Vancouver, British Columbia,
      Canada, October 21, 2000.

Krueger, Richard-Curriculum Vitae                                    Page 19
November 16th, 2013

22.   Krueger RB, Hanson KR, Glancy GD, Mossman D, Hart S. Risk
      Assessment of Sexual Offenders A Critical Assessment--Presentation of
      the Sex Offenders and Psychopharmacology Committees.  Panel at the
      October 2000 annual meeting of the American Academy of Psychiatry
      and the Law, Vancouver, British Columbia, Canada, October 21, 2000.

23.   Abel GG, Osborn CA, Krueger RB. The Etiology, Evaluation and
      Treatment of Professionals Accused of Sexual Misconduct With Their
      Clients. Session at the November 2000 annual meeting of the
      Association for the Treatment of Sexual Abusers. San Diego, California,
      November 3, 2000.

24.   Krueger RB. The Pharmacological Treatment of the Paraphilias.
      Presentation at Teaching Conference at Bronx State Psychiatric Center,
      Bronx, NY, November 10, 2000.

25.   Krueger RB. The Pharmacological and Behavioral Treatment of the
      Paraphilias. Presentation at Grand Rounds, Hutchings Psychiatric
      Center, Syracuse, NY, November 15, 2000.

26.   Krueger RB. An Update on Current Evaluation and Treatment of the
      Paraphilias.  Presentation at Grand Rounds, Queens Hospital Center,
      Department of Psychiatry, Jamaica, NY, December 15, 2000.

**2001**

27.   Krueger RB. Recent Developments in the Treatment of the Paraphilias
      and the Hypersexual Disorders.  Presentation at Grand Rounds, New
      York Presbyterian Hospital, Cornell University, Payne Whitney Clinic,
      New York, NY, March 7, 2001.

28.   Krueger RB. Recent Developments in the Treatment of the Paraphilias
      and the Hypersexual Disorders.  Presentation at Grand Rounds, New
      York Presbyterian Hospital, Westchester Division, White Plains, NY, April
      24, 2001.

29.   Krueger RB, Kaplan, MS. Polygraphy and Sex Offenders.  Presentation
      at the Tristate Meeting of the U.S. Department of Probation, Southern
      District, Manhattan, NY, May 11, 2001.

30.   Krueger RB. Recent Developments in the Treatment of the Paraphilias
      and the Hypersexual Disorders.  Presentation at Grand Rounds,
      Kingsborough Psychiatric Center, Brooklyn, NY, May 16, 2001.

31.   Krueger RB. Recent Developments in the Treatment of the Paraphilias
      and the Hypersexual Disorders.  Presentation at Grand Rounds, Coney
      Island Hospital, Brooklyn, NY, June 4, 2001.

Krueger, Richard-Curriculum Vitae                              Page 20
November 16th, 2013

32.    Krueger RB. Recent Developments in the Treatment of the Paraphilias
       and the Hypersexual Disorders.  Presentation at Grand Rounds,
       Rockland Psychiatric Center, Orangeburg, NY, October 4, 2001.

33.    Krueger RB. Recent Developments in the Treatment of the Paraphilias
       and the Hypersexual Disorders.  Presentation at Grand Rounds,
       Creedmore Psychiatric Center, Queens, NY, October 5, 2001.

34.    Krueger RB, Abel G, Kuban M, Bradford J, Sosnowski D. Objective
       Methods for Assessing Sexual Interest A Critical Appraisal.  Presentation
       at the Annual Meeting of the American Academy of Psychiatry and the
       Law, Boston, MA, October 27, 2001.

35.    Krueger RB, Kafka M. Male Hypersexuality Disorders New Clinical
       Insights and Pharmacological Treatments.  Presentation at the Annual
       Meeting of the American Academy of Psychiatry and the Law, Boston,
       MA, October 27, 2001.

36.    Glancy G, Brown P, Krueger RB, Ouligian J, Candilis P.
       Psychopharmacology of Violence. Presentation at the Annual Meeting of
       the American Academy of Psychiatry and the Law, Boston, MA, October
       28, 2001.

**2002**

37.    Krueger RB. Recent Developments in the Treatment of the Paraphilias
       and the Hypersexual Disorders. Presentation at Grand Rounds, Mohawk
       Valley Psychiatric Center, Utica, New York, March 7, 2002.

38.    Krueger RB. Risk Assessment and Treatment of a Patient with a History
       of Multiple Homicides. Presentation at Grand Rounds, St. Lawrence
       Psychiatric Center, Ogdensburg, New York, April 3, 2002.

39.    Krueger RB. Recent Developments in the Treatment of the Paraphilias
       and the Hypersexual Disorders.  Presentation at Grand Rounds, Harlem
       Hospital, Harlem, New York, April 17, 2002.

40.    Krueger RB. The Use of Medication in the Treatment of Sex Offenders.
       Presentation at the Seventh Annual Training Conference on the
       Evaluation and Treatment of Sex Offenders Poughkeepsie, NY, April 30,
       2002.

41.    Krueger RB. The Use of Medication in the Treatment of Individuals with
       Paraphilias and Hypersexual Disorders An Update.  Presentation at
       Grand Rounds, the Department of Psychiatry, Montefiore Medical Center
       and the Albert Einstein College of Medicine, Bronx, NY, October 17,
       2002.

Krueger, Richard-Curriculum Vitae                              Page 21
November 16th, 2013

42.   Krueger RB. Recent Developments in the Diagnosis and
      Pharmacological Treatment of Sex Offenders.  Presentation at Grand
      Rounds, Kirby Forensic Psychiatric Center, Ward's Island, New York, NY,
      November 7, 2002.

**2003**

43.   Krueger RB. Recent Developments in the Diagnosis and
      Pharmacological Treatment of Sex Offenders. Presentation at Grand
      Rounds, Middletown Psychiatry Center, Middletown, NY, February 5,
      2003.

44.   Kaplan MS, Krueger RB. Assessment of Youngsters with Histories of
      Inappropriate Sexual Behavior. Presentation at Grand Rounds, Rockland
      Children's Psychiatric Center, Orangeburg, NY, February 11, 2003.

45.   Krueger RB. Recent Developments in the Diagnosis and
      Pharmacological Treatment of Sex Offenders.  Presentation at Mount
      Sinai Hospital, New York, NY, March 11, 2003.

46.   Krueger RB. Recent Developments in the Treatment of the Paraphilias
      and the Hypersexual Disorders in Adults and Adolescents.  Presentation
      at Combined Social Work and Psychiatry Grand Rounds, Harlem
      Hospital, New York, NY, March 26, 2003.

47.   Krueger RB. Recent Developments in the Diagnosis and
      Pharmacological Treatment of Sex Offenders.  Presentation at Grand
      Rounds, Manhattan Psychiatric Center, Ward's Island, New York, NY.
      May 2, 2003.

48.   Krueger RB. Recent Developments in the Diagnosis and
      Pharmacological Treatment of Sex Offenders.  Presentation at Grand
      Rounds, Pilgrim Psychiatric Center, West Brentwood, NY. November 5,
      2003.

**2004**

49.   Krueger RB. Recent Developments in the Diagnosis and
      Pharmacological Treatment of Sex Offenders.  Presentation at Grand
      Rounds, St. Luke's-Roosevelt Hospital Center, New York, NY, March 10,
      2004.

**2005**

50.   Kaplan MS, Krueger RB. Assessment and Treatment of Adolescent
      Sexual Offenders.  Presentation at Grand Rounds, Rockland Children's
      Psychiatric Center, Orangeburg, NY, February 1, 2005.

51.   Krueger RB, Kaplan MS. Assessment and Treatment of Individuals
      Arrested for Internet Crimes Against Children. Presentation at the Tenth

Annual Conference of the New York State Alliance of Sex Offender
Service Providers and the New York State Chapter of the Association for
the Treatment of Sexual Abusers.  White Plains, NY, May 6, 2005.

52.   Rotter M, Reid N, Rivera J, McCullough M, Krueger R.
Psychopharmacological Assessment and Treatment of Patients in the
New York State OMH System. Part of an overall presentation The
Mentally Ill Sexual Offender Special Considerations for a Special
Population. Presentation at the Tenth Annual Conference of the New
York State Alliance of Sex Offender Service Providers and the New York
State Chapter of the Association for the Treatment of Sexual Abusers.
White Plains, NY, May 6, 2005.

53.   Freedman PM, Kaplan MS, Krueger RB, Simring SS. Sexual Deviation,
Sexual Crimes, and Sexually Violent Predators. State of New Jersey,
Judicial College, Administrative Office of the Courts and the Supreme
Court Committee on Judicial Education. Teaneck, NJ. November 22,
2005.

**2006**

54.   Krueger RB.  Recent Developments in the Diagnosis and
Pharmacological Treatment of Sex Offenders.  Presentation at Grand
Rounds, Creedmore Psychiatric Center, New York, NY, March 9, 2006.

55.   Krueger RB.  Recent Developments in the Diagnosis and
Pharmacological Treatment of Sex Offenders.  Presentation at Grand
Rounds, Gouvenor Hospital, New York, New York, April 25, 2006.

56.   Krueger, RB.  Reports of Child Sexual Abuse Perpetrated by Females in
a Sample of Male Sexual Offenders and Comments on SVP Legislation
in New York State.  Presentation at a conference "Meeting the Needs of
All Victims of Criminal Behavior" given by New York AAPL, New York
University, New York, New York, April 29, 2006.

57.   Friedman, RA, Kaplan, MS, Weiss, SL, Greenberg, M.  Risk Assessment
and a Team Approach to Sexual Violence in the Family.  Presentation at
The Interdisciplinary Forum on Mental Health and Family Law in New
York State.  New York, New York, May 16, 2006.

58.   Abel, GG, Marks, TI, Krueger, RB.  The Evaluation and Treatment of
Physicians Involved in Sexual Misconduct and Sexual Harrassment.
Course 100.  The American Psychiatric Associations 159th Annual
Meeting.  Toronto, Ontario, Canada, May 25, 2006.

59.   Krueger, RB, Kaplan, MS. Biological Treatments for the Paraphilias and
Compulsive Sexual Behavior.  Presentation at Annual Meeting of the

Krueger, Richard-Curriculum Vitae                                      Page 23
November 16th, 2013

Association for the Treatment of Sexual Abusers.  Chicago, Illinois, September 29, 2006.

60.  Rotter, M, Krueger, R. The Mentally Ill Sexual Offender: Special Considerations for a Special Population.  Presentation by Dr. Rotter before the American Psychiatric Association's Institute on Psychiatric Services Annual Meeting. New York, New York, October 6, 2006.

61.  Seybert, J, Hurley, D, Whalen, M, Garoppolo, T, Bode, A, Krueger, R. Selected Issues Involving Child Pornography. Presentation at the Criminal Justice Act Panel Committee of the Eastern District of New York. Brooklyn, New York, October 24, 2006.

62.  Corliss, RK, Cross, CD, Krueger, RB, Harkavy, S, O'Connor, A: Civil Commitment of Sexually Violent Predators: Where Are We Now and Where Do We Want to Go? NAMI-New York State 24th Annual Educational Conference.  From Research to Recovery: Improving the Lives of New Yorkers with Mental Illness.  White Plains, New York, November 3, 2006.

63.  Kinscherff, R, Guidry, L, Berlin, F, Bengis, SM, Hart, SD, Latham, C, Prentky, R, Vincent, G, Dunseith, NW, Taylor, P, Krueger, RB, Saleh, FM, Ball, CJ. Conversations on Best Practice Applications for the Mentally Ill/ Problematic Sexual Behavior Population: Values and Implementation. Worchester, Massachusetts, November 17, 2006.

64.  Krueger, RB. Influencing sex offender legislation: What role for Clinicians?  Invited lecture for a symposium entitled:  Society and sex offenders with D, Wylie, K, Morris, C, Green, P, Krueger, R, Bradford, J, and Soothill, K.  Organized by the Sexuality & Sexual Health Section of the Royal Society of Medicine, London, England, December 1, 2006.

65.  Krueger, RB. Biological Treatments for the Paraphilias and Compulsive Sexual Behavior.  Presentation at Grand Rounds. Central New York Psychiatric Center, Marcy, New York, December 20, 2006.

66.  Krueger, RB. Biological Treatments for the Paraphilias and Compulsive Sexual Behavior.  Presentation at Grand Rounds. Woodhull Medical & Mental Health Center, January 17, 2006.

67.  Baillargeon, J. et al. Responses to Sex Crimes and People Convicted of Sex Crimes. Participant. Open Society Institute, New York, New York, January 25, 2006.

**2007**

68.  Abel, GG, Marks, TI, Krueger RB. The Evaluation and Treatment of Physicians Involved in Sexual Misconduct and/or Sexual Harrassment.

Krueger, Richard-Curriculum Vitae                                    Page 24
November 16th, 2013

American Psychiatric Association 160th Annual Meeting, San Diego,
California. May 21, 2007.

69.     Lindenmeyer, JB, Langer, SJ, Krueger, RB, Barbaree, Barbaree, HE,
        Siegel, LA, Zonana, HV. Biological Treatments for the Sexually Violent
        Offender and Discussant in Symposium 70. The Sexually Violent
        Offender. American Psychiatric Association 160th Annual Meeting, San
        Diego, California. May 23, 2007.

70.     Krueger, RB.  Risk Assessment and Risk Management.  Presentation at
        the Whiting Forensic Division of Connecticut Valley Hospital, Middletown,
        Connecticut. September 20th, 2007.

71.     Krueger, RB.  Paraphilias & Hypersexual Disorders: An Update.
        Presentation at Grand Rounds, Department of Psychiatry, Mount Sinai
        Hospital, New York, New York.  September 25th, 2007.

72.     Seybert, J, Krueger, R, Kelly, E., Goldberg, A, Whalen, M, Levitt, R.
        Psychiatric/Mental Health Involvement in Cases Involving Sexual Crimes.
        Part of a panel entitled "Rita, Rita, Guidelines Eater and SORNA,
        SMART, AWA, and SOMA by the Criminal Justice Act Panel Committee
        of the Eastern District of New York, Brooklyn, New York.  November 7th,
        2007.

74.     Krueger, R, Bradford, J. Compulsive Sexual Behavior, Discussant.  New
        York State Office of Mental Health, Bureau of Psychiatric Services and
        Research Institute Support, Psychopharmacology Training Program,
        Albany New York, November 29th, 2007.

**2008**

75.     Miraglia, R, Krueger, R, Kaplan, M. The Treatment and Management of
        Persons Who Have Committed Sexual Offenses, Bureau of Psychiatric
        Services and Research Institute Support, Statewide Grand Rounds,
        Albany, New York, February 27th, 2008.

76.     Krueger, R, Paraphilias & Hypersexual Disorders: An Update.
        Presentation at Grand Rounds, Mid-Hudson Forensic Psychiatric Center,
        New Hampton, New York.  April 22nd, 2008.

77.     Krueger, R, Kaplan, M. The Diagnosis and Treatment of Individuals
        Convicted of Internet Crimes Against Children.  Workshop at Annual
        Conference of the New York State Association for the Treatment of
        Sexual Abusers, Saratoga Springs, New York. May 13th, 2008.

78.     Krueger, R, Kaplan, M. Medication Treatment of Paraphilias and
        Compulsive Sexual Behavior.  Workshop at Annual Conference of the

New York State Association for the Treatment of Sexual Abusers, Saratoga Springs, New York.  May 13th, 2008.

79.   Miraglia, R, Culkin, J, Lee, G, Krueger, Richard.  Current Trends in Management and Treatment of Sex Offenders: Psychopharmacological Approaches.  Grand Rounds.  Bronx State Psychiatric Center.  Bronx, New York September 5th, 2008.

80.   Nersessian, E, Levy, F, Davidson, A, Kernberg, O, Krueger, R, Williams, L, Winemaker.  Paraphilias.  A Roundtable Discussion.  The Philoctetes Center for the Multidisciplinary Study of Imagination at the New York Psychoanalytic Institute, New York, New York.  October 18th , 2008.

81.   Weiss, S, Braunstein, L, Kaplan, M, Krueger, R.  Internet pornography and child custody.  Presentation at The Interdisciplinary Forum on Mental Health and the Law, New York, New York. December 18th, 2008.

**2009**

82.   Zucker, K, Blanchard, R, Kafka, M, Krueger, R, Meyer-Bahlburg, H, Seagraves, R.T., Brotto, LA, Binik, I.  Symposium: Provisional report by the DSM-V workgroup on sexual and gender identity disorders.  Presentation at the 34th Annual Meeting of the Society for Sex Therapy and Research, Arlington, Virginia, April 3rd, 2009.

83.   Krueger, R, Lee, L.  Current Trends in Management and Treatment of Sex Offenders: Psychopharmacological Approaches.  Central New York Psychiatric Center, Utica, New York, April 21st, 2009.

84.   Lee, L.G., Krueger, R. Androgen Reduction Therapy in SOTP.  Joint CNYPC/LSPC/Central Office Session, Utica, New York, April 21st, 2009.

85.   Krueger, R, Kaplan, M. Diagnostic Issues in the Assessment and Treatment of Individuals Convicted of Sexual Offenses.  Central New York Psychiatric Center, Utica, New York, April 21st, 2009.

86.   Krueger, R., Lee, L.G. Psychopharmacological Treatment of Sexual Offenders.  Presentation to Judges, MHLS attorneys, and the Attorney General's Office.  Ceremonial Courtroom, Onondaga County Courthouse, Syracuse, New York, June 4th, 2009.

87.   Kafka, M, Blanchard, R, Krueger, R, Langstrom, N, Paraphilic Disorders and DSM-V: Considerations for Revision of Diagnostic Criteria; Sexual Sadism Disorder, Sexual Masochism Disorder, and Paraphilic Coercive Disorder.  Annual Meeting of the Association for the Treatment of Sexual Abusers, Dallas, Texas, October 1st, 2009.

88.   Krueger, R, First, M, Fedoroff, P, Zonana, H, Berlin, F: A Critical
      Appraisal of Proposed DSM-V Paraphilic Diagnoses.  Annual Meeting of
      the American Academy of Psychiatry and the Law, Baltimore, Maryland,
      October 29th, 2009.

89.   Kaplan, M, Krueger, R: Proposed Paraphilic Diagnoses for DSM-V.
      Grand Rounds, Mid-Hudson Forensic Psychiatric Center, New Hampton,
      New York, December 1st, 2009.

**2010**

90.   Krueger, R, Hall, D, Thomas, N, McPherson, J, Page, J, Carey, C.
      Testimony regarding proposed sex offender legislation and SORA
      actuarial assessment before the New York State Senate Committee on
      Crime, Crime Victims, and Corrections.  Albany, New York, March 9th,
      2010.

91.   Krueger, R, Kaplan, M:  Paraphilic diagnoses in DSM-V at a conference
      entitled "Contemporary Treatments of Paraphilias" at the Inbal Hotel in
      Jerusalem, Israel on June 17th, 2010.

92.   Kaplan, M, Krueger, R: Cognitive-behavioral treatment of paraphilias and
      Hypersexual Disorders at a conference entitled "Contemporary
      Treatments of Paraphilias" at the Inbal Hotel in Jerusalem, Israel on June
      17th, 2010.

93.   Krueger, R: Medication treatment of the paraphilias and hypersexual
      disorders. Grand Rounds at the Ann Klein Forensic Center Special
      Treatment Unit, Rahway, New Jersey, July 14th, 2010.

94.   Krueger, R: New developments in the diagnosis of sexual masochism
      and sexual sadism.  Presentations at the 11th Conference of the
      International Association for the Treatment of Sexual Offenders (IATSO),
      Oslo, Norway, September 2nd, 2010.

95.   Maskel, L, Bradford, J Tucker, D, Krueger, R, Thornton, D, Zander, T,
      Franklin, K: Stirring the DSM-5 Cauldron.  Debate at the 41st Annual
      Meeting of the American Academy of Psychiatry and the Law, Tucson,
      Arizona, October 23rd, 2010.

96.   Krueger, R: Medication Treatment of the Paraphilias and Hypersexual
      Disorders.  Presentation at Kingsboro Psychiatric Center, Brooklyn, New
      York, October 28th, 2010.

**2011**

Krueger, Richard-Curriculum Vitae                                       Page 27
November 16th, 2013

97.     Krueger, R: Biological Treatment of Individuals with Paraphilias and/or
        Sexual Disorders. Invited lecture for the Faculty of Forensic Psychiatry,
        Royal College of Psychiatrists, Annual Meeting, Berlin, Germany,
        February 3rd, 2011.

98.     Kaplan, M, Krueger, R: Sexual Acting Out in Adolescents: Normative vs.
        Pathological Behaviors and Their Management. Presentation at Grand
        Rounds at Queens Children's Psychiatric Center, Bellerose, New York,
        October 20th, 2011.

99.     Sorrentino, Rene, Kafka, M, Krueger, R: The DSM-5 Sexual Disorders:
        Forensic Implications. Presentation at the Annual Meeting of the
        American Academy of Psychiatry and the Law, Boston, Massachusetts,
        October 24th, 2011.

100.    Lee, Li-Wen, Miraglia, R, Krueger, R: New York State's SVP Law:
        Program Development and Implementation. Presentation at the Annual
        Meeting of the American Academy of Psychiatry and the Law, Boston,
        Massachusetts, October 26th, 2011.

101.    Krueger, R, Kaplan, M: Treatment of Individuals with Paraphilias and/or
        Sexual Disorders. Presentation at Grand Rounds. Lincoln Hospital,
        Bronx, New York, December 20th, 2011.

**2012**

102.    Krueger, R: Paraphilic Diagnoses in DSM-5 and Treatment Update on
        Paraphilic Disorders. Presentation at Grand Rounds. Department of
        Psychiatry. Nassau University Medical Center, East Meadow, New York,
        February 29th, 2012.

103.    Krueger, R: Biological Treatment of Individuals with Paraphilias and/or
        Sexual Disorders. Keynote address to the 12th Annual Massachusetts
        Department of Mental Health Forensic Service Division's Mentally
        Ill/Problematic Sexual Behavior Program Training conference. University
        of Massachusetts Hoagland-Pincus Conference Center, Shrewsbury,
        Mass. May 17th, 2012.

104.    Krueger, R, Lee, Grace: The Psychopharmacological Treatment of
        Individuals with Paraphilias and/or Sexual Disorders. Workshop given at
        the Annual Conference of the New York State Association for the
        Treatment of Sexual Abusers, Hunter, New York. May 22nd, 2012.

105.    Krueger, R, First, M, Kaplan, M: Forensic Implications of DSM-5.
        Workshop given at the Annual Conference of the New York State
        Association for the Treatment of Sexual Abusers, Hunter, New York.
        May 22nd, 2012.

Krueger, Richard-Curriculum Vitae                                      Page 28
November 16th, 2013

106.   Krueger, R.  Behavioral Addictions. Conference on the Essentials of
       Addiction given at the Association of the Bar, City of New York, New
       York, New York, June 4th, 2012

107.   Mossberg, M., Ravitz, A, Tatarsky, A, Drager, JL, Bender, S, Alter, E. The
       Essentials of Addictions: A New Understanding for Family
       Law Practitioners, Forensic Experts and the Court.  Conference at the
       Association of the Bar, City of New York, New York, New York,
       September 27th, 2012

108.   Krueger, R: The Role of Psychiatric Diagnosis and Treatment in the
       Management of Individuals Who Have Committed Sexual Crimes.  Invited
       Lecture for Course on Sex Offenders in the Criminal Justice System
       arranged by the Honorable Barnett Hoffman at John Jay College, New
       York, New York, October 16th, 2012

109.   Krueger, R: Biological Treatment of Individuals with Paraphilias and/or
       Sexual Disorders.  Invited Presentation at the Special Treatment Unit,
       Avenel, New Jersey, October 17th, 2012

110.   Maskel, L, Forestell, M, Singer, M, LeBell, R, Corcoran, J, Krueger, R,
       Wollert, R, Bradford, J.: Hebephilia: Weed Diagnosis in the Botanical
       Garden of DSM-5? Mock Trial, 43rd Annual Meeting of the American
       Academy of Psychiatry and the Law, Montreal, Quebec, Canada, October
       25th, 2012.

**2013**

111.   Krueger, R, Kaplan, M: Diagnostic Issues in the Assessment and
       Treatment of Individuals Convicted of Sexual Offenses and an Update on
       DSM-5.  Grand Rounds, Mid-Hudson Forensic Psychiatric Center, New
       Hampton, New York, February 5th, 2013

112.   Krueger, R: Sex Offender Diagnoses, Treatment, and DSM-5 Update.
       The National Alliance of Sentencing and Mitigation Specialists
       (NASAMS), Baltimore, Maryland, March 23rd 2013

113.   Krueger, R: Pain and Sadomasochism: Definitions, Epidemiology,
       Studies, Mechanisms, and Future Directions.  Invited Presentation to The
       Pain Project, University of Glasgow, Department of Philosophy, Glasgow,
       Scotland, April 6th, 2013

114.   Krueger, R: Paraphilic Disorders: Presentation at Meeting on Protocol
       Development for Field Testing of ICD-11 Sexual Disorders and Sexuality-
       Related Conditions.  Invited presentation and participation in meeting

hosted by The World Health Organization for the development of ICD-11. Geneva, Switzerland, April 23rd-25[th], 2013

115.    Krueger, R: Paraphilic Disorders in ICD-11.  Presentation at the National Transgender Health Summit, San Francisco, California, May 18th, 2013

116.    Krueger, R: Sexual Disorders and Sexual Health in the ICD-11: Parallels and Contrasts with DSM-5: Paraphilic Disorders, with Dresher, J, Cohen-Kettenis, Peggy, Cochran, Susan, Giami, Alain, and Reed, Geoffrey. Symposium at the American Psychiatric Association's Annual Meeting, San Francisco, California, May 21st, 2013

117.    Krueger, R: Pain and Sadomasochism: Definitions, Epidemiology, Studies, Mechanisms, and Future Directions.  Invited Presentation to The Pain Project, University of Glasgow, Department of Philosophy, Glasgow, Scotland, June 19th, 2013

118.    Krueger, R, Kaplan, M.: Sex Offender Diagnosis, Treatment, and DSM-5 Updates. Multi-Track Federal Criminal Defense Seminar, Buffalo, New York, August 9th, 2013

119.    Krueger, R: Biological Treatment of Individuals with Paraphilias and Hypersexual Disorders.  Grand Rounds, Department of Psychiatry, Jacobi Hospital, Bronx, New York, September 25th, 2013

120.    Krueger, R: The Role of Psychiatric Diagnosis and Treatment in the Management of Individuals Who Have Committed Sexual Crimes.  Invited Lecture for Course on Sex Offenders in the Criminal Justice System arranged by the Honorable Barnett Hoffman at John Jay College, New York, New York, October 8th, 2013

121.    Krueger, R: DSM-5 For Article 10 Examiners.  Presentation at the New York State Office of Mental Health Forensic Division, Albany, New York, October 18th, 2013

122.    Krueger, R, Kleinplatz, PJ, Silverstein, C: Kinky Sex of Paraphilia? Sexual Disorders in DSM-5, Annual Meeting of the New York State Psychological Association, New York, New York, October 20th, 2013

123.    Lee, Li-Wen, Krueger, Richard, Murphy, Lisa, Knack, Natasha, Maskel, Lynn: Ethical Issues in SVP Treatment: Is There a Right Answer? Presentation at the Annual Meeting of the American Academy of Psychiatry and the Law, San Diego, California, October 25th, 2013

124.    Krueger, Richard, Martinez, Nicolas: The Classification of Sexual Disorders and Sexual Health: Recommendations for ICD-11 and Legal and Policy Issues Related to Proposals for Paraphilic Disorders in WHO's

Krueger, Richard-Curriculum Vitae                                      Page 30
November 16th, 2013

      iCD-11. Presentation at the Annual Meeting of the American Academy of
      Psychiatry and the Law, San Diego, California, October 25th, 2013

125    Kamdang, L, Guevara, V., Krueger, R: Discussion on Child Pornography
      and People in the Registry.  Discussion with the Policy Caucus and
      Criminal Justice Caucus, Columbia University School of Social Work,
      New York, New York, November 13th, 2013