# EXHIBIT 58

**Date CV Prepared** August 12th, 2013

Personal Data

| | |
|---|---|
| Name | Meg S. Kaplan, Ph.D. |
| Office Address | Director |
| | Sexual Behavior Clinic |
| | New York State Psychiatric Institute unit 45 |
| | 1051 Riverside Drive NY, NY, 10032 |
| Private Practice | 210 East 68th Street, Suite 1-H |
| | New York, New York 10021-6024 |
| Telephone | (212) 740-7330 (New York State Psychiatric Institute) |
| | (212) 517-6624 (private office) |
| Email | msk2@columbia.edu |
| Birthdate | July 13, 1948 |

**Academic Training**

1970   B.A.   New York University, New York, New York, Psychology

1972   M.A.   New York University, New York, New York
Guidance and Counseling.

1985   Ph.D.   New York University, New York, New York
Human Sexuality

Ph.D. Sponsor: Deryck Calderwood, Professor

Thesis Title:

The Impact of Parolee's Perception of Confidentiality on the Reporting of Their Urges to Interact Sexually with Children

Citation of Publication:

Kaplan, M.S., Abel, G.G., Rathner, J. & Mittleman, M. (1990). The impact of parolee's perceptions of confidentiality on self-reported sex crimes. *Annals of Sex Research, 3,* (3), 293-305.

Kaplan, M.S., (1989). A Description of self-reports of convicted child molesters following incarceration. *International Journal of Offender Therapy & Comparative Criminology, 33,* (1), 69-77.

Kaplan, Meg-Curriculum Vitae                                    Page 2
August 12th, 2013

<u>Traineeship</u>

| | |
|---|---|
| 1970-1971 | Psychology Intern, Beth Israel Hospital, NY, NY. Psychological and perceptual testing of children 4-7 years of age. |
| 1970-1973 | Counselor, NY State Division of Youth, NY, NY. Individual counseling for juvenile offenders. |
| 1970-1973 | Internships: Counselor, National Council on Alcoholism, Alcohol Recovery Institute, NY, NY. Conducted workshops for professionals on alcohol abuse. |
| 1970-1973 | Counselor, NY City Board of Education Peer Group Program, NY, NY. Workshops to train adolescents in peer group and sexuality counseling. |
| 1970-1973 | Psychological Intern, Flower Fifth Avenue Medical Center, Mental Retardation Unit, NY, NY. Utilized testing techniques of intelligence and projective tests. |
| 1971-1973 | Research Assistant, Family Institute, NY, NY. Research in the development, practice and effectiveness of family therapy. |
| 1973 | Counselor, National Council on Alcoholism Alcohol Recovery Institute, New York City, New York. Conducted workshops for professionals on alcohol and alcohol abuse. |
| 1978-1984 | Sexual Behavior Clinic, New York State Psychiatric Institute. Training in the evaluation and treatment of sexual dysfunctions and sexual disorders with Gene Abel, M.D. and Judith Becker, Ph.D. |
| 1981-1984 | Training as co-therapist with Dr. Gene Abel in private practice. Training in sex dysfunction therapy and co-therapist at New York State Psychiatric Institute with adult sex offenders. |
| 1981-1984 | New York State Division of Parole - Designed and implemented research study to evaluate the treatment needs for sex offender parolees, the extent of prior treatment in prison, and the evaluation of parolees sexual interest patterns. |
| 1983 | Developed a seven and a half hour sex education/sex dysfunction treatment course for convicted sex offenders. |

Kaplan, Meg-Curriculum Vitae                                    Page 3
August 12th, 2013

## Licensure

| 1988 | Psychologist, New Jersey State License #355100245300 |
| 2006 | Mental Health Counselor, New York State License #5628748 |

## Professional Organizations and Societies

| 1985-Present | American Psychological Association |
| 1995-Present | International Academy of Sex Research |
| 1985-Present | Diplomat, American Board of Sexology |
| 1985-Present | Association in the Advancement of Behavior Therapy (AABT) |
| 1985-Present | Sex Information and Education Council of the United States (SIECUS) |
| 1985-Present | Society for the Scientific Study of Sex (SSSS) |
| 1985-Present | Society for Sex therapy and Research (SSTAR) |
| 1985-Present | Association for the Treatment of Sexual Abusers (ATSA) |
| 1985-Present | American Professional Society on the Abuse of Children |

## Academic Appointments

| 1986-1988 | Instructor of Clinical Psychology (in Psychiatry), College of Physicians and Surgeons, Columbia University |
| 1989-1995 | Assistant Professor of Clinical Psychology (in Psychiatry), College of Physicians and Surgeons, Columbia University |
| 1995-Present | Associate Clinical Professor of Psychology (in Psychiatry), College of Physicians and Surgeons, Columbia University, New York, New York |

## Grant Support

| 1987-1990 | Co-Investigator, NIMH -- HIV Center for Clinical and Behavioral Studies: AIDS Prevention for Adolescent Sex Offenders, $89,794. |

Kaplan, Meg-Curriculum Vitae                                          Page 4
August 12th, 2013

| | |
|---|---|
| 1990 | Co-Investigator, BRSG - Characteristics of Female Sexual Offenders Against Children, Pilot Study, $2,790. |
| 1992-Present | Co-Investigator,SAMSHA MH19845 - HIV Training for Providers to The Severely Mentally Ill. |
| 1992-1995 | Co-Investigator and Prevention Coordinator, SAMSHA MH19845 HIV Training for Providers to the Severely Mentally Ill, $470,000 |
| 1993-1996 | Co-Investigator, NIMH 5P50 MH 43520, HIV Center for Clinical and Behavioral Studies.  Determinants of Sexual Problem Behaviors in Childhood. |
| 1995-1998 | Co-Investigator and Prevention Coordinator, SAMSHA SM19983 Columbia University HIV/AIDS Mental Health Training Project. $568,000 |
| 1998-2003 | Co-Investigator and Prevention Coordinator, SAMSHA SM52311 Columbia University HIV/AIDS Mental Health Training Project, $645,000 |
| 2002-2003 | Co-Investigator, H4AHA003303, New York State AIDS Institute. Mental Health Training for AIDS Care Providers throughout New York State. $50,000 |
| 2003-2008 | Co-Investigator and Prevention Coordinator, HRSA AETC, Columbia University School of Public Health, New York/ New Jersey AIDS Education and Training Center (HRSA) $104,000 Annually |

## Teaching Experience and Responsibilities

| | |
|---|---|
| 1985-Present | Supervision of fourth year medical students and psychology interns in elective study at the New York Psychiatric Institute Sexual Behavior Clinic. |
| 1986-Present | Sexual Disorders Course to Creedmore Psychiatry third and fourth year residents. |
| 1989-Present | Behavior Therapy and Human Sexuality Course, 2nd Year Child Psychiatry Fellows. |
| 1989-Present | Lecturer, Psychosexual Disorders Seminar, New York State Psychiatric Institute |
| 1990-Present | Guest lecturer on Sexual Disorders and Dysfunctions to |

Kaplan, Meg-Curriculum Vitae                                    Page 5
August 12th, 2013

|                | Psychiatric Residents at Harlem Hospital, Downstate Medical Center. |
|----------------|----|
| 1993-Present   | Teaching Sexual Disorders and Sexual Dysfunction to 2nd year Medical Students at Columbia University College of Physicians and Surgeons. |
| 1999-Present   | Faculty, Columbia Cornell Residency in Psychiatry and the Law |

### Committees

| 1998 to 2000    | At-Large Member, The Partnership for the Homeless |
|-----------------|----|
| 1995 to 2000    | Executive Board Member, Association for Treatment of Sexual Abusers) ATSA |
| 1989 to Present | Board Member, New York State Sex Offender Alliance and New York State ATSA |
| 1984 to Present | The New York City Task Force Again Sexual Assault |
| 1995-2000       | Executive Board Member, ASTA (Association for Treatment of Sexual Abusers) |
| 1999 to Present | Member, Sex Offender Management Team, Office of the Criminal Justice Coordinator, The City of New York |
| 1999-2001       | Consultant, NY State Office of Mental Health Task Force on Sex Abuse |

### Other Professional Activities

| 1974-1984 | Parole Officer, New York State Executive Department, New York, New York |
|-----------|----|
|           | Supervision and counseling of ex-offenders of violent felony crimes including investigations and law enforcement |
|           | Designed and conducted Pilot Exchange Program; a one year experimental program which assigned ex-offenders who could most benefit from working with a Parole Officer of the opposite sex.  After one year, the program was made a permanent aspect of the Divison of Parole. (1977) |

Kaplan, Meg-Curriculum Vitae                                          Page 6
August 12th, 2013

|  | Designed and implemented Parole Lower East Side Project, a community based project which incorporated community involvement in the social-psychological reintegration of ex-offenders. (1979) |
|---|---|
| 1984-Present | Research Scientist, Sexual Behavior Clinic, New York State Psychiatric Institute, New York, New York. |
|  | Clinical research evaluations and treatment for adult and adolescent sexual abusers.  Training and supervision of Mental Health Professionals in the evaluation and treatment of sexual offenders. |
| 1990-Present | Director, Sexual Behavior Clinic, New York State Psychiatric Institute, New York, N.Y. |
| 1991 to Present | Special Classification Review Board for Sex Offenders (SCRB), Adult diagnostic & Treatment Center, Department of Corrections, State of New Jersey, Avenel, New Jersey.   Board Member. Under statute 2A: 164-8, the Board reviews the progress in treatment of incarcerated felons convicted under the state's habitual sex offender act to determine readiness for parole. |
| 1992-Present | Group Trainer, Columbia University Mental Health Training Project; HIV prevention training for providers to people with severe mental illness. |
| 2002 | Consultant: OHEL Children's Home and Family Services Sex Offender Program: Reviewed Policy, Procedures and Medical Records |
| 2004 to Present | Chairperson, Special Classification Review Board (SCRB), Adult Diagnostic & Treatment Center, Avenel, New Jersey |

**Editorial:**          Guest reviewer for the following:

Journal of Interpersonal Violence

Siecus Report

Violence Update

Journal of Sex Education and Therapy

Kaplan, Meg-Curriculum Vitae                                        Page 7
August 12th, 2013

Annals of Sex Research

Criminal Justice and Behavior

Bibliography

PEER REVIEWED ARTICLES

**1986**
1.  Becker JV, Kaplan MS, Cunningham-Rathner J. and Kavoussi RJ: Characteristics of adolescent incest sexual perpetrators: Preliminary findings. Journal of Family Violence. 1986; 1(1):85-97

2.  Becker JV, Cunningham-Rathner J, Kaplan MS: Adolescent sexual offenders: Demographics, criminal and sexual histories and recommendations for reducing future offenses. Journal of Interpersonal Violence. 1986; 1(4):431-445

**1988**
3.  Kavoussi R, Kaplan MS, Becker JV:  Psychiatric diagnoses in juvenile sex offenders. *Journal of the* American Academy of Child and Adolescent Psychiatry. 1988; 27:241-243

**1989**
4.  Kaplan MS, Becker JV, Cunningham-Rathner J: Characteristics of parents of adolescent incest perpetrators: Preliminary findings. Journal of Family Violence, 1980; 3(3): 183-191

5.  Kaplan MS: A Description of self reports of convicted child molesters following incarceration.  International Journal of Offender Therapy & Comparative Criminology. 1989; 33(1):69-77

**1990**
6.  Becker JV, Hunter J, Stein R, Kaplan MS:  Factors associated with  erection in adolescent sex offenders. Journal of Psychopathology & Behavioral Assessment. 1990; 11(4):353-362

7.  Kaplan MS, Abel GG, Rathner J, Mittleman M: The impact of parolee's perceptions of confidentiality on self-reported sex crimes.  Annals of Sex Research. 1990; 3 (3):293-305

8.  Kaplan MS, Becker JV, Martinez D:  A comparison of mothers of adolescent incest vs. non-incest perpetrators. Journal of Family Violence. 1990; 5(3):209-214

**1991**
9.  Kaplan MS, Becker JV, Tenke C:  Influence of Abuse History on Adolescent Self-Reported Comfort with Interviewer Gender. Journal of Interpersonal Violence, 1991; 6(1):3-12

10.   Becker JV, Kaplan MS, Tenke CE, Tartaglini A: The incidence of depressive symptomatology in juvenile sex offenders with a history of abuse. Child Abuse and Neglect: The International Journal. 1991; 15(3):531-536

11.   Kaplan MS, Becker JV, Tenke C: Assessment of sexual knowledge and attitudes in an adolescent sex offender population.  Sex Education and Therapy. 1991; 2:217-225

12.   Rotheram-Borus MJ, Becker JV, Koopman C, Kaplan MS: AIDS knowledge, attitudes and sexual behaviors of sexually Delinquent and Non-Delinquent Adolescents. Journal of Adolescence. 1991; 14:229-244

13.   Becker JV, Kaplan MS: Rape victims: Issues, theories and treatment. Annual Review of Sex Research. 1991; 2:267-292

14.   Hunter JA, Becker JV, Kaplan MS, Goodwin DW:  The reliability and discriminitive utility of the adolescent cognitions scale for juvenile offenders  Annals of Sex Research. 1991; 4:281-286

**1992**

15.   Becker JV, Stein RM, Kaplan MS, Cunningham-Rathner J: Erectile response characteristics of adolescent sex offenders: A preliminary study.  Annals of Sex Research. 1992; 5(1):81-86

16.   Becker JV, Kaplan MS, Tenke CE: The influence of abuse history and denial on erectile response profiles of adolescent sexual perpetrators. Behavior Therapy. 1992; 23:87-97

17.   Becker JV, Hunter JA, Goodwin D, Kaplan MS, Martinez D: Test-retest reliability of audio-taped phallometric stimuli with adolescent sex offenders. Annals of Sex Research. 1992; 5:45-51

**1993**

18.   Kaplan MS, Morales M, Becker JV: The impact of verbal satiation on adolescent sex offenders: A preliminary report. Journal of Child Sexual Abuse. 1993; 2(3):81-88

**1994**

19.   Herman R, Kaplan M, Satriano J, Cournos F, McKinnon K: HIV prevention with people with serious mental illness: Staff training and institutional attitudes.  Psychosocial Rehabilitation Journal. 1994; 17:97-103

20.   Green A, Kaplan M: Psychiatric impairment and childhood victimization experiences in female child molesters.  Journal of the American Academy of Child and Adolescent Psychiatry. 1994; 33(7):954-961

**1995**

21.   Kobayashi J, Sales BD, Becker JV, Figueredo AJ, Kaplan M: Perceived

deviance, parent-child bonding, child abuse, and child sexual aggression. Sexual Abuse: A Journal of Research and Treatment. 1995; 7(1):25-45

22.    Kaplan M, Green A: Eleven incarcerated female sexual offenders: A comparison of sexual histories with non-offenders. Sexual Abuse: A Journal of Research and Treatment. 1995; 7(4):287-301

23.    Hunter J, Becker J, Goodwin DW, Kaplan M: The adolescent sexual interest cardsort, test-retest reliability and concurrent validity in relation to phallometric assessment.  Archives of Sexual Behavior. 1995; 24(5):555-563

24.    Kaemingk K, Koselka M, Becker J, Kaplan M: Age and adolescent sexual offender arousal. Sexual Abuse:  A Journal of Research and Treatment. 1995; 7(4):249-259

**1997**
25.    Cournos F, Herman R, Kaplan M, McKinnon K: AIDS prevention for people with severe mental illness. Journal of Practical Psychiatry and Behavioral Health, 1997; 3(5):285-293

**2001**
26.    Krueger RB, Kaplan MS: Depo-leuprolide acetate for the treatment of the paraphilias: A report of 12 cases. Archives of Sexual Behavior. 2001; 30:409-422

27.    Krueger RB, Kaplan MS: The paraphilic and hypersexual disorders: An Overview. Journal of Psychiatric Practice. 2001; 7:391-403

**2002**
28.    Krueger RB, Kaplan MS: Behavioral and psychopharmacological treatment of the paraphilic and hypersexual disorders. Journal of Psychiatric Practice. 2002; 8:21-32

29.    Herman R, Kaplan MS, LeMelle S: An Evaluation of a Psycho educational Debriefing. Psychiatric Services. 2002; 53(4):479

30.    Krueger RB, Kaplan MS: Treatment resources for the paraphilic and hypersexual disorders. Journal of Psychiatric Practice. 2002; 8:59-60

31.    Krueger RB, Kaplan MS: A favorable view of the DSM-IV diagnosis of pedophilia and empathy for the pedophile.  Archives of Sexual Behavior. December 2002; 31:486-488

**2009**
32.    Krueger RB, Kaplan, M, First, M: Sexual and other axis I diagnoses of 60 males arrested for crimes against children involving the Internet, CNS Spectrums, in press

**2010**

Kaplan, Meg-Curriculum Vitae                                          Page 10
August 12th, 2013

    33.   Kaplan MS, Krueger RB: Diagnosis, Assessment, and Treatment of
          Hypersexuality: Annual Review of Sex Research, Journal of Sex Research,
          Vol 47, Issue 2-3; 2010; 181-198.

**2012**

    34.   Krueger, RB, Kaplan, MS: Paraphilic Diagnoses in DSM-5: The Israeli Journal
          of Psychiatry and Related Sciences; Vol 49, No. 4, 2012, 248-254.

    35.   Kaplan, M, Krueger RB: Cognitive-Behavioral treatment of the paraphilias:
          The Israeli Journal of Psychiatry and Related Sciences; Vol 49, No. 4, 2012,
          291-296.

**2013**

    36.   Krueger, RB, Weiss, SL, Kaplan, MS, Braunstein, LJ, Wiener, E: The Impact
          of Internet Pornography Use and Cybersexual Behavior on Child Custody and
          Visitation; Journal of Child Custody, 10: 1-31, 2013, DOI:
          10.1080/15379418.2013.781860

## CASE REPORTS

**2006**

    1.   Krueger RB, Kaplan MS (2006). "I Want to Try It. What Else Can I Do?" Chemical
       Castration as a Treatment for Pedophilia.  R Spitzer, J. Williams, M. First (Eds).
       Case Book for DSM-IV-TR. American Psychiatric Association Press. Washington
       DC.  pp. 309-334.

## CHAPTERS AND BOOKS

**1988**

    1.   Becker JV, Kaplan MS. (1988) Sex offenders.  In D. Schetky,
       A. Green, (eds.), Child Sexual Abuse: Intervention ,
       Treatment and Prevention. pp. 136-149. Bruner Mazel, New York.

    2.   Becker JV, Kaplan MS, Kavoussi R. (1988)  Measuring the
       effectiveness of treatment for the aggressive adolescent sexual
       offender.  Annals of the New York Academy of Science, 528,
       215-222.

**1989**

    3.   Becker JV, Kaplan MS. (1989)  The Assessment of adolescent
       sexual offenders.  In R. Prinz, (ed.), Advances in Behavioral

Assessment of Children and Families, 4, 97-118.  Conn: JAI
Press Inc.

**1990**

4.      Becker JV, Kaplan MS. (1990)  Assessment of the adult sex
        offender.  In P. Reynolds, J. Rosen & G. Chelune, Advances in
        Psychological Assessment. pp. 261-283. Plenum Press, New York.

5.      Becker JV, Kaplan MS. (1990)  Perpetrators of child sexual abuse.
        R.T. Ammerman & M. Herson, (eds.), Treatment of Family
        Violence: A Sourcebook. pp. 266-279. John Wiley and Sons, New York.

**1992**

6.      Kaplan MS, Becker JV. (1992) Adolescent perpetrators of
        incest. R.T. Ammerman and M. Herson, (eds.), Assessment of
        Family Violence: A Clinical and Legal Sourcebook. pp. 332-347.
        John Wiley and Sons, New York.

7.      Becker JV, Kaplan MS. (1992)  Research on adolescent sex
        offenders. In A. Burgess, (ed.), Child trauma I: Issues and
        Research. pp, 383-405. Garland Publishing, Inc., New York.

**1993**

8.      Becker JV, Kaplan MS. (1993)  Cognitive behavioral treatment
        of the Juvenile sex offender.  H.E. Barbaree, W.L. Marshall, &
        D.R. Laws, (eds.), The Juvenile Sexual Offender.  Guilford Press, New York.

**1994**

9.      Becker JV, Kaplan MS. (1994) Sexual Disorders.  In V.B. Van Hasselt &
        M. Hersen, (eds.), Advanced Abnormal Psychology. Plenum Publishing Co.,
        New York.

**1997**

10.     Krueger RB, Kaplan M. (1997) Frotteurism:  Assessment and treatment.  In D. R.
        Laws and W. O'Donohue, (eds.), Sexual Deviance.  Theory, Assessment, and
        Treatment. pp. 131-151. Guilford Press, New York.

11.     Kaplan M, Krueger RB. (1997) Voyeurism:  Psychopathology and Theory.  In D. R.
        Laws  and W. O'Donohue, (eds.), Sexual  Deviance.  Theory, Assessment, and
        Treatment, pp. 297-310. Guilford Press, New York.

**1999**

12.     Kaplan M, Herman R. (1999) Cognitive Behavioral Risk Reduction Groups
        for People with Mental Illness. In F. Cournos and R. Bakalar, (eds.), HIV/AIDS
        and Severe Mental Illness: A Handbook for Mental Health Professionals, Yale
        University Press, New Haven

13.     Kaplan M, Herman R. (1999) Training Programs for Staff in F. Cournos and
        R. Bakalar, (eds.), HIV/AIDS and Severe Mental Illness: A Handbook for
        Mental Health Professionals. Yale University Press, New Haven.

**2000**

Kaplan, Meg-Curriculum Vitae                                      Page 12
August 12th, 2013

14.  Krueger RB, Kaplan MS. (2000) The non-violent serial offender: Exhibitionism, frotteurism, and telephone scatologia. In L.B. Schlesinger, (ed.), Serial Offenders: Current Thought, Recent Findings, Unusual Syndromes. pp. 103-118, CRC Press, Boca Raton, Fl.

15.  Krueger RB, Kaplan MS. (2000) Evaluation and Treatment of Sexual Disorders: Frottage In VandeCreek, L., (ed.), Innovations in Clinical Practice: A Source Book. Vol. 18, pp. 185-198, Professional Resource Press. Sarasota, Fl.

16.  Krueger RB, Kaplan MS. (2000) Disorders of Sexual Impulse Control in Neuropsychiatric Conditions. In T. W. McAllister, (Guest Ed.), Seminars in Clinical Neuropsychiatry: Pharmacological of Neuropsychiatric Syndromes. Vol. 5, No. 4,  pp. 266-274.

**2002**

17.  Herman R, Kaplan MS. (2002) Cognitive Behavioral Risk Reduction Groups (Chapter 14) and Training Programs for Staff (Chapter 6), in Cournos F, Bakalar N, (eds.), HIV/AIDS and Severe Mental Illness: A Handbook for Mental Health Professionals. Yale University Press, New Haven.

**2003**

18.  Kaplan MS, Krueger RB. (2003) Adolescent Sex Offenders. In Rosner, R. (Ed.) Principles and Practice of Forensic Psychiatry. Second Edition. Chapter 45, Arnold, London. pp. 455-462

**2006**

19.  Becker JV, Kaplan MS. (2006) Clinical Assessment and Treatment of the Adolescent Sex Offender. Sage Publications, Newbury Park, CA. (in preparation).

**2008**

20.  Krueger RB, Kaplan MS. (2008) Frotteurism: Assessment and treatment. In D. R. Laws and W. O'Donohue (Eds.). Sexual Deviance: Theory, Assessment, and Treatment. 2nd Edition. Guilford Press, New York. Pp. 150-163.

**2009**

21.  Krueger RB, Wexler R, Kaplan M, Saleh F. (2009) Orchiectomy. In Saleh, FM, Bradford, Grudzinsakas, AJ, Bradford JM, Brodsky DJ. Sex Offenders. Oxford University Press, New York, New York. pp. 171-188.

## MONOGRAPHS AND TREATMENT MANUALS

**1984**

Kaplan, Meg-Curriculum Vitae                                    Page 13
August 12ᵗʰ, 2013

Abel GG, Becker JV, Rathner J, Kaplan M, Reich J. (1984). *Treatment Manual For Child Molesters*. Available from the Sexual Behavior Clinic, 513 West 166th Street, New York, New York 10032.

**1993**

Kaplan M, Herman R, Cournos F, Bailum S, Sugden R. (1993) HIV Prevention for People with Mental Illness: A Training Manual for Mental Health Professionals, New York State Psychiatric Institute.

**2003**

Tiefer L, Brick P, Kaplan M. A New View of Women's Sexual Problems A Teaching Manual 2003. 163 3ʳᵈ Ave PMB #183 NY, NY 10003.

**2011**   Kaplan, MS, Krueger, RB, Vince, M. A Manual for Understanding and Treating Adolescents Who Commit Sexual Offenses. Unpublished manual developed at the Sexual Behavior Clinic, New York State Psychiatric Institute, New York, New York, April 2011

**Presentations at Professional Meetings (partial list)**

**1985**

Kaplan, M.S., The Evaluation and Treatment of Sex Offenders. Workshops presented at: Binghamton Psychiatric Center, Binghamton, New York, May 1985; Queens Children's Psychiatric Center, Bellerose, New York, March 1985; and Bronx Children's Psychiatric Center, Bronx, New York, March 1985.

Becker, J.V. and Kaplan, M.S. A Model For The Treatment of Adolescent Sexual Offenders. Paper presented at the American Psychological Association's 93rd Annual Convention, Los Angeles, California, August 1985.

Kaplan, M.S. and Kavoussi, R.J. Evaluation And Treatment of Adolescent Sexual Offenders. Paper presented at the Mid Hudson Psychiatric Center's fourth Annual Forensic Conference, Ellenville, New York, September, 1985.

Becker, J.V. and Kaplan, M.S. Treating Adolescent Sex Offenders. Paper presented at the Association for Advancement of Behavior Therapy's Nineteenth Annual Convention, Houston , Texas, November, 1985.

**1986**

Kaplan, M.S. Behavioral Approaches to Treatment of the Adult and Adolescent Sexual Offender, presented at Johns Hopkins' Medical School Hospital. Seminar "What Will We Do With The Sex Offender," February, 1986.

Kaplan, Meg-Curriculum Vitae                                    Page 14
August 12th, 2013

Kaplan, M.S. and Kavoussi, R.J.  The Adolescent Sex Offender.  Paper presented at the Florida Mental Heath Institute's Sex Offender Treatment Conference sponsored by NIMH, Tampa, Florida, February, 1986.

Kaplan, M.S.  A Cognitive Behavioral Treatment Model for Adolescent Sexual Offenders.  Paper presented at "Treating The Juvenile Sexual Abuse Perpetrator: A National Training Conference," Bloomington, Minnesota, April, 1986.

Kaplan, M.S.  Treating The Sexual Offender.  Paper presented at the American Parole and Probation Association's Annual Conference, Baltimore, Maryland, August, 1986.

Kaplan, M.S.  Behavioral Evaluation and Treatment of Adult Sex Offenders.  Workshop presented at the Massachusetts Treatment Center, Bridgewater, Massachusetts, October, 1986.

Kaplan, M.S. Adolescent Sex Offenders: Evaluation and Treatment.  Paper presented at the John Jay Annual Conference in Criminal Justice Statistics, New York City, New York, December, 1986.

**1987**

Kaplan, M.S.   Treating Juvenile Offenders.  Presented at Fordham University School of Law Conference on Child Sexual Abuse, March, 1987.

Kaplan, M.S.  Studies of Morality Judgments, Memories and Behavior.  Presented at New York State Psychological Association, New York, New York, April 1987.

Kaplan, M.S.  Sexually Aggressive Behavior.  Two day Workshop presented at the Bedford Stuyvesant Mental Health Center, Brooklyn, New York, April 1987.

Becker, J.V. and Kaplan, M.S.  Training Conference for the California State Pilot Sex Offender Treatment Program, California Office of Criminal Justice Planning, Berkeley, California, June, 1987.

Kaplan, M.S.  Adolescent Sexuality and the Development of Deviant Sexual Arousal.  Paper presented at the State of New Jersey DYFS Training Conference, Trenton, New Jersey, October, 1987.

Kaplan, M.S.  Adolescents Who Commit Sexual Crimes: Assessment and Treatment Pre-Convention Institute.  Presented at the Association for Advancement of Behavior Therapy Conference, Boston, MA, November, 1987.

Kaplan, Meg-Curriculum Vitae                                    Page 15
August 12th, 2013

**1988**

Kaplan, M.S.  Workshop Presented at the 2nd National Training Conference, "Treating the Juvenile Sexual Perpetrator," Atlanta, Georgia, October, 1988.

Becker, J., Stein, R., Kaplan, M. and Cunningham-Rathner, J.   Follow-up study of adolescent sexual offenders seen at an outpatient treatment clinic.  Presentation at the Association for Advancement of Behavior Therapy, New York City, November, 1988.

**1989**

Kaplan, M.S., & Becker, J.V.  Assessing Treatment Outcome of Sexual Attitudes & Knowledge.  International Conference on the Treatment of Sex Offenders.  Minneapolis, Minn., May, 1989.

**1990**

Becker, J.V. & Kaplan, M.S.  Do some adolescents have paraphilias?  National Conference on Sexual Compulsivity/Addiction.  Minneapolis, Minn., May 1990.

Kaplan, M.S. and Martinez, D.  HIV Prevention for Adolescent Sex Offenders. Presented at the N.Y.S. Alliance of Sex Offenders National Task Force Training Conference.  Albany, New York, October, 1990.

**1991**

Kaplan, MS:  The Twelve Steps Meet Psychotherapy: Sexual Offenders & Chemical Dependency.  Presentation at Four Winds Hospital, Westchester, N.Y., March, 1991.

Kaplan, MS:  Behavioral Approaches in Treatment of Alcoholics who are Child Abusers.  Alcoholism Council of Greater N.Y., April, 1991.

Kaplan, MS:  Assessment and Treatment of Sexual Abuse Perpetrators..  N.Y. Hospital-Cornell Medical Center Community Forum of Child Abuse Awareness, N.Y.C., April, 1991.

Kaplan, MS:  The Sexual Offender: Psychological Profiles. N.Y. Society for Prevention of Cruelty to Children, N.Y.S., April, 1991.

Kaplan, M.S.  Protecting Clients from Child Abuse.  Catholic Big Brothers of N.Y., May, 1991.

Becker, J.V., Kaplan, MS, Seidman, E., & Rabkin, B:  HIV prevention with juvenile male sex offenders.  Symposium for the Third Biennial Conference in Community Psychology, Tempe, Arizona, June, 1991.

Kaplan, Meg-Curriculum Vitae                                          Page 16
August 12th, 2013

**1992 – Present**

   Since 1992, conducted approximately 30-50 workshops a year on the following
   topics: HIV and People with Mental Illness, Primary and Secondary Prevention,
   Practical Aspects of Feeling Safe in a Community Program.

   Since 1992, conducted full day training, grand rounds, and patient educational
   seminars at New York State Office of Mental Health facilities on HIV/AIDS topics
   especially HIV prevention: Training sites included Binghamton Psychiatric Center,
   Bronx Psychiatric Center, Buffalo Psychiatric Center Central, Creedmoor Psychiatric
   Center, New York Psychiatric Center, Hutchings Psychiatric Center, Kingsboro
   Psychiatric Center, Kirby Forensic Psychiatric Center, Manhattan Psychiatric Center,
   Middletown Psychiatric Center, Rockland Psychiatric Center, and South Beach
   Psychiatric Center.

**1992**

   Kaplan, M.S.  Treatment of alcoholic sexual offenders.  Smithers Institute,
   N.Y.C., January, 1992.

**1993**

   Cournos, F., Herman, R., Satriano, J., Kaplan, M., Guido, J. Training Mental
   Health Workers to Run HIV Risk Reduction Groups with Psychiatric
   Patients, U.S. Department of Health and Human Services, C.M.H.S.,
   SAMSHA Conference, New York, New York, March 5, 1993.

   Kaplan, M. and Herman, R.  Bronx Children's Psychiatric Center, Bronx, N.Y.
   Training for Mental Health Professionals in HIV Prevention for
   Psychiatric Inpatients.  Six series workshop, March 2 to April 6, 1993.

**1994**

   Kaplan, M.  Legal and Ethical Dilemmas in Services for Persons with Mental
   Disabilities: N.Y. State Commission on Quality of Care for the Mentally
   Disabled - Workshop.  Albany, NY, June, 1994.

   Kaplan, M.  *The Adolescent Sex Offender; Evaluation and Treatment.*  Mount Sinai
   Medical Center, Adolescent Health Center, December, 1994.

**1995**

   Cournos, F, Kaplan, MS, Herman, R:  *HIV Infection and Risk Reduction Strategies.*
   Grand Rounds Presentation.  Kirby Forensic Psychiatric Center, Ward's Island,
   N.Y., January 26, 1995.

   Kaplan, MS: HIV/AIDS and People with Serious Mental Illness. Speaker at full-day
   Conferences in conjunction with Columbia University Department
   of Continuing Medical Education, New York, N.Y., June 1993, Albany,
   N.Y., October, 1993, March, 1995.

Kaplan, Meg-Curriculum Vitae                                           Page 17
August 12th, 2013

Kaplan, MS:  Assessment and Treatment of the Paraphilias.  Grand Rounds
Presentation, N.Y., Medical College, Valhalla, N.Y., April 13, 1995.

**1996**

Kaplan, MS: Judicial Seminars on Child Sexual Abuse, State of New York, Family
Violence Task Force, Long Island, March 15, 1996; New York City, March 21 and
March 22, 1996.

Kaplan, MS: Aids among Women with Severe Mental Illness.  American
Psychological Association, Women's Health Conference, September 20, 1996,
Washington, D.C.

Kaplan, MS, Krueger, RB: Sexual Behavior Problems of Professionals, ATSA
National Conference, Chicago, Illinois, October, 1996.

Kaplan, MS: Treatment of Sex Offenders, Grand Rounds, Kirby Forensic Center,
New York, New York, October 10, 1996.

Kaplan, MS: Adolescent Sex Offenders. U.S. Department of Justice, National
Summit on Promoting Public Safety through the effective Management of Sex
Offenders in the Community, Washington, D.C., December 1996.

**1997**

Kaplan, MS, and Kaufman, KL: Clinical & Research Issues in Juvenile Sex Offender
Assessment, The 13th Annual Conference of the National Adolescent
Perpetrator Network, Cherry Hill, New Jersey, April 13, 1997.

Kaplan, MS: American Psychiatric Association Institute on Psychiatric Services.  The
AIDS Epidemic among People with Mental Illness, Washington, D.C., Oct 24, 1997.

Kaplan, MS: Clinical Assessment of Discharge Readiness for Sexually Abusive
Adolescents.  Grand Rounds, Rockland Children's Psychiatric Center,
Orangeburg, NY, November 4, 1997.

**1998**

Kaplan, MS: Risk Assessment in Adolescents. Grand Rounds, Brooklyn Children's'
Center, New York, NY, February 3, 1998.

Kaplan, MS: Evaluation and Treatment of Sex Offenders. Grand Rounds,
Creedmore Psychiatric Center, New York, NY, February 5, 1998

Kaplan, MS: Sexual Dysfunction.  Grand Rounds, St. Lukes-Roosevelt Hospital,
New York, NY, April 21, 1998.

Kaplan, MS: Diagnosis & Treatment of Adolescent Sex Offenders. Society for
Adolescent Psychiatry, New York, New York, December 2, 1998.

Kaplan, Meg-Curriculum Vitae                                    Page 18
August 12th, 2013

Kaplan, MS: Working with the Perpetrator.  Mount Sinai Hospital Rape Crisis
Intervention Program, Mount Sinai Hospital, New York, NY, September 16, 1998.

Kaplan, MS, Herman, R: HIV and People with Mental Illness: Risk Reduction.
American Psychiatric Association, Los Angeles, CA, October 2, 1998.

**1999**

Kaplan, MS, Symposium, Mixing of Sex Offenders in Custodial Drug Treatment
Therapeutic Communities: Problems & Potential Solutions.  University of San Diego,
Department of Psychiatry, San Diego, CA, January 1999.

Kaplan, MS, Clinical Assessment of Sex Offenders:  American Academy of
Psychiatry and the Law, New York, NY, January 23, 1999.

Kaplan, MS: Diagnosis and Treatment of Adolescent Sex Offenders.  Society of
Adolescent Psychiatry, Cornell University, New York, NY, January 26, 1999.

Kaplan, MS, Sehman, R: Sex, Drugs and AIDS Prevention.  Rocky Mountain
Regional Conference on HIV Disease.  Denver. CO February 18, 1999.

**2000**

Kaplan, MS, Krueger, RB: Adolescent Sex Offenders: An Update.  Grand rounds
presentation at Rockland Children's Psychiatric Center, Rockland, New York. February 1,
2000.

Krueger, RB, Kaplan, MS: Behavioral and Pharmacologic Treatment of Male Sex
Offenders. Statewide live televised grand rounds, New York Office of Mental Health,
Bureau of Psychiatric Services, Albany, New York, April 26, 2000.

Krueger, RB, Kaplan, MS: Offender Dynamics.  Presentation for Columbia University's
Sexual misconduct Policy Hearing panelist Training, New York, NY October 13, 2000.

**2001**

Kaplan MS presented approximately 25 Psycho educational debriefings following
September 11th disaster.

Krueger, RB, Kaplan, MS: Polygraphy and Sex Offenders.  Presentation at the TriState
Meeting of the U.S. Department of Probation, Southern District, Manhattan, New York,
May 11, 2001.

**2002**

Kaplan, MS: The best practice model for the evaluation and risk assessment of juvenile
sex offenders. Seventh Annual Training Conference on the Evaluation and Treatment of
Sex Offenders: Poughkeepsie, NY, April 29, 2002.

Kaplan, Meg-Curriculum Vitae                                             Page 19
August 12th, 2013

Kaplan, MS: The Assessment and Treatment of Adolescent Sexual Offenders. Grand Rounds, Family Court Mental Health Services, New York, New York, January 16, 2002.

Kaplan, MS: The Best Practice Model for the Risk Assessment of Juvenile Sexual Offenders. The 7th Annual Training Conference, New York ATSA, Poughkeepsie, NY, April 29, 2002.

**2003**

Kaplan, MS, Herman, R: HIV and Mental Illness.  AMFAR, Miami Florida, March 20, 2003.

Kaplan, MS: Adolescents and Their Environment.  American Society for Adolescent Psychiatry. New York, NY, March 27, 2003.

Kaplan, MS, Herman, R: The Impact of HIV on Brain and Behavior.  American Psychiatric Association, Boston, MA, October 31, 2003.

**2004**

Kaplan, MS, Herman, R: HIV and Severe Mental Illness.  Richard Hutchings Psychiatric Center, Syracuse, NY, October 2004.

**2005**

Kaplan, MS, Krueger, RB: Assessment and Treatment of Adolescent Sexual Offenders. Presentation at Grand Rounds, Rockland Children's Psychiatric Center, Orangeburg, NY February 1, 2005.

Krueger, RB, Kaplan, MS: Assessment and Treatment of Individuals Arrested for Internet Crimes Against Children. Presentation at the Tenth Annual Conference of the New York State Alliance of Sex Offender Service Providers and the New York State Chapter of the Association for the Treatment of Sexual Abusers. White Plains, NY May 6, 2005.

Kaplan, MS:  Countertransference Issues with Perpetrators of Incest.  William Alanson White Institute, New York, New York.  November 17, 2005.

Freedman, PM, Kaplan, MS, Krueger, RB, Simring, SS:  Sexual Deviation, Sexual Crimes, and Sexually Violent Predators. State of New Jersey, Judicial College, Administrative Office of the Courts and the Supreme Court Committee on Judicial Education. Teaneck, New  Jersey November 22, 2005.

Kaplan, MS: Evaluation and Treatment of Adolescent Sexual Perpetrators. Mayor's Child Abuse Task Force, New York, NY. December 9, 2005.

**2006**

Kaplan, MS: Sex, Drugs, & HIV Prevention: Columbia University HIV/Mental Health Update for Medical Care Providers. New York, NY. January 12, 2006.

Krueger R., Kaplan M. Biological Treatments for the Paraphilias and Compulsive

Kaplan, Meg-Curriculum Vitae                                      Page 20
August 12th, 2013

Sexual Behavior. ATSA, Chicago, Illinois. Sept. 27, 2006

Kaplan M. The Evaluation and Treatment of Sexually Compulsive Behavior. Cornell
University School of Medicine, New York, New York, June 13 2006

Friedman, RA, Kaplan, MS, Weiss, SL, Greenberg, M.  Risk Assessment and a Team
Approach to Sexual Violence in the Family.  Presentation at The Interdisciplinary Forum
on Mental Health and Family Law in New York State.  New York, New York, May 16,
2006

Krueger, RB, Kaplan, MS. Biological Treatments for the Paraphilias and Compulsive
Sexual Behavior.  Presentation at Annual Meeting of the Association for the Treatment of
Sexual Abusers.  Chicago, Illinois, September 29 2006.

Kaplan M, Herman R. Risk Reduction Strategies for People with Mental Illness.
American Psychiatric Association Institute on Psychiatric Services, New York,
New York, Oct. 6, 2006.

**2008**

Miraglia, R, Krueger, R, Kaplan, M. The Treatment and Management of Persons Who
Have Committed Sexual Offenses, Bureau of Psychiatric Services and Research Institute
Support, Statewide Grand Rounds, Albany, New York, February 27th, 2008.

Kaplan, M. Human Sexuality: The Complexity of Establishing What is Normal, Deviant, or
Criminal.  The American Professional Society of the Abuse of Children, New Jersey
Chapter, New Brunswick, New Jersey, May 30, 2008.

Weiss, S, Braunstein, L, Kaplan, M, Krueger, R.  Internet pornography and child custody.
Presentation at The Interdisciplinary Forum on Mental Health and the Law, New York,
New York. December 18th, 2008.

Kaplan, M, Krueger, R: Proposed Paraphilic Diagnoses for DSM-V. Grand Rounds, Mid-
Hudson Forensic Psychiatric Center, New Hampton, New York, December 1st, 2009.

**2010**

Krueger, R, Kaplan, M:  Paraphilic diagnoses in DSM-V at a conference entitled
"Contemporary Treatments of Paraphilias" at the Inbal Hotel in Jerusalem, Israel on June
17th, 2010.

Kaplan, M, Krueger, R: Cognitive-behavioral treatment of paraphilias and Hypersexual
Disorders at a conference entitled "Contemporary Treatments of Paraphilias" at the Inbal
Hotel in Jerusalem, Israel on June 17th, 2010.

Kaplan, Meg-Curriculum Vitae                                                    Page 21
August 12th, 2013

Kaplan, M: Diagnosis, Assessment, and Treatment of Hypersexuality. Presentations at
the 11th Conference of the International Association for the Treatment of Sexual
Offenders (IATSO), Oslo, Norway, September 2nd, 2010

**2011**

Kaplan, M, Krueger, R: Sexual Acting Out in Adolescents: Normative vs. Pathological
Behaviors and Their Management. Presentation at Grand Rounds at Queens Children's
Psychiatric Center, Bellerose, New York, October 20th, 2011.

Krueger, R, Kaplan, M: Treatment of Individuals with Paraphilias and/or Sexual Disorders.
Presentation at Grand Rounds, Lincoln Hospital, Bronx, New York, December 20th, 2011.

**2012**

Krueger, R, First, M, Kaplan, M: Forensic Implications of DSM-5. Workshop given at the
Annual Conference of the New York State Association for the Treatment of Sexual
Abusers, Hunter, New York. May 22nd, 2012.

Kaplan, M: Best Practice Intervention Model With Adolescents Who Have Engaged in
Inappropriate Sexual Behavior. Workshop given at a conference entitled "Evidence
Based and Best Practice Treatment Interventions for Victims of Child Abuse in a Variety
of Community Settings at the New York Fondling Vincent J. Fontana Center for Child
Protection, New York, New York. October 19th, 2012.

**2013**

Krueger, R, Kaplan, M: Diagnostic Issues in the Assessment and Treatment of Individuals
Convicted of Sexual Offenses and an Update on DSM-5. Grand Rounds, Mid-Hudson
Forensic Psychiatric Center, New Hampton, New York, February 5th, 2013

Krueger, R, Kaplan, M.: Sex Offender Diagnosis, Treatment, and DSM-5 Updates, Multi-
Track Federal Criminal Defense Seminar, Buffalo, New York, August 9th, 2013

# EXHIBIT 59

**Tri-State Forensics**
**Evaluation, Treatment and Consultation Services**

Fortune Building ● 280 North Central Avenue ● Suite 40 ● Hartsdale, NY 10530



PRIVELEDGED AND CONFIDENTIAL CLINICAL INFORMATION                    1