UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,

        -against-                                      12-cr-0659 (LAK)

EVAN ZAUDER,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The government shall respond to defendant's motion for compassionate release on or before November 23, 2020.

        SO ORDERED.

Dated:      November 9, 2020

                                                              Lewis A. Kaplan
                                                      United States District Judge