UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

EVAN ZAUDER

        Defendant.

**MEMO ENDORSED**

Case No. 12-cr-659 (LAK)

---

**EVAN ZAUDER'S EMERGENCY MOTION FOR COMPASSIONATE
RELEASE UNDER 18 U.S.C. § 3582(c)(1)(A)**

---

Motion denied substantially
for the reasons advanced
by the government.
SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
11/27/2020

BRAFMAN & ASSOCIATES, P.C.
*Attorneys for Evan Zauder*
767 3rd Avenue, 26th Fl.
New York, New York 10017
Tel: (212) 750-7800
Fax: (212) 750-390